IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | Case No. 07-52890 |
|---|---|
| THE BILLING RESOURCE, dba INTEGRETEL, a California corporation, | Chapter 11 |
| Debtor and Debtor-in-Possession. | |

**LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

I, Ken Dawson, president of The Billing Resource, dba Integretel ("Integretel"), named as the debtor in this case, declare under penalty of perjury that I have read the attached list and that it is true and correct to the best of my information and belief.

Dated: September 16, 2007

                                                                             /s/ Ken Dawson
                                                                            Ken Dawson
                                                                            President

## 30 Largest Creditors of The Billing Resource, dba Integretel ("Integretel") Excluding "Insiders," As That Term Is Defined In 11 U.S.C. § 101(31)

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and facsimile number of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) [1] | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff [2] | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | NYS Dept. Taxation & Finance P.O. Box 5300 Albany, NY 12205-0300 | Bankruptcy/Special Procedures Section Fax: 716.855.5427 | Tax liability | Disputed, contingent, unliquidated and subject to setoff. | $3,393,170 |
| 2 | Email Discount Network 1844 Nob Hill Road Suite #142 Plantation, FL 33324 | Eyal Yechezkell Phone: 212.588.1180 x.201 Fax: 212.588.1191 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $2,193,849 |
| 3 | Personal Voice 16807 US Hgwy 19 North Suite A Clearwater, FL 33764 | David Giorgione Phone: 727.538.3830 Fax: 845.620.0305 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,926,894 |
| 4 | N.T.E. 107 South 8th Street Philadelphia, PA 19106 | Richard Cohen Phone: 215.418.2700 Fax: 215.627.9026 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,710,349 |
| 5 | Intelicom Messaging 8201 Peters Road Suite #1000 Plantation, FL 33322 | Eyal Yechezkell Phone: 212.588.1180 x.201 Fax: 212.588-1191 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,753,844 |

---

[1] With two exceptions (for a tax claim and a sublease claim) each of the listed claimants is party to a master services agreement with Integretel. Under such agreements Integretel provides each claimant with certain validation, billing, collection and related telecommunications services. The claims listed above as "client liability" arise from the respective master services agreements.

[2] Integretel has listed each of the above claims as "disputed, contingent, unliquidated and subject to setoff" because the listed amount of each claim is based on a preliminary and unaudited review of liabilities, as of June 30, 2007. Integretel reserves the right to supplement and amend the above claim amounts, and nothing in this list should be construed as an admission of liability regarding the listed amount.

|   | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and facsimile number of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.)[1] | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 6 | Global YP<br>785 Market St., Suite 900<br>San Francisco, CA 94103 | Roy Lin<br>Phone: 415.680.2332<br>email:<br>rlin@globalyp.com | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,573,254 |
| 7 | Access One Comm<br>c/o David R. Chase, Receiver<br>David R. Chase, P.A.<br>Wachovia Center-Penthouse<br>1909 Tyler Street<br>Hollywood, Florida 33020 | David R. Chase<br>Phone: 954.920.7779<br>Fax: 954.923.5622 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,570,443 |
| 8 | American Premium Warehouse<br>233 West Route 59<br>Nanuet, NY 10954 | Matt Goodman<br>Phone: 845.620.0305<br>Fax: 845.623.5174 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,333,529 |
| 9 | Network Telephone Service<br>21135 Erwin Street<br>Woodland Hills, CA 91367 | Karen Keefe<br>Phone: 818.992.4300<br>Fax: 818.992.8415 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,311,325 |
| 10 | Enhanced Voice Mail<br>1069 West Broad Street<br>#711<br>Falls Church, VA 22046 | Daniel Narragon<br>Phone: 631.907.0005<br>Fax: 617.351.0096 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,188,078 |
|   | Enhanced Voice Mail<br>c/o Seyfarth & Shaw<br>Two Seaport Lane #300<br>Boston, MA 02210 | Gerard Goldstein, Esq.<br>Fax: 617-946-4801 |   |   |   |
| 11 | National Online Service<br>11900 Biscayne Blvd<br>Miami, FL 33181 | Bill Rhodes<br>Phone: 305.899.1001<br>Fax: 305.899.7242 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,176,029 |

