John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010

[Proposed] Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>THE BILLING RESOURCE, dba INTEGRETEL,<br><br>Debtor | Case No.: 07-52890 ASW<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP, hereby appears as proposed counsel for the Official Committee of Unsecured Creditors appointed in this chapter 11 case and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given as follows:

> John D. Fiero (CA Bar No. 136557)
> Maxim B. Litvak (CA Bar No. 215852)
> Pachulski Stang Ziehl & Jones LLP
> 150 California Street, 15th Floor
> San Francisco, California 94111-4023
> Telephone: 415/263-7000
> Facsimile: 415/263-7010
> Email: jfiero@pszjlaw.com
>        mlitvak@pszjlaw.com

The foregoing request includes, without limitation, all notices, papers and disclosure statements referred to in FED. R. BANKR. P. 2002, 3017 and 9007, and also includes notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and

68700-001\DOCS_SF:56299.1                                                NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
Case: 07-52890   Doc# 113   Filed: 10/04/07   Entered: 10/04/07 14:41:37   Page 1 of 2

any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile or otherwise.

Dated: October 4, 2007

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
John D. Fiero
[Proposed] Attorneys for the Official Committee of Unsecured Creditors

68700-001\DOCS_SF:56299.1

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Case: 07-52890    Doc# 113    Filed: 10/04/07    Entered: 10/04/07 14:41:37    Page 2 of 2