In re: THE BILLING RESOURCE, dba INTEGRETEL, a California corporation
Case No. 07-52890

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled Total on the last sheet of the completed schedule. Report this total

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| (See Exhibit F) | | | |

[1] Please note that client obligations have been estimated as of the submission date of the Statement of Financial Affairs and Statement of Assets and Liabilities. The normal settlement process from the time of billing submissions to actual client settlement is a 96-day cycle. As a result, the Debtor has settled actual client billings up thru the first week of August '07 billing submissions. We will provide an update to our creditor claims schedules once we have completed our settlement process to account for client billings thru the Petition Date, September 16, 2007.

**Exhibit F**
**Creditors Holding Unsecured Nonpriority Claims**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM INCURRED | CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **EMPLOYEES** | | | | | | |
| Kenneth Parker, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Unpaid Wages, Salaries, and Vacations | | | | $ 5.04 |
| Cory Taylor, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Expense Reimbursement | | | | 23.62 |
| Brent Neitzel, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Expense Reimbursement | | | | 37.77 |
| Lisa Perteet, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Expense Reimbursement | | | | 64.09 |
| Trang Le, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Expense Reimbursement | | | | 76.32 |
| Heidi Franklin, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Expense Reimbursement | | | | 157.00 |
| Donato Chiang, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Expense Reimbursement | | | | 164.02 |
| Kathy Yuan, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Expense Reimbursement | | | | 180.48 |
| David Thomas, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Unpaid Wages, Salaries, and Vacations | | | | 563.29 |
| Dennis Hersley, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Unpaid Wages, Salaries, and Vacations | | | | 707.27 |
| Wilfredo Punzalan, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Unpaid Wages, Salaries, and Vacations | | | | 4,686.20 |
| Ken Dawson, 5883 Rue Ferrari, San Jose, CA 95138-1857 | September-07 | Unpaid Wages, Salaries, and Vacations | | | | 25,576.40 |
| **Employee Total** | | | | | | **$ 32,241.50** |
| **VENDORS** | | | | | | |
| A/C Service & Design, P.O. Box 1166, San Martin, CA 95046 | Various | Trade Payables | X | X | | $ 1,959.93 |
| AFLAC, Remittance Processing Services, Columbus, GA 31999-0001 | Various | Trade Payables | X | X | | 377.85 |
| American Express, P.O. Box 0001, Los Angeles, CA 90096-0001 | Various | Trade Payables | X | X | | 63,693.05 |
| Phil Apanovitch, 219 Hurlburt Street, Glastonbury, CT 06033 | Various | Trade Payables | | | | 2,501.20 |
| Assurant, P.O. Box 807009, Kansas City, Mo 64108-7009 | Various | Trade Payables | X | X | | 4,053.31 |
| AT&T, 600 North 19th Street, 10th Floor, Birmingham, AL 35203 | Various | Trade Payables | X | X | | 228.31 |
| Bellsouth Pro - Cabs, P.O. Box 105373, Nashville, TN 37203 | Various | Trade Payables | X | X | | 257,152.76 |
| BillSoft, Inc., 10100 West 87th St, Suite 200, San Jose, CA 95112 | Various | Trade Payables | X | X | | 2,429.00 |
| Blakely Sokoloff Taylor, 12400 Wilshire Blvd., 7th Floor, Irwindale, CA 91706 | Various | Trade Payables | X | X | | 355.00 |
| Blue Shield of California, File 55331, St. Petersburg, FL 33747-4429 | Various | Trade Payables | X | X | | 9,712.52 |
| Boult Cummings Conners Berry, 1600 Division Street, Suite 700, Cincinnati, OH 45201 | Various | Trade Payables | X | X | | 495.10 |
| Candy Warehouse.Com, Inc, 5314 Third Street, San Leandro, CA 94577 | Various | Trade Payables | X | X | | 393.66 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: THE BILLING RESOURCE, dba INTEGRETEL, a California corporation
Case No. 07-52890

