UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: THE BILLING RESOURCE, dba INTEGRETEL, a California corporation
Case No. 07-52890

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any time share interests.

State nature of debtor's interest in contract, i.e., "Purchase", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS OF NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **See Exhibit G** | |

Case: 07-52890    Doc# 265    Filed: 11/15/07    Entered: 11/15/07 23:09:12    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: THE BILLING RESOURCE, dba INTEGRETEL, a California corporation
Case No. 07-52890

**Exhibit G**
**Schedule G - Executory Contracts And Unexpired Leases**

| Name | Address | City | State | Zip | Description Of Contract Or Lease And Nature Of Debtor's Interest. State Whether Lease Is Of Nonresidential Real Property. State Contract Number Of Any Government Contract. |
|---|---|---|---|---|---|
| **CUSTOMERS** | | | | | |
| I Protect | 14001 63rd Way N. | Clearwater | FL | 33760 | Customer Contract |
| Access One Comm. | 1909 Tyler Street | Hollywood | FL | 33020 | Customer Contract |
| Action Date | 666 Third Ave., 21st Floor | New York | NY | 1017 | Customer Contract |
| Agora Solutions | 1624 Harmon Place Suite #305 | Minneapolis | MN | 55403 | Customer Contract |
| Air/Wave Communication | 3020 Legacy Drive 100-395 | Plano | TX | 75023 | Customer Contract |
| American Nortel | 7975 North Hayden Suite D333 | Scottsdale | AZ | 85258 | Customer Contract |
| American Nortel | 7975 North Hayden Suite D333 | Scottsdale | AZ | 85258 | Customer Contract |
| American Premium Warehous | 233 West Route 59 | Nanuet | NY | 10954 | Customer Contract |
| American Telepath | 2207 Concord Pike, #551 | Wilmington | DE | 19803 | Customer Contract |
| Americom Technologies | PO Box 990165 | Boston | MA | 2199 | Customer Contract |
| ATS | 996 Old Eagle School Road, Suite 1105 | Wayne | PA | 19087 | Customer Contract |
| Axces, Inc. | 2500 Wilcrest, Suite 540 | Houston | TX | 77042 | Customer Contract |
| Bealls Comm. Group | 2605 Thomas Drive Suite 245 | Panama City Beach | FL | 32408 | Customer Contract |
| Bureau 21 | 12121 Wilshire Blvd, Suite 600 | Los Angeles | CA | 90025-1166 | Customer Contract |
| Call Home Telecom, Llc | PO Box 12030 | St. Thomas | U.S. Virgin Islands | 00801 | Customer Contract |
| Capital Communications | 221 Laurel Road, STE. 125 | Voorhees | NJ | 08043 | Customer Contract |
| Capital Gains | 6 Hutton Center Suite 1100 | Santa Ana | CA | 92707 | Customer Contract |
| CDC | 2540 Fortune Way | Vista | CA | 92083 | Customer Contract |
| Clearview Communication | Suite 210, 611-10th Ave. SW | Calgary | Alberta | T2R-0B2 | Customer Contract |
| Ddd Calling, Inc. | 5120 Woodway Suite 7009 | Houston | TX | 77056 | Customer Contract |
| Designone Hosting | 2445 Poppywood Road | Knoxville | TN | 37932 | Customer Contract |
| Dtran Payment Systems | 21135 Erwin Street | Woodland Hills | CA | 91367 | Customer Contract |
| Easy Voicemail | 1 Expressway Plaza Suite 114 | Roslyn Heights | NY | 11577 | Customer Contract |
| Email Discount Network | 1844 Nob Hill Road Suite #142 | Plantation | FL | 33324 | Customer Contract |
| Enhanced Long Distance | PO Box 990165 | Boston | MA | 2199 | Customer Contract |
| Enhanced Voice Mail | 1069 West Broad Street #711 | Falls Church | VA | 22046 | Customer Contract |
| Galacy.Com | 85 Atlantic Street | Hakensack | NJ | 7601 | Customer Contract |
| Geo Media | 53 Church Street | Hamilton HM12 | Bermuda | 0 | Customer Contract |
| Globalyp | 785 Market Street Suite 900 | San Francisco | CA | 94103 | Customer Contract |
| Horizon Telecom, Inc. | P.O. Box 140742 | Orlando | FL | 32814 | Customer Contract |
| Hospitality Telecom. Inc | 5017 Green Shore Circle | Lago Vista | TX | 78645 | Customer Contract |
| Icoe, Llc | 1117 Desert Lane #1119 | Las Vegas | NV | 89102 | Customer Contract |
| Info Dial Usa, Llc | 11470 Euclid Ave. Unit 251 | Cleveland | OH | 44106 | Customer Contract |
| Info Serv (Allstate) | 21612 Nordhoff Street | Chatsworth | CA | 91314 | Customer Contract |
| Info Serv (Ibs Telecom) | 14175 Icot Blvd. Suite 100 | Clearwater | FL | 33760 | Customer Contract |
| Info Serv (Telliss, Llc) | 9093 Technology Dr. Suite 104 | Fishers | IN | 46038 | Customer Contract |
