UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

THE BILLING RESOURCE, dba INTEGRETEL, a California corporation

Case No. 07-52890
Chapter 11

## STATEMENT OF ASSETS AND LIABILIITES SUMMARY OF SCHEDULES

THE BILLING RESOURCE, dba INTEGRETEL (the "debtor") hereby submits its STATEMENT OF ASSETS AND LIABILIITES SUMMARY OF SCHEDULES (the "Statement") to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007.

### Declaration

I, Ken Dawson, declare under penalty of perjury that I have read the answers contained in this Statement and that they are true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers and records.

Dated: November 15, 2007

_[signature]_
Signature

Ken Dawson
Name

President
Title