UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: **THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,**  Case No. **07-52890**
Debtor  Chapter 11

**SUMMARY OF SCHEDULES**

THE BILLING RESOURCE, dba INTEGRETEL, a California corporation, Case No. 07-52890

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | - | $ - | | |
| B - Personal Property | YES | 24 | 25,849,915 | | |
| C - Property Claimed as Exempt | YES | - | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 17,180,332 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 22 | | 633,129 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | 33,603,657 | |
| G - Executory Contracts and Leases | YES | 3 | | | |
| H - Codebtors | YES | - | | | |
| I - Current Income of Individual Debtor(s) | YES | - | | | - |
| J - Current Expenses of Individual Debtor(s) | YES | - | | | - |
| Total Number of Sheets in ALL Schedules | | 58 | | | |
| | | Total Assets | $25,849,915 | | |
| | | | Total Liabilities | $ 51,417,118 | |