Howard Kollitz [State Bar No. 059611],
Walter K. Oetzell [State Bar No. 109769] and
Steven J. Schwartz [State Bar No. 200586] of
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
Email: woetzell@dgdk.com
Email: sschwartz@dgdk.com

Jeffrey C. Schneider [Pro Hac Vice]
TEW CARDENAS LLP
Four Seasons Tower, Fifteenth Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
Telephone: (305) 539-2481
Facsimile: (305) 536-1116
Email: jcs@tewlaw.com

Attorneys for Defendant, David R. Chase, as Receiver

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>**THE BILLING RESOURCE**, dba **INTEGRETEL**, a California corporation,<br><br>[Taxpayer Identification No. 33-0289863]<br><br>Debtor. | Bankruptcy Case No. 07-52890-ASW<br><br>[Chapter 11]<br><br>**FEDERAL RECEIVER'S LIMITED OPPOSITION AND RESERVATION OF RIGHTS AND PRIVILEGES RE MOTION FOR ORDER APPROVING INTERIM COMPENSATION AND REIMBURSEMENT PROCEDURES FOR PROFESSIONALS**<br><br>Date: December 7, 2007<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>280 South First Street<br>San Jose, California<br>Judge: Hon. Arthur S. Weissbrodt<br>Ctrm: 3020 |

-1-

1  David R. Chase, the Federal Receiver (the "Federal Receiver") hereby submits his Limited
2  Opposition and Reservation of Rights and Privileges (the "Opposition") Re Motion for Order
3  Approving Interim Compensation and Reimbursement Procedures for Professionals (the "Motion").
4  As this Court is aware, the Federal Receiver has filed a limited objection to the employment
5  of Stang Ziehl & Jones LLP (the "Pachulski Firm") to the extent that such employment requires
6  that firm to take an adverse position to the Federal Receiver and to that firm's taking of a position
7  adverse to the Federal Receiver (the "Limited Objection"). The Federal Receiver's objection is
8  scheduled for an evidentiary hearing on December 17, 2007.
9  The Federal Receiver hereby objects to the Motion to the extent that the terms of the Order
10 requested thereby are inconsistent with the Federal Receiver's Limited Objection above and to the
11 extent that they allow compensation of the Pachulski Firm for any services described in or
12 comprised by the Federal Receiver's Limited Objection or from the funds that are the subject of the
13 Florida District Court's September 14, 2007 Omnibus Order or its September 21, 2007
14 Clarification Order which are the subject of litigation between the Debtor and the Federal Receiver.
15 The Federal Receiver further reserves and preserves all rights and privileges in respect of that
16 Objection and nothing asserted or omitted in respect of this Motion is intended to nor shall be
17 construed as a waiver of any such rights and privileges.

Dated: November __, 2007        DANNING, GILL, DIAMOND & KOLLITZ, LLP

                                By: _____
                                    Walter K. Oetzell
                                    Attorneys for Federal Receiver