Howard Kollitz [State Bar No. 059611],
Walter K. Oetzell [State Bar No. 109769] and
Steven J. Schwartz [State Bar No. 200586] of
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
Email:   woetzell@dgdk.com
Email:   sschwartz@dgdk.com

Jeffrey C. Schneider [Pro Hac Vice]
TEW CARDENAS LLP
Four Seasons Tower, Fifteenth Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
Telephone: (305) 539-2481
Facsimile: (305) 536-1116
Email: jcs@tewlaw.com

Attorneys for Defendant, David R. Chase, as Receiver

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re | Bankruptcy Case No. 07-52890-ASW |
| THE BILLING RESOURCE, dba Integretal, a California corporation, | Chapter 11 |
| Debtor. | |
| Taxpayer's Identification No. 33-0289863 | **CERTIFICATE OF SERVICE:** |
| | **FEDERAL RECEIVER'S LIMITED OPPOSITION AND RESERVATION OF RIGHTS AND PRIVILEGES RE MOTION FOR ORDER APPROVING INTERIM COMPENSATION AND REIMBURSEMENT PROCEDURES FOR PROFESSIONALS** |

# CERTIFICATE OF SERVICE

I, Vivian Maldonado de Servín, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On November 30, 2007, I served the following document(s):

**FEDERAL RECEIVER'S LIMITED OPPOSITION AND RESERVATION OF RIGHTS AND PRIVILEGES RE MOTION FOR ORDER APPROVING INTERIM COMPENSATION AND REIMBURSEMENT PROCEDURES FOR PROFESSIONALS**

on the interested parties addressed as follows:

[SEE ATTACHED SERVICE LIST.]

(By Facsimile) I'm readily familiar with this firm's practice of sending documents by facsimile. Under that practice, a cover sheet is prepared showing the telephone number of the recipient. The facsimile telephone number is shown on the attached service list. The documents were sent by facsimile and a confirmation was obtained from the facsimile machine that the transmission occurred without error.

Electronic Transmission (Email)

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on November 30, 2007, at Los Angeles, California.

_____Vivian Maldonado de Servín_____    _____(Signature)_____
(Type or print name)

# FACSIMILE AND EMAIL SERVICE LIST

**U.S. Trustee**
John Wesolowski, Esq., Office of the U.S. Trustee                Facsimile: (408) 535-5532

**Debtor's Counsel**
Michael H. Ahrens, Sheppard, Mullin, Richter & Hampton LLP        mahrens@sheppardmullin.com
Steven B. Sacks, Sheppard, Mullin, Richter & Hampton LLP          ssacks@sheppardmullin.com
Jeffrey K. Rehfeld, Sheppard, Mullin, Richter & Hampton LLP       jrehfeld@sheppardmullin.com

John D. Fiero, Esq., Pachulski, Stang, Ziehl & Jones, LLP         jfiero@pzjlaw.com
Maxim B. Litvak, Esq. Pachulski, Stang, Ziehl & Jones, LLP        mlitvak@pzjlaw.com

| | |
|---|---|
| Laura M. Kim, Federal Trade Commission | lkim@ftc.gov |
| R. Elliott, Federal Trade Commission | relliott@ftc.gov |
| Collot Guerard, Federal Trade Commission | cguerard@ftc.gov |
| Jeffrey C. Schneider, for Receiver David R. Chase | jcs@tewlaw.com |
| Joel R. Dichter, Counsel for POL, Inc. and other "Omni" Creditors | info@dichterlaw.com |
| Steve Warren, Payment One | swarren@omm.com |
| Donald Schwartz, Royal Bank of Canada | donaldschwartz@lw.com |
| Robert Drobnak, Royal Bank of Canada | Robertdrobnak@lw.com |
| Roy Lin, Global YP | rlin@globalyp.com |
| Anthony Franco, Info Telco.com | anthony.franco@hotmail.com |
| Jeffrey Bornstein, United Voice Messaging | nelson@tfvmail.com |
| Steven Schwartz, for Receiver David R. Chase | sschwartz@dgdk.com |
| Walter Oetzell, for Receiver David R. Chase | woetzell@dgdk.com |
| Leslie Cohen, for Public Communications | lcohen@linerlaw.com |
| Enid Colson, for Public Communications | ecolson@linerlaw.com |
| Michael Mora, FTC | mmora@ftc.gov |
| James Pardo, BSG | jpardo@kslaw.com |
| Parrish Felton, BSG | pfelton@kslaw.com |
| Kevin Dinan, BSG | kdinan@kslaw.com |
| Andrew Berg, BSG | aberg@kslaw.com |
| Sarah Taub, BSG | staub@kslaw.com |
| Bruce Robin, RRV | bruce@imagitel.com |
| Leslie Horowitz | lhorowitz@clarktrev.com |
| Timothy Miller | miller@taftlaw.com |
| Delores Cordell | dcordell@earthlink.net |
| Austin Nagel | austin@apnagellaw.com |
| Karen Muir | Karen.Muir@usdoj.gov |
| Dan Coleman | dcoleman@nts.net |
| Michaeline Correa | michaeline.correa@hellerehrman.com |
| Craig Chiang | cchiang@buchalter.com |
| John Fiero | jfiero@pszjyw.com |
| Kathryn Diemer | kdiemer@diemerwhitman.com |
| Peter Benvenutti | Peter.benvenutti@hellerehrman.com |
| Darryl S. Laddin | dladdin@agg.com |
| Shannon Mounger | shannon.l.mounger-lum@usdoj.gov |
| Thomas Little | janet@thomasclittle.com |
| Ellen A. Friedman | efriedman@friedumspring.com |
| M. Elaine Hammond | ehammond@friedumspring.com |
| John Fiero | jfiero@pszjlaw.com |
| Maxim Litvak | mlitvak@pszjlaw.com |

| | |
|---|---|
| David Wiseblood - SFF Realty Fund, L.P. | dwiseblood@seyfarth.com |
| Candace C. Carlyon - Laurus Master Fund, Ltd. | ccarlyon@sheacarlyon.com |
| Raymond P. Balanos - ATT | rb2659@wemal.att.com |
| Jeffrey K. Garfinkle - United Online, Inc. | jgarfinkle@buchalter.com |
| Breck E. Milde - Infotelco.com | bmilde@terra-law.com |
| Barry R. Levine - Americom Technologies | barley@levineatlaw.com |
| Becket and Lee, LLP – American Express Bank FSB | notices@becket-lee.com |
| Victoria A. Newmark – PaymentOne | vnewmark@omm.com |