

1  John D. Fiero (CA Bar No. 136557)
   Maxim B. Litvak (CA Bar No. 215852)
2  PACHULSKI STANG ZIEHL
       & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, California 94111-4500
4  Telephone: 415.263.7000
   Facsimile: 415.263.7010
5

**IT IS SO ORDERED.**
**Signed April 23, 2008**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

6  Attorneys for the Official Committee of Unsecured
   Creditors

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11  In re                                    Case No.: 07-52890 ASW

12  THE BILLING RESOURCE, dba INTEGRETEL,    Chapter 11

13                      Debtor               **ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COMMITTEE COUNSEL AFTER LIMITED OBJECTION**

16                                           [No Hearing Required]

17

18      This Court has considered the *Application of the Official Committee of Unsecured Creditors for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Committee Counsel* (the "Application"), and the declaration of John D. Fiero in support of the Application ("Declaration"). It appears that Pachulski Stang Ziehl & Jones LLP ("PSZ&J") does not hold, or represent any other entity having, an adverse interest in connection with this case. It further appears that due and sufficient notice of the Application has been given under the circumstances and that no hearing on the Application is required. Based on the record before the Court, the representation of counsel that PSZ&J and David R. Chase, Receiver (the "Receiver") have reached an agreement consistent with the terms of this Order, and it appearing and after due deliberation and sufficient cause shown, it is hereby

**ORDERED THAT**:

1. Pursuant to section 1103(a) of the Bankruptcy Code, the Official Committee of Unsecured Creditors is authorized to employ PSZ&J as its attorneys herein on the terms and conditions set forth in the Application and the Declaration, effective as of October 3, 2007.

2. Neither Debra Grassgreen, John Fiero, nor any other attorney or staff at Pachulski Stang Ziehl & Jones LLP ("PSZ&J") with whom Ms Grassgreen or Mr. Fiero have shared information provided by Jeffrey Schneider which information was not already or is not now part of the public record or in the public domain, relating to the proceedings by, against, or involving the Federal Receiver in respect of (a) the September 13, 2007 Omnibus Order and/or the September 21, 2007 Order Granting Clarification as to Scope of Stay issued in *Federal Trade Commission v. Nationwide Connections, et al.*, Case No. 06-80180-Civ-Ryskamp (collectively, the District Court Orders"), (b) those proceedings in the Florida District Court by which the Receiver has sought or is seeking to compel the turn over of the Subject Funds (the "Contempt Proceedings"), (c) the appeal before the 11th Circuit in respect of the Contempt Proceedings and the District Court Orders (the "11th Circuit Appeal"), (d) the ownership or status of the funds held aside on account of the arguments of the Receiver by the Debtor by order of the Bankruptcy Court (the "Subject Funds"), or (e) the status of the Subject Funds in this bankruptcy case, together with (f) proceedings by, against, or involving the Federal Receiver in respect of the District Court Orders, the Contempt Proceedings, the 11th Circuit Appeal, the ownership or status of the Subject Funds, the "Subject Proceedings"), shall argue against the Receiver at any hearings, shall draft any pleadings, or shall take any position adverse to the Federal Receiver in respect of the Subject Funds or their disposition in the Subject Proceedings, including, without limitation, that the Subject Funds are property of the Debtor or the estate, that the Subject Funds constitute cash collateral, that the Bankruptcy Court has jurisdiction over the Subject Funds, that the Federal Receiver is not entitled to protection to the extent the Debtor proposed to use the Subject Funds, or that the Federal Receiver should be restrained from enforcing any order of the Florida District Court, nor shall such attorney or staff (the "Subject Personnel") brief or advise any counsel or staff at PSZ&J who is participating in any such hearing, draft any such pleadings, or take any position in respect of the Subject Proceedings, or participate in any discussion

or discussions with such counsel, on the subject matter of the Subject Proceedings or any matter in respect thereof.

3. PSZ&J shall immediately take all steps reasonably necessary to establish an ethical wall in respect of the Subject Personnel and Subject Proceedings that conforms in all respects to PSZ&J's customary internal measures, and to ensure that the Subject Personnel are subject to such ethical wall preventing them from such current and future involvement in the Subject Proceedings.

4. Compensation will be paid to PSZ&J as an administrative expense at such times and in such amounts as this Court may hereafter determine are allowed pursuant to sections 507(a) and 503(b) of the Bankruptcy Code.

Certificate of Service of proposed Order was filed on April 21, 2008, docket number 558.

**END OF ORDER**

| | |
|---|---|
| 1 | Court Service List |
| 2 | Office of the United States Trustee |
| 3 | Shannon L. Mounger-Lum, Esq.<br>280 S. First Street, Suite 268<br>San Jose, CA 95113-0002 |

1                               Court Service List

2 Office of the United States Trustee
Shannon L. Mounger-Lum, Esq.
3 280 S. First Street, Suite 268
San Jose, CA 95113-0002
4

5 Pachulski Stang Ziehl & Jones LLP
John D. Fiero, Esq.
Maxim B. Litvak, Esq.
6 150 California Street, 15th Floor
San Francisco, CA 94111
7

8 Sheppard, Mullin, Richter & Hampton LLP
Michael H. Ahrens, Esq.
Steven Sacks, Esq.
9 Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
10

11 Danning, Gill, Diamond & Kollitz, LLP
Walter Oetzell, Esq.
Attorneys For David R. Chase, Federal Receiver
12 2029 Century Park East, 3rd Floor
Los Angeles, CA 90067