```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
 2     Including Professional Corporations
    MICHAEL H. AHRENS, Cal. Bar No. 44766
 3  STEVEN SACKS, Cal. Bar No. 98875
    TIMOTHY C. PERRY, Cal. Bar No. 248543
 4  Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4106
 5  Telephone:    415-434-9100
    Facsimile:    415-434-3947
 6
    Bankruptcy Reorganization Counsel
 7  for Debtor and Debtor-in-Possession
    The Billing Resource, dba Integretel
 8
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| In re: | Case No. 07-52890 ASW |
|---|---|
| THE BILLING RESOURCE, dba INTEGRETEL, a California corporation | Chapter 11 |
| Debtor. | **NOTICE OF VOLUNTARY REDUCTION RE:** |
| | **FIFTH ITEMIZED MONTHLY STATEMENT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP REQUESTING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [PERTAINING TO THE TIME PERIOD APRIL 2008]** |
| | [No hearing unless timely objection filed] |

| 1 | **PLEASE TAKE NOTICE** that Sheppard Mullin Richter & Hampton LLP
| 2 | ("Sheppard Mullin") has voluntarily reduced its request for interim compensation and
| 3 | reimbursement of expenses for the April 2008 period.
| 4 | In the Fifth Itemized Monthly Statement of Sheppard, Mullin, Richter & Hampton
| 5 | LLP Requesting Interim Compensation and Reimbursement of Expenses [Pertaining to the Time
| 6 | Period April 2008], Sheppard Mullin requested payment of 80% of its fees of $133,077.42 (80%
| 7 | of such fees total $106,461.94) and 100% of its costs of $15,128.90, for a total payment amount of
| 8 | $121,590.84—which amount already took into account a voluntary reduction of $8,255.58 in fees
| 9 | for the April 2008 period.
| 10 | Sheppard Mullin now further reduces its request for reimbursement of costs for
| 11 | April 2008 by $2,797.20, from $15,128.90 to $12,331.70. Sheppard's reduction of $2,797.20
| 12 | constitutes a write-off of Lexis charges of $2,199.60 on April 17 and $597.60 on April 18.
| 13 | Sheppard Mullin's request for payment of fees for the April 2008 period remains the same.

Dated: June 10, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Michael H. Ahrens
         MICHAEL H. AHRENS
Attorneys for Debtor The Billing Resource, dba
Integretel

Case: 07-52890    Doc# 678    Filed: 06/10/08    Entered: 06/10/08 14:09:47    Page 2 of 2