IT IS SO ORDERED.
Signed July 07, 2008

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**
_____

1 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
  MICHAEL H. AHRENS, Cal. Bar No. 44766
3 STEVEN SACKS, Cal. Bar No. 98875
Four Embarcadero Center, 17th Floor
4 San Francisco, California 94111-4106
Telephone: 415-434-9100
5 Facsimile: 415-434-3947

6 Bankruptcy Reorganization Counsel
for Debtor and Debtor-in-Possession
7 The Billing Resource, dba Integretel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE, dba<br>INTEGRETEL, a California corporation<br><br>             Debtor. | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND INTERIM APPLICATION OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**<br><br>Date:     June 26, 2008<br>Time:    1:30 p.m.<br>Place:   United States Bankruptcy Court<br>           280 South First Street<br>           San Jose, California<br>Judge:  Hon. Arthur S. Weissbrodt<br>Courtroom:   3020 |

1  On June 26, 2008, a hearing (the "Hearing") was held on the second interim application
2  (the "Application") for allowance of compensation and reimbursement of expenses of Sheppard,
3  Mullin, Richter & Hampton LLP ("Sheppard"), bankruptcy counsel for The Billing Resource, dba
4  Integretel, the debtor and debtor-in-possession (the "Debtor"). Appearances at the Hearing were
5  as noted on the record.

6  The Court, having reviewed the Application and the declaration filed in support of the
7  Application and all other relevant pleadings, and having considered the arguments of counsel and
8  the facts set forth in the pleadings of record in this case,

9  **THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS**:

10  (1)  Appropriate and sufficient notice of the hearing on the Application was given under
11  the circumstances.

12  (2)  Valuable services have been rendered by Sheppard on behalf of the Debtor and the
13  estate.

14  **ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS**:

15  The Court: (1) grants interim approval of Sheppard's compensation for
16  professional legal services rendered and reimbursement of expenses incurred as counsel for the
17  Debtor from January 1, 2008 through April 30, 2008 totaling $601,586.72, consisting of
18  professional fees of $564,624.42 and expenses of $36,962.30; (2) ratifying any payments
19  previously made to Sheppard for that time period pursuant to the Knudsen Order; and (3)
20  authorizes and directs the Debtor to make immediate payment to Sheppard of all allowed and
21  outstanding amounts approved in its Application but not yet paid to Sheppard.

23  ** END OF ORDER **

Case: 07-52890  Doc# 717  Filed: 07/07/08  Entered: 07/07/08 14:38:21  Page 2 of 3

| | | |
|---|---|---|
| 1 | | <u>COURT SERVICE LIST</u> |
| 2 | **Debtor** | **Office of the U.S. Trustee** |
| 3 | The Billing Resource, dba Integretel<br>Attn: Ken Dawson<br>5883 Rue Ferrari | John Wesolowski<br>280 South First Street, Suite 268<br>San Jose, CA 95113 |
| 4 | San Jose, CA 95138 | |
| 5 | **Counsel for the Official Committee of**<br>**Unsecured Creditors** | |
| 6 | Pachulski Stang Ziehl & Jones LLP<br>Attn: John D. Fiero | |
| 7 | Maxim B. Litvak<br>150 California Street, 15th Floor | |
| 8 | San Francisco, CA 94111-4023 | |

Case: 07-52890  Doc# 417  Filed: 07/07/08  Entered: 07/07/08 14:38:23  Page 3 of 3