**IT IS SO ORDERED.**
**Signed July 07, 2008**

*Arthur S. Weissbrodt*

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

_____

1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2       Including Professional Corporations
     MICHAEL H. AHRENS, Cal. Bar No. 44766
3    STEVEN SACKS, Cal. Bar No. 98875
     Four Embarcadero Center, 17th Floor
4    San Francisco, California  94111-4106
     Telephone:    415-434-9100
5    Facsimile:     415-434-3947

6   Bankruptcy Reorganization Counsel
    for Debtor and Debtor-in-Possession
7   The Billing Resource, dba Integretel

8

9                         UNITED STATES BANKRUPTCY COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION

12

13   In re:                                    Case No. 07-52890 ASW

14   THE BILLING RESOURCE, dba                 Chapter 11
     INTEGRETEL, a California corporation
15                                             **ORDER APPROVING SECOND**
                  Debtor.                      **INTERIM APPLICATION OF TIGHE**
16                                             **PATTON ARMSTRONG TEASDALE**
                                               **PLLC FOR ALLOWANCE OF**
17                                             **COMPENSATION AND**
                                               **REIMBURSEMENT OF EXPENSES**
18                                             **INCURRED**

19                                             Date:        June 26, 2008
                                               Time:        1:30 p.m.
20                                             Place:       United States Bankruptcy Court
                                                            280 South First Street
21                                                          San Jose, California
                                               Judge:       Hon. Arthur S. Weissbrodt
22                                             Courtroom:       3020

23

24

25

26

27

28

1  On June 26, 2008, a hearing (the "Hearing") was held on the second interim application
2  (the "Application") for allowance of compensation and reimbursement of expenses of Tighe
3  Patton Armstrong Teasdale PLLC ("Tighe Patton"), special counsel for the Debtor.  Appearances
4  at the Hearing were as noted on the record.

5  The Court, having reviewed the Application and the declarations filed in support of the
6  Application and all other relevant pleadings, and having considered the arguments of counsel and
7  the facts set forth in the pleadings of record in this case,

8  **THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS**:

9  (1)  Appropriate and sufficient notice of the hearing on the Application was given under
10  the circumstances.

11  (2)  Valuable services have been rendered by Tighe Patton on behalf of the Debtor and
12  the estate.

13  **ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS**:

14  The Court:  (1) grants interim approval of Tighe Patton's compensation for
15  professional legal services rendered and reimbursement of expenses incurred as special counsel for
16  the Debtor from January 1, 2008 through April 30, 2008 totaling $158,039.99 consisting of
17  professional fees of $156,412.00 and expenses of $1,627.99; (2) ratifies any payments previously
18  made to Tighe Patton for that time period pursuant to the Court's order approving interim
19  compensation and reimbursement procedures for professionals, which amount as of the filing of
20  this Application totaled $126,062.79, consisting of $124,323.10 in fees and $1,739.69 in expenses
21  pertaining to the Application Period; and (3) authorizes and directs the debtor to make immediate
22  payment to Tighe Patton of all allowed and outstanding amounts approved in its Application but
23  not yet paid to Tighe Patton.

24

25  ** END OF ORDER **

26

27

28

-1-

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | **Debtor**                              **Office of the U.S. Trustee** |

**Debtor**
The Billing Resource, dba Integretel
Attn:   Ken Dawson
5883 Rue Ferrari
San Jose, CA  95138

**Counsel for the Official Committee of Unsecured Creditors**
Pachulski Stang Ziehl & Jones LLP
Attn:    John D. Fiero
           Maxim B. Litvak
150 California Street, 15th Floor
San Francisco, CA  94111-4023

**Office of the U.S. Trustee**
John Wesolowski
280 South First Street, Suite 268
San Jose, CA  95113

-2-

ORDER APPROVING APPLICATIONS FIRST AND SECOND INTERIM FEE APPLICATIONS