# EXHIBIT A

# EXHIBIT A

## SUMMARY CHARTS OF FEES AND EXPENSES REQUESTED
## DURING APPLICATION PERIOD
## OCTOBER 3, 20207 – APRIL 30, 2008

### FEE SUMMARY BY PROFESSIONAL

| NAMES OF PROFESSIONALS AND PARAPROFESSIONALS | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| Henry C. Kevane | .70 | 625.00 | $ 437.50 |
| John D. Fiero | 235.00 | 525.00 | $123,375.00 |
| Kenneth H. Brown | 17.10 | 595.00 | $ 10,174.50 |
| Celine M. Guillou | 24.70 | 405.00 | $ 10,003.50 |
| Patricia J. Jeffries | 10.80 | 200.00 | $ 2,160.00 |
| Pamela E. Singer | .30 | 475.00 | $ 142.50 |
| Maxim B. Litvak | 82.60 | 450.00 | $ 37,170.00 |
| David J. Barton | .20 | 675.00 | $ 135.00 |
| John D. Fiero | 13.40 | 0.00 | $ 0.00 |
| Maxim B. Litvak | 1.00 | 0.00 | $ 0.00 |
| LeslieAnn Forrester | .50 | 225.00 | $ 112.50 |
| Kenneth H. Brown | .20 | 575.00 | $ 115.00 |
| **Total** | **386.50** | | **$183,825.50** |

### FEE SUMMARY BY CATEGORY

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Disposition | 15.20 | $ 7,927.50 |
| Appeals | 11.50 | $ 6,037.50 |
| Bankruptcy Litigation | 103.60 | $52,063.00 |
| Case Administration | 120.80 | $62,182.50 |
| Claims Admin/Objections | 2.20 | $ 600.00 |
| Compensation of Professionals | 3.30 | $ 1,542.50 |
| Compensation of Professionals/Other | 3.90 | $ 780.00 |
| Employee Benefits | 0.30 | $ 157.50 |
| Executory Contracts | 4.40 | $ 2,055.00 |
| Financing | 29.60 | $14,867.50 |
| General Business Advice | 0.70 | $ 315.00 |
| General Creditors Committee | 33.80 | $15,210.00 |
| Hearing | 6.10 | $ 2,745.00 |
| Intercompany/Debtors | 1.30 | $ 585.00 |
| Non-Working Travel | 14.40 | $ 0.00 |
| Plan & Disclosure Statement | 19.30 | $ 9,577.50 |
| Retention of Professionals | 13.30 | $ 6,082.50 |
| Retention of Professionals/Other | 0.80 | $ 160.00 |
| Stay Litigation | 2.00 | $ 937.50 |
| **Total** | **386.50** | **$183,825.50** |

# EXPENSE SUMMARY

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Working Meals | Actual Cost | $ 300.00 |
| Conference Calls | Actual Cost | $ 305.20 |
| Court Parking | Actual Cost | $ 21.25 |
| Delivery/Courier Service | Actual Cost | $ 236.00 |
| Outgoing Facsimile* | @ $1.00 per page | $ 19.00 |
| FedEx | Actual Cost | $ 58.18 |
| Guest Parking | Actual Cost | $ 28.75 |
| Incoming Facsimile | @ $.20 per page | $ 80.00 |
| Pacer – Court Research | Actual Cost | $ 233.20 |
| Postage | Actual Cost | $ 198.23 |
| Reproduction | @ $.20 per page | $ 855.20 |
| Westlaw – Legal Research | Actual Cost | $5,395.76 |
| Secretarial Overtime* | Actual Cost | $ 53.73 |
| **Subtotal** | | **$7,784.50** |
| **\*Less Write Off's** | | < $72.73> |
| **Total** | | **$7,711.77** |

Case: 07-52890    Doc# 753-1    Filed: 07/28/08    Entered: 07/28/08 12:21:22    Page 3 of 3