1  John D. Fiero (CA Bar No. 136557)
   Maxim B. Litvak (CA Bar No. 215852)

2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor

3  San Francisco, California  94111-4500
   Telephone: 415/263-7000

4  Facsimile: 415/263-7010

5  Attorneys for the Official Committee of
   Unsecured Creditors

**IT IS SO ORDERED.**
**Signed August 27, 2008**

*Arthur S. Weissbrodt*

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN JOSE DIVISION**

11  In re                                    Case No.: 07-52890 ASW

12  THE BILLING RESOURCE, dba INTEGRETEL,     Chapter 11

13                  Debtor                    **ORDER GRANTING FIRST INTERIM**
                                              **APPLICATION OF PACHULSKI**
14                                            **STANG ZIEHL & JONES LLP, FOR**
                                              **ALLOWANCE AND PAYMENT OF**
15                                            **COMPENSATION AND**
                                              **REIMBURSEMENT OF EXPENSES**
16                                            **FOR THE PERIOD OCTOBER 3, 2007**
                                              **THROUGH APRIL 30, 2008**

17
                                              Date:    August 19, 2008
18                                            Time:    1:45 p.m.
                                              Place:   United States Bankruptcy Court
19                                                     280 South First Street
                                                       San Jose, CA
20                                            Judge:   Honorable Arthur S. Weissbrodt

21

22          THIS MATTER came before the Court upon consideration of the First Interim Application

23  of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") for Allowance and Payment of Compensation and

24  Reimbursement of Expenses for the Period October 3, 2007 through April 30, 2008 (the

25  "Application").  Appearances were made as reflected in the record.  Based upon the Court's review

26  and consideration of the Application, the other records and pleadings filed in the Debtor's Chapter

27  11 case, and the statements of counsel at the hearing on the Application,

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  THE COURT HEREBY FINDS that notice of and opportunity for a hearing on the

2  Application was duly given, that such notice was appropriate and sufficient under the particular

3  circumstances, and that no objections to the Application were timely filed or served.

4  It appears to the Court that good cause exists for the interim approval of the fees and

5  expenses requested by counsel in the Application pursuant to Sections 330 and 331 of the

6  Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016.  The Court further finds that the

7  fees and expenses requested in the Application are reasonable and have been earned.

8  THEREFORE, IT IS HEREBY ORDERED:

9  1.  The Application is granted and the Court allows, on an interim basis, PSZ&J the sum

10  of $191,537.27, inclusive of all fees and costs for the period from October 3, 2007 through April 30,

11  2008, consisting of $183,825.50 of fees and $7,711.77 of expenses as reasonable compensation for

12  actual and necessary services rendered by PSZ&J;

13  2.  The Debtor is authorized and directed to pay to PSZ&J the sum of $191,537.27,

14  minus any payments previously made under the interim fee procedures approved by the Court in this

15  case; and

16  3.  This Order shall constitute the Court's findings of fact and conclusions of law with

17  respect to the Application.

18  * * * END OF ORDER * * *

19

20

21

22

23

24

25

26

27

28

94483-001\DOCS_SF:60453.1

ORDER GRANTING FIRST INTERIM APPLICATION OF
PACHULSKI STANG ZIEHL & JONES LLP

2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1  COURT SERVICE LIST

2

3  John D. Fiero, Esq.
4  Maxim B. Litvak, Esq.
   Pachulski Stang Ziehl & Jones LLP
5  150 California Street, 15th Floor
   San Francisco, CA  94111-4500
6

7  John S. Wesolowski, Esq.
   Office of the United States Trustee
8  280 South First St., #268
   San Jose, CA  95113
9

10  Michael H. Ahrens, Esq.
    Ori Katz, Esq.
11  Sheppard, Mullin, Richter & Hampton LLP
    Four Embarcadero Center, 17th Floor
12  San Francisco, CA 94111-4106

13

14  The Billing Resource dba Integretel
    5883 Rue Ferrari
15  San Jose, CA 95138

16

17

18

19

20

21

22

23

24

25

26

27

28