1  John D. Fiero (CA Bar No. 136557)
   Maxim B. Litvak (CA Bar No. 215852)
2  PACHULSKI STANG ZIEHL & JONES LLP   **IT IS SO ORDERED.**
   150 California Street, 15th Floor        **Signed August 27, 2008**
3  San Francisco, California 94111-4500
   Telephone: 415/263-7000
4  Facsimile: 415/263-7010
                                              **Arthur S. Weissbrodt**
5  Attorneys for The Official Committee of Unsecured   **U.S. Bankruptcy Judge**
   Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No.: 07-52890 ASW |
| THE BILLING RESOURCE, dba INTEGRETEL, | Chapter 11 |
| Debtor | **ORDER PURSUANT TO F.R.B.P. 9019 APPROVING COMPROMISE OF CONTROVERSY WITH THERMO CREDIT LLC** |
| | Date: August 20, 2008<br>Time: 2:30 p.m.<br>Judge: The Hon. Arthur S. Weissbrodt |

This matter came before the court at the above-referenced time and place upon consideration of the *Motion Pursuant to F.R.B.P. 9019 to Approve Compromise of Controversy with Thermo Credit LLC* (the "Motion") filed by The Official Committee of Unsecured Creditors of The Billing Resource (the "Committee") as estate representative for the Debtor. Appearances were made as reflected in the record. Based upon the Court's review of the Motion, there being no oppositions filed or presented at the hearing, notice being appropriate under the circumstances, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Settlement Agreement (as that term is defined in the Motion) is approved.

2. The Committee and the Debtor are authorized to execute the Settlement Agreement and perform the terms thereof, specifically including but not limited to the granting of releases and execution of a stipulation providing for the dismissal of the Adversary Proceeding.

* * *

END OF ORDER

COURT SERVICE LIST

Agora Solution Corp.
Attn:   John R. Morrison
1624 Harmon Place
Minneapolis, MN 55403

American Express Bank FSB
C/O Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Premium Warehouse, Inc.
Attn: Matthew Goodman
233 W. Route 59
Nanuet, NY 10954

Arnali Golden Gregory LLP
Counsel to Verizon
Attn:   Darryl S. Laddin, Esq.
         Frank N. White, Esq.
171 – 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

AT&T Services, Inc., Legal Department
Reginald A. Greene, Esq.
675 W. Peachtree St., Suite 4300
Atlanta, GA 30375-0001

Barry R. Levine, Esq.
Counsel to Americom Technologies, Inc.
607 North Avenue, Bldg. 18
Wakefield, MA 01880

Buchalter Nemer
Counsel to United Online, Inc.
Attn:   Jeffrey K. Garfinkle, Esq.
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-1121

Clark & Trevithick LLP
Counsel to ThermoCredit, LLC
Attn:   John Lapinski
800 Wishilre Blvd.
Los Angeles, CA 90017

Connecticut Department of Revenue Services
Joan E. Pliver
Assistant Attorney General
Office of the Attorney General
PO Box 120
55 Elm Street, 4th Floor
Hartford, CT 06140-0120