|    | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and facsimile number of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.)[1] | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | (5) Amount of claim [if secured also state value of security] |
|----|---|---|---|---|---|
| 12 | Total I Protect, LLC<br>11515 66th Street N<br>Largo, FL 33773 | Vincent Del Corso<br>Phone: 845.620.0305<br>Fax: | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,134,743 |
|    | Total I Protect, LLC<br>14001 63rd Way N.<br>Clearwater, FL 33760 | Vincent Del Corso<br>Fax: 727.451.4947 | | | |
|    | Total I Protect, LLC<br>c/o Telecom Solutions Group, Inc.<br>115 Westminster Dr.<br>Pearl River, NY 10965 | Lee Liatsis<br>Fax: 845.620.0305 | | | |
| 13 | Horizon Telecom, Inc.<br>P.O. Box 140742<br>Orlando, FL 32814 | Rob Sorentino<br>Phone: 407.657.2291 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,033,701 |
|    | Horizon Telecom, Inc.<br>2323 S. Washington St. #210<br>Titusville, FL 32780 | Rob Sorentino<br>Fax: 321.268-8667 | | | |
| 14 | Telco Billing, Inc.<br>4840 East Jasmine Street<br>Suite 105<br>Mesa, AZ 85205 | Joe Carlton/Angelo Tello<br>Phone: 800.300.3209 x.210<br>Fax: 602.860.0800 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $1,005,234 |
| 15 | InfoTelco.com<br>P.O. Box 23189<br>San Jose, CA 95153-3189 | Chris Hariga<br>Phone: 212.686.1234<br>Email: anthony.franco@hotmail.com | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $868,648 |
| 16 | Agora Solutions<br>1624 Harmon Place<br>STE #305<br>Minneapolis, MN 55403 | John Morrison<br>Phone: 612.486.5925<br>Fax: 612.486.5706 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $839,994 |

|    | (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and facsimile number of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* [1] | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* [2] | (5) *Amount of claim [if secured also state value of security]* |
|----|---|---|---|---|---|
| 17 | Enhanced Long Distance<br>P.O Box 990165<br>Boston, MA 02199 | Nelson Gross<br>Phone: 631.907.0005 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $709,207 |
| 18 | Info Source USA, Inc.<br>10229 Lakeshore Blvd.<br>Bratenahl, OH 44108 | Sander Schwartz<br>Phone: 216.310.4028<br>Fax: | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $708,228 |
|    | Info Source USA, Inc.<br>Assigned to:<br>Info Dial USA, LLC<br>10651 NE 11th Ct.<br>Miami Shores, FL 33138 | Frederick Friedman<br>Fax: 800.481.8431 | | | |
| 19 | National Brands, Inc.<br>4633 W Polk St.<br>Phoenix, AZ 85043 | Gary Joseph<br>Phone: 602.269.3201<br>Fax: 602.272.3741 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $692,918 |
| 20 | Residential Voicemail<br>50 Hill Street, Ste. #161<br>Southampton, NY 11968 | Alexandra Gerard<br>Phone: 631.907.0005<br>FAX: 617.351.0096 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $674,700 |
| 21 | Nationwide Voice Messaging<br>31855 Kingswood Square #309<br>Farmington Hills, MI 48334 | Addison Liquorish<br>Phone: 631.907.0005<br>Fax: 800.232.9687 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $653,606 |
| 22 | LSI Logic Corporation<br>1621 Barber Lane<br>Milpitas, CA 95035 | Richard Showecker<br>Phone: 408.433.7413<br>FAX: | Sublease liability | Disputed, contingent, unliquidated and subject to setoff. | $632,101 |
| 23 | Nationwide Voice Mail<br>3100 Connecticut Ave. NW #234<br>Washington, DC 20008 | Melissa Post<br>Phone: 631.907.0005<br>FAX: 800.232.9687 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $612,997 |

|   | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and facsimile number of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) [1] | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 24 | Triton Global Services<br>5824 2nd Street<br>Suite #300<br>Calgary, AB<br>CANADA T2H 0H2 | Mark Feitz<br>Phone: 403.259.7090<br>Fax: 403.257.6098 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $566,463 |
| 25 | Telecom Access Network, Inc.<br>5724 Forest Bend Dr., Ste B<br>Arlington, TX 76017 | Terry Harmon<br>Phone: 817.277.2896<br>FAX: | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $529,181 |
|   | Telecom Access Network, Inc.<br>1600 East Pioneer Pkwy. #360<br>Arlington, TX 76010 | Terry Harmon<br>Fax: 817.277.2964 |   |   |   |
| 26 | Public Comm Srvcs<br>11859 Wilshire Blvd., Ste. 600<br>Los Angeles, CA 90025 | Paul Jennings<br>Phone: 310.954.3000<br>FAX: 310.473.4714 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $518,044 |
| 27 | Optimum Voicemail, Inc.<br>5507-10 Neconset Hwy #310<br>Mt. Sinai, NY 11766 | Nina Jordan<br>Phone: 631.907.0005<br>FAX: | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $475,880 |
| 28 | RRV Enterprises<br>5120 Woodway, Ste. 7007<br>Houston, TX 77056 | Scott G. Moster<br>Phone: 713.894.3900<br>FAX: 713.626.7987 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $462,215 |
| 29 | United Voice Messaging<br>1001 Village Road<br>Orwigsburg, PA 17961 | Jeffrey Bornstein<br>Phone: 631.907.0005<br>Fax:<br>Email: nelson@tfvmail.com | Client liability | Disputed, contingent, unliquidated and subject to setoff. | $423,493 |
| 30 | OSP Communications, LLC<br>701 N. Green Valley PKY #200<br>Henderson, NV 89074 | Attention: John Vogel<br>FAX: 520.440.7600 | Client liability | Disputed, contingent, unliquidated and subject to setoff. | Unknown |