**Exhibit F**
**Creditors Holding Unsecured Nonpriority Claims**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM INCURRED | CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Cincinnati Bell<br>201 East Fourth Street, 102-1015<br>Cincinnati, OH 45202-2301 | Various | Trade Payables | | X | X | 29,831.04 |
| CIT Technology Fin Serv<br>P.O. Box 100706<br>Canon City, CO 81215-1597 | Various | Trade Payables | | X | X | 9,287.77 |
| Dell Marketing L.P.<br>C/O Dell USA L.P.<br>Pasadena, CA 91109-7321 | Various | Trade Payables | | X | X | 1,312.75 |
| Deluxe Business Forms & Supplies<br>P.O. Box 742572<br>Plano, TX 75026-2682 | Various | Trade Payables | | X | X | 422.12 |
| Federal Express<br>P.O. Box 7221<br>New York, NY 10087-9901 | Various | Trade Payables | | X | X | 17,544.38 |
| Fidelity Investments<br>P.O. Box 73307<br>Sacramento, CA 94257-0651 | Various | Trade Payables | | X | X | 655.00 |
| Flying Logo Sisters<br>399 N. Third Street<br>Los Angeles, CA 90051-5805 | Various | Trade Payables | | X | X | 799.75 |
| GE Capital<br>P.O. Box 31001-0270<br>Pasadena, CA 91110-0270 | Various | Trade Payables | | X | X | 2,832.89 |
| Hodgson Russ LLP<br>One M&T Plaza, Suite 2000<br>Denver, CO 80217 | Various | Trade Payables | | X | X | 397.50 |
| Home Depot<br>P.O. Box 6029<br>Philadelphia, PA 19170-7482 | Various | Trade Payables | | X | X | 1,419.59 |
| Hopkins & Carley<br>P.O. Box 1469<br>San Rafael, CA 94903 | Various | Trade Payables | | X | X | 15,392.13 |
| HRPlus<br>P.O. Box 17288<br>San Jose, CA 95131 | Various | Trade Payables | | X | X | 276.50 |
| Ikon Financial Services<br>P.O. Box 650073<br>Phoenix, AZ 85062 | Various | Trade Payables | | X | X | 56.29 |
| IL Mechanical, Inc.<br>28306 Industrial Blvd, Suite J<br>Los Angeles, CA 90060-1002 | Various | Trade Payables | | X | X | 285.00 |
| Innovative Print Media<br>2081 Bering Drive, Unit Y<br>Seattle, WA 98101-2338 | Various | Trade Payables | | X | X | 157.51 |
| Iron Mountain Records Mgmt<br>P.O. Box 601002<br>Milpitas, CA 95035 | Various | Trade Payables | | X | X | 2,075.59 |
| LSI<br>1840 Oak Avenue, Suite 300<br>Evanston, IL 60201 | Various | Trade Payables | | X | X | 632,720.88 |
| Manpower Staffing Services<br>P.O. Box 610880<br>Modesto, CA 95355-2050 | Various | Trade Payables | | X | X | 22,964.00 |
| MCI<br>P.O. Box 371392<br>Pittsburgh, PA 15250-7392 | Various | Trade Payables | | X | X | 16.00 |
| MCI Worldcom<br>PO Box 96022<br>Charlotte, NC 28296-0022 | Various | Trade Payables | | X | X | 70.63 |
| Mertz, John K.<br>26760 Adams Road<br>Los Gatos, CA 95033 | Various | Trade Payables | | | | 2,500.00 |
| Mutual of Omaha<br>P.O. Box 31001-0290<br>Los Angeles, CA 90074-0025 | Various | Trade Payables | | X | X | 2,682.55 |
| National Janitorial Services<br>2625 F Coffee Rd Suite 201<br>Ada, OK 74820-2629 | Various | Trade Payables | | X | X | 1,869.00 |
| Neopost Inc.<br>P.O. BOX 45800<br>San Francisco, CA 94145-0800 | Various | Trade Payables | | X | X | 265.21 |
| Northland Control Systems, Inc<br>5177 Brandin Ct<br>Los Angeles, CA 90051-5360 | Various | Trade Payables | | X | X | 1,474.50 |
| Office Depot<br>P.O. Box 70025<br>San Jose, CA 95119 | Various | Trade Payables | | X | X | 1,287.84 |