| Info Source Usa, Inc. | 10229 Lakeshore Blvd. | Bratenahl | OH | 44108 | Customer Contract |
| Infotelco | 1465 E. Putnam Ave. #228 | Old Greenwich | CT | 6870 | Customer Contract |
| Inmate Calling Solutions, LLC | 5883 Rue Ferrari | San Jose | CA | 95138 | Customer Contract |
| Intelicom Messaging | 8201 Peters Road Suite #1000 | Plantation | FL | 33322 | Customer Contract |
| International Telcom | 417 Second Ave. West | Seattle | WA | 98119 | Customer Contract |
| Jartel | 4008 Taylor Street Suite 201 | San Diego | CA | 92110 | Customer Contract |
| Justice Internet Serv | 2029 Century Park East , 3rd Floor | Los Angeles | CA | 90067-2904 | Customer Contract |
| La Follette Associates | 6701 Sebold Road Suite 102 | Madison | WI | 53719 | Customer Contract |
| Latino Communications | 5215 North O'connor Rd., Suite 660 | Irving | TX | 75039 | Customer Contract |
| Ldc Telecom | 40347 US Hwy 19N #232 | Tarapon Springs | FL | 34689 | Customer Contract |
| Lec Audiotext Services | 21135 Erwin Street | Woodland Hills | CA | 91367 | Customer Contract |
| Maddic Comm. Corp.(Hit | 8160 Maddison Avenue | Burr Ridge | IL | 60527 | Customer Contract |
| Mediacharger | 6300 Canoga Avenue, 15th Floor | Woodland Hills | CA | 91367 | Customer Contract |
| Mercury Marketing Tech | 20 North 3rd Street | Philadelphia | PA | 19106 | Customer Contract |
| Mmi Telecommunications | 2234 Aha Niu Place | Honolulu | HI | 96821 | Customer Contract |
| Monkry Productions | 1966 Crotona Avenue | Bronx | NY | 10457 | Customer Contract |
| Mytelebill | P.O. Box 80074 | Rancho Santa Margarita | CA | 92688 | Customer Contract |
| National Brands, Inc. | 4633 W. Polk Street | Phoenix | AZ | 85043 | Customer Contract |
| National Comm. Team | 2900 Mill Street | Reno | NV | 89502 | Customer Contract |
| National Online Service | 11900 Biscayne Blvd. | Miami | FL | 33181 | Customer Contract |
| National Toll Free | PO Box 990165 | Boston | MA | 2199 | Customer Contract |
| National Y-Net Telecom | 3650 Winding Way Suite 100 | Newtown Square | PA | 19073 | Customer Contract |
| Nationwide Voice Mail Inc | 1350 Beverly Road Suite 115 #448 | McLean | VA | 22101 | Customer Contract |
| Nationwide Voice Messaging | 6689 Orchard Lake Rd. #130 | West Bloomfield | MI | 48322 | Customer Contract |
| Navaho Networks | 170 University Avenue Suite 602 | Toronto | ON | M5H 3B3 | Customer Contract |
| NBWC | 407 E. Fort, Suite 303 | Detroit | MI | 48226 | Customer Contract |
| Network One Services | 1909 Tyler Street | Hollywood | FL | 33020 | Customer Contract |
| Network Telephone Serv | 21135 Erwin Street | Woodland Hills | CA | 91367 | Customer Contract |
| New Orbit Communications | 7668 El Camino Real #104-327 | La Costa | CA | 92009 | Customer Contract |
| NOL | 11900 Biscayne Blvd. | Miami | FL | 33181 | Customer Contract |
| Norstar Marketing Group | 26750 US Highway 19N Suite 550 | Clearwater | FL | 33761 | Customer Contract |
| North American Calling | 572 Ivy Shores Blvd. | Urbanna | VA | 23175 | Customer Contract |
| North County Comm. Cor | 4008 Taylor Street Suite 201 | San Diego | CA | 92110 | Customer Contract |
| North West Nevada Telco | 2910 Mill Street | Reno | NV | 89502 | Customer Contract |
| NTE | 107 South 8th Street | Philadelphia | PA | 19106 | Customer Contract |
| One Call Communications | 223 Fourth Avenue Suite 1700 | Pittsburgh | PA | 15222 | Customer Contract |
| Optimum Voicemail, Inc. | 5517-10 Neconset Hwy | Mt. Sinai | NY | 11766 | Customer Contract |
| Osp Communications | 701 N. Green Valley PKY #200 | Henderson | NV | 89074 | Customer Contract |
| Path Enterprises | 177 Parkside Drive | Union | NJ | 7083 | Customer Contract |
| Paymentone Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Customer Contract |
| Pcs Lincoln County | 11859 Wilshire Blvd. Suite 600 | Los Angeles | CA | 90025 | Customer Contract |
| Pei Online | 730 5th Avenue | New York | NY | 10019 | Customer Contract |
| Personal Voice | 16807 US Hgwy 19 North Suite A | Clearwater | FL | 33764 | Customer Contract |
| Prairie Wave Comm. | 5100 South McLeod Lane | Sioux Falls | SD | 57109 | Customer Contract |
| Privatenet Corp. | 550 Queens Quay W. Suite 925 | Toronto | ON | M5V3M8 | Customer Contract |
| Qitel | 3100 Independence Pkwy Suite 311-415 | Plano | TX | 75075 | Customer Contract |
| Quintel | P.O. Box 611987 | San Jose | CA | 95161-1987 | Customer Contract |