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | Danning, Gill, Diamond & Kollitz LLP<br>Counsel to David R. Chase, Federal Reveiver of |
| 2 | Access One Communications, Inc. and Network One Services, Inc.<br>Steven J. Schwartz, Esq. |
| 3 | Walter K. Oetzell, Esq.<br>2029 Century Park East, 3rd Floor |
| 4 | Los Angeles, CA 90067 |
| 5 | Diemer, Whitman & Cardosi,, LLP<br>Counsel to POL, Inc. |
| 6 | Attn: Kathryn Diemer, Esq.<br>75 East Santa Clara Street, Suite 290 |
| 7 | San Jose, CA 95113 |
| 8 | Elizabeth M. Khachigian, Esq.<br>Vice President – Western Market & Sr. Counsel |
| 9 | Comerica Bank<br>333 West Santa Clara Street, 12th Floor |
| 10 | Mail Code 4855<br>San Jose, CA 95113 |
| 11 | |
| 12 | Email Discount Network, LLC<br>Attn: Eyal Yechezkell |
| 13 | 1844 Nob Hill Road, #142<br>Plantation, FL 33322 |
| 14 | Friedman Dumas & Springwater LLP<br>Counsel to Network Telephone Services, Inc. |
| 15 | Ellen A. Friedman, Esq.<br>M. Elaine Hammond, Esq. |
| 16 | 150 Spear Street, Suite 1600<br>San Francisco, CA 94105 |
| 17 | |
| 18 | Goodrich Law Corporation<br>Counsel to Email Discount Network and |
| 19 | Intelicom Messaging<br>Attn: David M. Goodrich, Esq. |
| 20 | 7700 Irvine Center Drive, Suite 800<br>Irvine, CA 92618 |
| 21 | Heller, Erhman, White & McAuliffe<br>Attn: Peter Benvenutti, Esq. |
| 22 | 333 Bush Street<br>San Francisco, CA 94104-2878 |
| 23 | |
| 24 | IKON Financial Services<br>Bankruptcy Administration |
| 25 | 1738 Bass Road<br>PO Box 13708 |
| 26 | Macon, GA 31208-3708 |
| 27 | InfosourceUSA, LLC.<br>Attn: Sander Schwatrz |
| 28 | 10229 Lakeshore Blvd.<br>Bratenahl, OH 44108 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | Iron Mountain Information Management, Inc.<br>R. Frederick Linfesty, Esq. |
| 2 | 745 Atlantic Avenue<br>Boston, MA 02111 |
| 3 | |
| 4 | Jay Hurst<br>Assistant Attorney General |
| | Bankruptcy & Collection Division |
| 5 | P. O. Box 12548<br>Austin, TX 78711-2548 |
| 6 | |
| 7 | Jerry Merkt<br>15680 Loma Vista Avenue |
| | Los Gatos, CA 95032-3635 |
| 8 | |
| 9 | Law Offices of Austin P. Nagel<br>Counsel to Email Discount Network and |
| | Intelicom Messaging |
| 10 | Attn:  Austin P. Nagel, Esq.<br>111 Deerwood Place, Suite 338 |
| 11 | San Ramon, CA 94583 |
| 12 | Liner Yankelevitz Sunshine & Regenstreif LLP<br>Counsel to Public Communications Services, Inc. |
| 13 | Attn:  Leslie A. Cohen, Esq.<br>        Enid M. Colson, Esq. |
| 14 | 1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024-3503 |
| 15 | |
| 16 | Missouri Department of Revenue<br>Sheryl L. Moreau |
| | General Council's Office |
| 17 | 301 W. High Street, Room 670<br>P.O. Box 475 |
| 18 | Jefferson City, MO  65105-0475 |
| 19 | Morgan Lewis & Bockius<br>Counsel for ICS |
| 20 | Richard Esterkin, Esq. |
| | 300 South Grand Ave, 22nd Fl. |
| 21 | Los Angeles, CA 90071-3132 |
| 22 | National Brands, Inc.<br>Kouns, Quinlivan & Severson |
| 23 | Michael P. Quinlivan, Esq. |
| | Ten Almaden Blvd., Suite 1250 |
| 24 | San Jose, CA 95113 |
| 25 | Network Telephone Services, Inc.<br>Daniel H. Coleman, Esq. |
| 26 | 21135 Erwin Street<br>Woodland Hills, CA 92367 |