**Exhibit F**
**Creditors Holding Unsecured Nonpriority Claims**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM INCURRED | CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Invesmart<br>Penn Center West-Six, Suite 211<br>Pittsburgh, PA 15276 | Various | Trade Payables | | X | X | 1,050.00 |
| Pre-Paid Legal Services, Inc.<br>P.O. Box 2629<br>Sacramento, CA 95887-0001 | Various | Trade Payables | | X | X | 30.32 |
| QWEST<br>1801 California Street #2130<br>Denver, CO 80202 | Various | Trade Payables | | X | X | 8,883.91 |
| Republic Indemnity Company of CA<br>P.O. Box 51060<br>Sacramento, CA 94244-2300 | Various | Trade Payables | | X | X | 9,948.44 |
| SBC<br>Payment Center<br>Portland, OR 97208-3357 | Various | Trade Payables | | X | X | 2,321.40 |
| Stevens Creek D&R<br>P.O. Box 60648<br>Philadelphia, PA 19178-3690 | Various | Trade Payables | | X | X | 755.34 |
| Taylor Made Leasing Company<br>1915 Mark Court, Sutie 110<br>Atlanta, GA 30339 | Various | Trade Payables | | X | X | 57.76 |
| Terminix International<br>P.O. Box 742592<br>San Jose, CA 95128 | Various | Trade Payables | | X | X | 82.00 |
| Thompson Tax and Accounting dba Tax Partners<br>3100 Cumberland Blvd Ste. 900<br>Chino Valley, AZ 86323 | Various | Trade Payables | | X | X | 5,328.80 |
| Three Way, Inc.<br>2940 Mead Avenue<br>De Beque, CO 81630 | Various | Trade Payables | | X | X | 296.00 |
| Union 76<br>P.O. Box 689059<br>Des Moines, IA 50368-9059 | Various | Trade Payables | | X | X | 135.10 |
| United Parcel Service<br>P.O. Box 894820<br>Los Angeles, CA 90189-4820 | Various | Trade Payables | | X | X | 93.07 |
| US BANCORP<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | Various | Trade Payables | | X | X | 9,059.24 |
| Verizon<br>13100 Columbia Pike, B-15<br>Silver Springs, MD 20904 | Various | Trade Payables | | X | X | 11,809.69 |
| Verizon (FKA MFS Telecom, Inc.)<br>P.O. Box 96022<br>Charlotte, NC 28296-0022 | Various | Trade Payables | | X | X | 23,907.99 |
| Worldcom<br>PO Box 382040<br>Pittsburgh, PA 15251-8040 | Various | Trade Payables | | X | X | 321,227.41 |
| **Vendor Total** | | | | | | **$ 1,486,934.58** |

**CUSTOMERS**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | | DATE CLAIM INCURRED | CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Inmate Calling Solutions, LLC<br>5883 Rue Ferrari<br>San Jose, CA 95138 | [1] | Various | Customer Settlement | | X | X | $ 903,278.24 |
| Designone Hosting<br>2445 Poppywood Road<br>Knoxville, TN 37932 | [1] | Various | Customer Settlement | | X | X | 277,493.17 |
| Globalyp<br>785 Market Street Suite 900<br>San Francisco, CA 94103 | [1] | Various | Customer Settlement | | X | X | 2,170,494.08 |
| Intelicom Messaging<br>8201 Peters Road Suite #1000<br>Plantation, FL 33322 | [1] | Various | Customer Settlement | | X | X | 1,263,633.73 |
| Email Discount Network<br>1844 Nob Hill Road Suite #142<br>Plantation, FL 33324 | [1] | Various | Customer Settlement | | X | X | 1,822,182.58 |
| Todays Resources<br>1851 Peeler Road Suite D<br>Atlanta, GA 30338 | [1] | Various | Customer Settlement | | X | X | 67,359.83 |
| Valutel<br>1851 Peeler Road Suite D<br>Atlanta, GA 30338 | [1] | Various | Customer Settlement | | X | X | 78,222.29 |
| AMERICOM TECHNOLOGIES<br>PO Box 990165<br>Boston, MA 02199 | [1] | Various | Customer Settlement | | X | X | 195,880.54 |
| National Brands, Inc.<br>4633 W. Polk Street<br>Phoenix, AZ 85043 | [1] | Various | Customer Settlement | | X | X | 501,479.53 |