SOAL Exhibit G

Case: 07-52890    Doc# 265    Filed: 11/15/07    Entered: 11/15/07 23:09:12    Page 2 of 3

In re: THE BILLING RESOURCE, dba INTEGRETEL, a California corporation
Case No. 07-52890

**Exhibit G**
**Schedule G - Executory Contracts And Unexpired Leases**

| Name | Address | City | State | Zip | Description Of Contract Or Lease And Nature Of Debtor's Interest. State Whether Lease Is Of Nonresidential Real Property. State Contract Number Of Any Government Contract. |
|---|---|---|---|---|---|
| Residential Voice Mail | 50 Hill Street Suite #161 | Southampton | NY | 11968 | Customer Contract |
| Rpc Business Grp | 4740 Ingersoll, Suite 209 | Houston | TX | 77027 | Customer Contract |
| Rrv Enterprises | 2400 Augusta Dr. Suite 262 | Houston | TX | 77057 | Customer Contract |
| Sba Online | 11900 Biscayne Blvd. | Miami | FL | 33181 | Customer Contract |
| Skynet | P.O. Box 140742 | Orlando | FL | 32814 | Customer Contract |
| Sonicport.Com | 21621 Nordhoff St. | Chatsworth | CA | 91311-5825 | Customer Contract |
| Switched Access (Settled) | 1909 Tyler Street | Hollywood | FL | 33020 | Customer Contract |
| Telabill | 2207 Concord Pike | Wilmington | DE | 19803 | Customer Contract |
| Telco Billing Inc | 4840 East Jasmine Street Suite 105 | Mesa | AZ | 85205 | Customer Contract |
| Teldata Consultants | 4550 West 109th St. #150 | Overland Park | KS | 66211 | Customer Contract |
| Telecom Access Network | 5724 Forest Bend Dr. Suite B | Arlington | TX | 76010 | Customer Contract |
| Telenet Communication | 9690 Telstar Ave . Suite # 224 | El Monte | CA | 91731 | Customer Contract |
| Todays Resources | 1851 Peeler Road Suite D | Atlanta | GA | 30338 | Customer Contract |
| Toll Free Voicemail | PO Box 990165 | Boston | MA | 2199 | Customer Contract |
| Toll-Free Voice Messaging | PO Box 990165 | Boston | MA | 2199 | Customer Contract |
| Total I Protect | 14001 63rd Way N. | Clearwater | FL | 33760 | Customer Contract |
| Triton Global Services | 5824 2nd Street Suite #300 | Calgary | AB | T2H0H2 | Customer Contract |
| United Voice Messaging | 1001 Village Road | Orwigsburg | PA | 17961 | Customer Contract |
| United Voicemail, Inc. | PO Box 990165 | Boston | MA | 2199 | Customer Contract |
| Usa Telecorp | 40347 US Hwy 19N, #232 | Tarapon Springs | FL | 34689 | Customer Contract |
| Valutel | 1851 Peeler Road Suite D | Atlanta | GA | 30338 | Customer Contract |
| Vortex Communications (Settled) | 666 Third Ave., 21st Floor | New York | NY | 1017 | Customer Contract |
| World Web Access | 1 Blue Hill Plaza PO Box 1665 | Pearl River | NY | 10965 | Customer Contract |
| Yellow Page.Net | 4840 East Jasmine Street Suite 105 | Mesa | AZ | 85205 | Customer Contract |
| Zetatel | 3020 Legacy Drive, Suite 100-395 | Plano | TX | 75023 | Customer Contract |
| Zone Inc (Furst) | 200 Lake Drive East, Suite 200 | Cherry Hill | NJ | 08002 | Customer Contract |