| 27 | |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | NextWeb Media<br>Eli Bakofsky<br>888 Seventh Ave, 6th Floor<br>New York, NY 10019 |
| 2 | |
| 3 | |
| 4 | NTE<br>Attn: Richard Cohen<br>106 South 7th Street<br>Philadelphia, PA 19106 |
| 5 | |
| 6 | |
| 7 | Office of the United States Trustee<br>John S. Wesolowski<br>280 South First St., #268<br>San Jose, CA 95113 |
| 8 | |
| 9 | O'Melveny & Myers LLP<br>Stephen H. Warren, Esq.<br>Counsel to PaymentOne Corporation<br>400 South Hope Street<br>Los Angeles, CA 90071-2899 |
| 10 | |
| 11 | |
| 12 | Pachulski Stang Ziehl & Jones LLP<br>John D. Fiero, Esq.<br>Maxim B. Litvak, Esq.<br>Counsel to the Official Committee of Unsecured Creditors<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 |
| 13 | |
| 14 | |
| 15 | |
| 16 | Reed Smith, LLP<br>Kurt F. Gwyne, Esq.<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |
| 17 | |
| 18 | Reed Smith, LLP<br>Mike C. Buckley, Esq.<br>1999 Harrison Street<br>Suite 2400<br>Oakland, CA 94612-3572 |
| 19 | |
| 20 | |
| 21 | Rochelle Hutcheson & McCollough<br>Counsel for ICS<br>Kate Patrick, Esq.<br>325 N. St. Paul Street, Suite 4500<br>Dallas, TX 75201 |
| 22 | |
| 23 | |
| 24 | Seyfarth Shaw LLP<br>David M. Wsieblood, Esq.<br>Counsel to SFF Realty Fund, L.P.<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | Shea & Carlyon, Ltd.<br>Candace C. Carlyon, Esq. |
| 2 | Counsel to Laurus Master Fund, Ltd.<br>701 E. Bridger Ave., Suite 850 |
| 3 | Las Vegas, NV 89101 |
| 4 | Sheppard, Mullin, Richter & Hampton LLP<br>Counsel to the Debtor |
| 5 | Michael H. Ahrens, Esq.<br>Jeffrey K. Rehfeld, Esq. |
| 6 | Ori Katz, Esq.<br>Four Embarcadero Center, 17th Floor |
| 7 | San Francisco, CA 94111-4106 |
| 8 | State of Michigan<br>Department of Treasury |
| 9 | Michael A. Cox, Attorney General<br>Heather M. Durian, Assistant Attorney General |
| 10 | PO Box 30754<br>Lansing, MI 48909 |
| 11 | |
| 12 | State of Washington, Department of Revenue<br>Zachary Mosner, Assistant Attorney General<br>800 Fifth Avenue, Suite 2000 |
| 13 | Seattle, WA 98104-3188 |
| 14 | Taft Stettinius & Hollister LLP<br>Counsel to ThermoCredit, LLC |
| 15 | Attn:   W. Timothy Miller<br>425 Walnut Street, Suite 1800 |
| 16 | Cincinnati, OH 45202 |
| 17 | Telco Billing, Inc.<br>Attn: John Raven |
| 18 | 101 Convention Center Dr., Ste 1002<br>Las Vegas, NV 89109 |
| 19 | |
| 20 | Terra Law Firm<br>Counsel to InfoTelco.com<br>Attn:   Breck Milde, Esq. |
| 21 | 177 Park Avenue, 3rd Floor<br>San Jose, CA 95113 |
| 22 | |
| 23 | Tew Cardenas LLP<br>Counsel to David R. Chase, Federal Reveiver of<br>Access One Communications, Inc. and Network One Services, Inc. |
| 24 | Jeffrey Schneider, Esq.<br>Four Seasons Tower, 15th Floor |
| 25 | 1441 Brickell Avenue<br>Miami, FL 33131-3407 |
| 26 | |
| 27 | The Billing Resource dba Integretel<br>5883 Rue Ferrari<br>San Jose, CA 95138 |
| 28 | |

| | |
|---|---|
| 1 | Total I Protect, LLC<br>Attn: Vincent N. Del Corso<br>11515 – 66th St. North<br>Largo, FL 33773 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

09485-001\DOCS_SF:60695.1

ORDER APPROVING MOTION PURSUANT TO F.R.B.P.
9019 TO APPROVE COMPROMISE OF CONTROVERSY