In re: THE BILLING RESOURCE, dba INTEGRETEL, a California corporation
Case No. 07-52890

**Exhibit F**
**Creditors Holding Unsecured Nonpriority Claims**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | | DATE CLAIM INCURRED | CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Norstar Marketing Group<br>26750 US Highway 19N Suite 550<br>Clearwater, FL 33761 | [1] | Various | Customer Settlement | | X | X | 222,668.77 |
| New Orbit Communications<br>7668 El Camino Real #104-327<br>La Costa, CA 92009 | [1] | Various | Customer Settlement | | X | X | 263,539.24 |
| Telecom Access Network<br>5724 Forest Bend Dr. Suite B<br>Arlington, TX 76010 | [1] | Various | Customer Settlement | | X | X | 486,142.98 |
| Horizon Telecom, Inc.<br>P.O. Box 140742<br>Orlando, FL 32814 | [1] | Various | Customer Settlement | | X | X | 635,663.56 |
| National Toll Free<br>PO Box 990165<br>Boston, MA 2199 | [1] | Various | Customer Settlement | | X | X | 173,409.61 |
| TOTAL I PROTECT<br>14001 63rd Way N.<br>Clearwater, FL 33760 | [1] | Various | Customer Settlement | | X | X | 980,547.71 |
| American Premium Warehous<br>233 West Route 59<br>Nanuet, NY 10954 | [1] | Various | Customer Settlement | | X | X | 1,162,689.02 |
| Network Telephone Serv<br>21135 Erwin Street<br>Woodland Hills, CA 91367 | [1] | Various | Customer Settlement | | X | X | 844,346.57 |
| North County Comm. Cor<br>4008 Taylor Street Suite 201<br>San Diego, CA 92110 | [1] | Various | Customer Settlement | | X | X | 82,107.08 |
| American Nortel<br>7975 North Hayden Suite D333<br>Scottsdale, AZ 85258 | [1] | Various | Customer Settlement | | X | X | 121,228.45 |
| Maddic Comm. Corp.(Hit<br>8160 Maddison Avenue<br>Burr Ridge, IL 60527 | [1] | Various | Customer Settlement | | X | X | 50,277.95 |
| Path Enterprises<br>177 Parkside Drive<br>Union, NJ 7083 | [1] | Various | Customer Settlement | | X | X | 37,631.07 |
| Jartel<br>4008 Taylor Street Suite 201<br>San Diego, CA 92110 | [1] | Various | Customer Settlement | | X | X | 178,425.83 |
| Agora Solutions<br>1624 Harmon Place Suite #305<br>Minneapolis, MN 55403 | [1] | Various | Customer Settlement | | X | X | 769,174.53 |
| Qitel<br>3100 Independence Pkwy Suite 311-415<br>Plano, TX 75075 | [1] | Various | Customer Settlement | | X | X | |
| Telco Billing Inc<br>4840 East Jasmine Street Suite 105<br>Mesa, AZ 85205 | [1] | Various | Customer Settlement | | X | X | 829,579.75 |
| Air/Wave Communication<br>3020 Legacy Drive Suite 100-395<br>Plano, TX 75023 | [1] | Various | Customer Settlement | | X | X | 20,830.10 |
| Rrv Enterprises<br>2400 Augusta Dr. Suite 262<br>Houston, TX 77057 | [1] | Various | Customer Settlement | | X | X | 512,605.08 |
| Ddd Calling, Inc.<br>5120 Woodway Suite 7009<br>Houston, TX 77056 | [1] | Various | Customer Settlement | | X | X | 66,247.46 |
| Enhanced Long Distance<br>PO Box 990165<br>Boston, MA 2199 | [1] | Various | Customer Settlement | | X | X | 513,271.58 |
| Personal Voice<br>16807 US Hgwy 19 North Suite A<br>Clearwater, FL 33764 | [1] | Various | Customer Settlement | | X | X | 1,530,343.64 |
| Pcs<br>11859 Wilshire Blvd. Suite 600<br>Los Angeles, CA 90025 | [1] | Various | Customer Settlement | | X | X | 236,367.09 |
| Nationwide Voice Mail<br>1350 Beverly Road Suite 115 #448<br>McLean, VA 22101 | [1] | Various | Customer Settlement | | X | X | 561,539.58 |
| Info Source Usa, Inc.<br>10229 Lakeshore Blvd.<br>Bratenahl, OH 44108 | [1] | Various | Customer Settlement | | X | X | 751,336.06 |
| Optimum Voicemail, Inc.<br>5517-10 Neconset Hwy<br>Mt. Sinai, NY 11766 | [1] | Various | Customer Settlement | | X | X | 414,337.41 |
| Enhanced Voice Mail<br>1069 West Broad Street #711<br>Falls Church, VA 22046 | [1] | Various | Customer Settlement | | X | X | 1,035,338.25 |