**LOCAL EXCHANGE CARRIERS**

| Name | Address | City | State | Zip | Description |
|---|---|---|---|---|---|
| AT&T | 600 North 19th Street, 10th Floor | Birmingham | AL | 35203 | LEC Agreements |
| BSG Clearing Solutions (FKA Verisign) | 7411 John Smith Drive, Suite 1500 | San Antonio | TX | 78229 | LEC Agreements |
| Canopco | 48 Yonge Street, Suite 1000 | Toronto | ON | M5E 1G6 | LEC Agreements |
| Cincinnati Bell | 201 East Fourth Street, 102-1015 P.O. Box 2301 | Cincinnati | OH | 45202-2301 | LEC Agreements |
| Embarq | 9300 Metcalf Avenue | Overland Park | KS | 66212-1463 | LEC Agreements |
| Frontier Communications (FKA Citizens Telecom) | 180 South Clinton Ave | Rochester | NY | 14646 | LEC Agreements |
| QWEST | 1801 California Street #2130 | Denver | CO | 80202 | LEC Agreements |
| Solix | 100 South Jefferson Rd | Whippany | NJ | 07981 | LEC Agreements |
| Verizon | 13100 Columbia Pike, B-15 | Silver Springs | MD | 20904 | LEC Agreements |
| Windstream (FKA Alltel) | 4001 Rodney Parham Road Mail Stop 1170 B3F03-84A | Little Rock | AR | 72212 | LEC Agreements |

**EMPLOYMENT**

| Name | Address | City | State | Zip | Description |
|---|---|---|---|---|---|
| Ken Dawson | 5883 Rue Ferrari | San Jose | CA | 95138 | Employment Agreement |

**INTERCOMPANY**

| Name | Address | City | State | Zip | Description |
|---|---|---|---|---|---|
| PaymentOne Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Support Services Agreement |
| PaymentOne Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Billing Name and Address Agreement |
| PaymentOne Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Rescission Agreement |
| PaymentOne Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Contribution, Bill of Sale, Assignment and Assumption Agreement |
| PaymentOne Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Assignment of Logos, Trademarks, Trade Names and Domain Name |
| PaymentOne Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Agreement for Data Processing Services |
| PaymentOne Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Direct Billing Services Agreement |
| PaymentOne Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Security Agreement |
| PaymentOne Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Asset Contribution Agreement |
| PaymentOne Corporation | 5883 Rue Ferrari | San Jose | CA | 95138 | Agreement and Release |
| Inmate Calling Solutions, LLC | 5883 Rue Ferrari | San Jose | CA | 95138 | Master Services Agreement |

**LEASES**

| Name | Address | City | State | Zip | Description |
|---|---|---|---|---|---|
| Complete Capital Services, Inc (CIT Financial Services) | 10201 Centurion Pkwy N, Suite 100 | Jacksonville | FL | 32256 | Capital lease for computer hardware |
| Complete Capital Services, Inc (CIT Financial Services) | 10201 Centurion Pkwy N, Suite 100 | Jacksonville | FL | 32256 | Capital lease for computer hardware |
| GE Capital | P.O. Box 31001-0270 | Pasadena | CA | 91110-0270 | Capital lease for computer hardware |
| VAResources, Inc | 3200 Broadway, Suite 250 | Garland | TX | 75043 | Capital lease for computer hardware |
| VAResources, Inc | 3200 Broadway, Suite 250 | Garland | TX | 75043 | Capital lease for computer hardware |
| LSI Logic | 1840 Oak Avenue, Suite 300 | Evanston | IL | 60201 | Property Sublease |

SOAL Exhibit G

Case: 07-52890   Doc# 265   Filed: 11/15/07   Entered: 11/15/07 23:09:12   Page 3 of 3