**Exhibit F**
**Creditors Holding Unsecured Nonpriority Claims**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | | DATE CLAIM INCURRED | CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| United Voice Messaging<br>1001 Village Road<br>Orwigsburg, PA 17961 | [1] | Various | Customer Settlement | | X | X | 309,227.06 |
| Nationwide Voice Messagin<br>6689 Orchard Lake Rd. #130<br>West Bloomfield, MI 48322 | [1] | Various | Customer Settlement | | X | X | 538,213.39 |
| Residential Voice Mail<br>50 Hill Street Suite #161<br>Southampton, NY 11968 | [1] | Various | Customer Settlement | | X | X | 581,669.55 |
| Nol<br>11900 Biscayne Blvd.<br>Miami, FL 33181 | [1] | Various | Customer Settlement | | X | X | 1,202,471.74 |
| Galacy.Com<br>85 Atlantic Street<br>Hackensack, NJ 7601 | [1] | Various | Customer Settlement | | X | X | 285,620.81 |
| Navaho Networks<br>170 University Avenue Suite 602<br>Tornto, ON M5H 3B3 | [1] | Various | Customer Settlement | | X | X | 166,560.18 |
| World Web Access<br>1 Blue Hill Plaza PO Box 1665<br>Pearl River, NY 10965 | [1] | Various | Customer Settlement | | X | X | 197,318.40 |
| Skynet<br>P.O. Box 140742<br>Orlando, FL 32814 | [1] | Various | Customer Settlement | | X | X | 204,230.39 |
| Mytelebill<br>P.O. Box 80074<br>Rancho Santa Margarita, CA 92688 | [1] | Various | Customer Settlement | | X | X | 277,158.57 |
| Toll-Free Voice Messaging<br>PO Box 990165<br>Boston, MA 2199 | [1] | Various | Customer Settlement | | X | X | 83,841.64 |
| Toll Free Voicemail<br>PO Box 990165<br>Boston, MA 2199 | [1] | Various | Customer Settlement | | X | X | 84,292.47 |
| United Voice Messaging<br>1001 Village Road<br>Orwigsburg, PA 17961 | [1] | Various | Customer Settlement | | X | X | 201,685.46 |
| Capital Communications<br>221 Laurel Road, STE. 125<br>Voorhees, NJ 08043 | [1] | Various | Customer Settlement | | X | X | - |
| Triton Global Services<br>5824 2nd Street Suite #300<br>Calgary, AB T2H0H2 | [1] | Various | Customer Settlement | | X | X | 171,824.31 |
| Ldc Telecom<br>40347 US Hwy 19N #232<br>Tarapon Springs, FL 34689 | [1] | Various | Customer Settlement | | X | X | 366,804.47 |
| Usa Telecorp<br>40347 US Hwy 19N, #232<br>Tarapon Springs, FL 34689 | [1] | Various | Customer Settlement | | X | X | 1,285.09 |
| Icoe, Llc<br>1117 Desert Lane #1119<br>Las Vegas, NV 89102 | [1] | Various | Customer Settlement | | X | X | 166,583.40 |
| Infotelco<br>1465 E. Putnam Ave. #228<br>Old Greenwich, CT 6870 | [1] | Various | Customer Settlement | | X | X | 852,162.03 |
| Hospitality Telecom. Inc<br>5017 Green Shore Circle<br>Lago Vista, TX 78645 | [1] | Various | Customer Settlement | | X | X | - |
| Telenet Communication<br>9690 Telstar Ave. Suite # 224<br>El Monte, CA 91731 | [1] | Various | Customer Settlement | | X | X | 13,282.22 |
| Nte<br>107 South 8th Street<br>Philadelphia, PA 19106 | [1] | Various | Customer Settlement | | X | X | 1,302,790.33 |
| Nte<br>107 South 8th Street<br>Philadelphia, PA 19106 | [1] | Various | Customer Settlement | | X | X | 407,556.26 |
| National Y-Net Telecom<br>3650 Winding Way Suite 100<br>Newtown Square, PA 19073 | [1] | Various | Customer Settlement | | X | X | 137,404.79 |
| North West Nevada Telco<br>2910 Mill Street<br>Reno, NV 89502 | [1] | Various | Customer Settlement | | X | X | 67,544.81 |
| Telabill<br>2207 Concord Pike<br>Wilmington, DE 19803 | [1] | Various | Customer Settlement | | X | X | - |
| Pei Online<br>730 5th Avenue<br>New York, NY 10019 | [1] | Various | Customer Settlement | | X | X | 13.42 |

In re: THE BILLING RESOURCE, dba INTEGRETEL, a California corporation
Case No. 07-52890

**Exhibit F**
**Creditors Holding Unsecured Nonpriority Claims**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | | DATE CLAIM INCURRED | CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Teldata Consultants<br>4550 West 109th St. #150<br>Overland Park, KS 66211 | [1] | Various | Customer Settlement | | X | X | 289.81 |
| One Call Communications<br>223 Fourth Avenue Suite 1700<br>Pittsburgh, PA 15222 | [1] | Various | Customer Settlement | | X | X | - |
| Axces, Inc.<br>2500 Wilcrest, Suite 540<br>Houston, TX 77042 | [1] | Various | Customer Settlement | | X | X | - |
| Clearview Communication<br>Suite 210, 611-10th Ave. SW<br>Calgary, Alberta T2R-0B2 | [1] | Various | Customer Settlement | | X | X | - |
| North American Calling<br>572 Ivy Shores Blvd.<br>Urbanna, VA 23175 | [1] | Various | Customer Settlement | | X | X | - |
| Call Home Telecom, Llc<br>PO Box 12030<br>St. Thomas, U.S. Virgin Island 00801 | [1] | Various | Customer Settlement | | X | X | - |
| Prairie Wave Comm.<br>5100 South McLeod Lane<br>Sioux Falls, SD 57109 | [1] | Various | Customer Settlement | | X | X | - |
| Nbwc<br>407 E. Fort, Suite 303<br>Detroit, MI 48226 | [1] | Various | Customer Settlement | | X | X | 2,301.84 |
| Mmi Telecommunications<br>2234 Aha Niu Place<br>Honolulu, HI 96821 | [1] | Various | Customer Settlement | | X | X | 15,585.38 |
| La Follette Associates<br>6701 Sebold Road Suite 102<br>Madison, WI 53719 | [1] | Various | Customer Settlement | | X | X | - |
| Dtran Payment Systems<br>21135 Erwin Street<br>Woodland Hills, CA 91367 | [1] | Various | Customer Settlement | | X | X | 20,949.30 |
| Lec Audiotext Services<br>21135 Erwin Street<br>Woodland Hills, CA 91367 | [1] | Various | Customer Settlement | | X | X | 26,093.43 |
| Vortex Communications (Settled)<br>666 Third Ave., 21st Floor<br>New York, NY 1017 | [1] | Various | Customer Settlement | | X | X | 31,343.80 |
| Zone Inc (Furst)<br>200 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002 | [1] | Various | Customer Settlement | | X | X | 40,551.30 |
| Capital Gains<br>6 Hutton Center Suite 1100<br>Santa Ana, CA 92707 | [1] | Various | Customer Settlement | | X | X | 23,413.37 |
| Bureau 21<br>12121 Wilshire Blvd, Suite 600<br>Los Angeles, CA 90025-1166 | [1] | Various | Customer Settlement | | X | X | - |
| Network One Services<br>1909 Tyler Street<br>Hollywood, FL 33020 | [1] | Various | Customer Settlement | | X | X | 192,155.21 |
| Mercury Marketing Tech<br>20 North 3rd Street<br>Philadelphia, PA 19106 | [1] | Various | Customer Settlement | | X | X | 9,322.57 |
| Cdc<br>2540 Fortune Way<br>Vista, CA 92083 | [1] | Various | Customer Settlement | | X | X | 4,592.29 |
| Ats<br>996 Old Eagle School Road, Suite 1105<br>Wayne, PA 19087 | [1] | Various | Customer Settlement | | X | X | 1,023.11 |
| Zetatel<br>3020 Legacy Drive, Suite 100-395<br>Plano, TX 75023 | [1] | Various | Customer Settlement | | X | X | - |
| Geo Media<br>53 Church Street<br>Hamilton HM12 , Bermuda | [1] | Various | Customer Settlement | | X | X | 4,428.01 |
| Rpc Business Grp<br>4740 Ingersoll, Suite 209<br>Houston, TX 77027 | [1] | Various | Customer Settlement | | X | X | 28,053.18 |
| Latino Communications<br>5215 North O'connor Rd., Suite 660<br>Irving, TX 75039 | [1] | Various | Customer Settlement | | X | X | 3,515.25 |
| American Telepath<br>2207 Concord Pike, #551<br>Wilmington, DE 19803 | [1] | Various | Customer Settlement | | X | X | 42,540.24 |
| Sonicport.Com<br>21621 Nordhoff St.<br>Chatsworth, CA 91311-5825 | [1] | Various | Customer Settlement | | X | X | 55,590.29 |

**Exhibit F**
**Creditors Holding Unsecured Nonpriority Claims**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | | DATE CLAIM INCURRED | CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---:|
| Justice Internet Serv 2029 Century Park East, 3rd Floor Los Angeles, CA 90067-2904 | [1] | Various | Customer Settlement | | X | X | 1,152.87 |
| United Voicemail, Inc. PO Box 990165 Boston, MA 2199 | [1] | Various | Customer Settlement | | X | X | 131,381.30 |
| Access One Comm. 1909 Tyler Street Hollywood, FL 33020 | [1] | Various | Customer Settlement | | X | X | 1,570,490.87 |
| Privatenet Corp. 550 Queens Quay W. Suite 925 Toronto, ON M5V3M8 | [1] | Various | Customer Settlement | | X | X | 58,001.30 |
| Bealls Comm. Group 2605 Thomas Drive Suite 245 Panama City Beach, FL 32408 | [1] | Various | Customer Settlement | | X | X | 225,131.57 |
| MEDIACHARGER 6300 Canoga Avenue, 15th Floor Woodland Hills, CA 91367 | [1] | Various | Customer Settlement | | X | X | 161,529.19 |
| Easy Voicemail 1 Expressway Plaza Suite 114 Roslyn Heights, NY 11577 | [1] | Various | Customer Settlement | | X | X | 7,348.39 |
| Info Services 900 5883 Rue Ferrari San Jose, CA 95138 | [1] | Various | Customer Settlement | | X | X | - |
| Info Dial Usa, Llc 11470 Euclid Ave. Unit 251 Cleveland, OH 44106 | [1] | Various | Customer Settlement | | X | X | 110,533.94 |
| Osp Communications 701 N. Green Valley PKY #200 Henderson, NV 89074 | [1] | Various | Customer Settlement | | X | X | 1,124,432.18 |
| Monkry Productions 1966 Crotona Avenue Bronx, NY 10457 | [1] | Various | Customer Settlement | | X | X | 583.42 |
| Quintel P.O. Box 611987 San Jose, CA 95161-1987 | [1] | Various | Customer Settlement | | X | X | - |
| International Telcom 417 Second Ave. West Seattle, WA 98119 | [1] | Various | Customer Settlement | | X | X | - |
| Action Date 666 Third Ave., 21st Floor New York, NY 1017 | [1] | Various | Customer Settlement | | X | X | - |
| National Comm. Team 2900 Mill Street Reno, NV 89502 | [1] | Various | Customer Settlement | | X | X | 812,933.92 |
| National Comm. Team 2900 Mill Street Reno, NV 89502 | [1] | Various | Customer Settlement | | X | X | - |
| **Total** | | | | | | $ | **32,084,480.48** |
| **GRAND TOTAL** | | | | | | $ | **33,603,656.56** |