SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, CAL BAR NO. 44766
STEVEN B. SACKS, CAL. BAR NO. 98875
TIMOTHY C. PERRY, CAL. BAR NO. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Attorneys for THE BILLING RESOURCE, dba INTEGRETEL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | CASE NO. 07-52890 ASW |
| THE BILLING RESOURCE, dba Integretel, a California corporation, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| Tax ID: 33-0289863 | Date: June 27, 2008<br>Time: 1:00 p.m.<br>Place: United States Bankruptcy Court<br>280 S. First Street<br>San Jose, California<br>Judge: Hon. Arthur S. Weissbrodt<br>Ctrm.: 3020 |

-1-

<u>CERTIFICATE OF SERVICE</u>

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On August 28, 2008, I served the following document(s) described as

**ORDER AUTHORIZING AND APPROVING THE SALE OF THE ICS EQUITY INTEREST OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows: See attached Limited Notice Service List

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. (See attached list – parties without an e-mail address.)

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **BY ELECTRONIC MAIL:** I caused said documents to be transmitted via Electronic Mail to the parties on the attached Service List.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2008, at San Francisco, California.

/s/ Christina Berzaman
Christina Berzaman

| | | |
|---|---|---|
| 1 | EMAIL DISTRIBUTION LIST | |
| 2 | Anthony Franco | anthony.franco@hotmail.com |
|   | Austin Nagel | austin@apnagellaw.com |
| 3 | Barry R. Levine | barlev@levineatlaw.com |
|   | Breck E. Milde | bmilde@terra-law.com |
| 4 | Candace C. Carlyon | ccarlyon@sheacarlyon.com |
|   | Chris Harper | chris.harper@rhmlawyers.com |
| 5 | Collot Guerard | cguerard@ftc.gov |
|   | Craig Chiang | cchiang@buchalter.com |
| 6 | Dan Coleman | dcoleman@nts.net |
|   | Dana Mandell | dmandell@omm.com |
| 7 | Darryl S. Laddin | dladdin@agg.com |
|   | Daska P. Babcock | dbabcock@schiffhardin.com |
| 8 | David M. Goodrich | dgoodrich@goodlawcorp.com |
|   | David M. Wiseblood | dwiseblood@seyfarth.com |
| 9 | Delores Cordell | dcordell@clarktrev.com |
|   | Donald Schwartz | donald.schwartz@lw.com |
| 10 | Ellen A. Friedman | efriedman@friedumspring.com |
|    | Enid Colson | ecolson@linerlaw.com |
| 11 | Gilbert B. Weisman | notices@becket-lee.com |
|    | Howard Kollitz | hkollitz@dgdk.com |
| 12 | J. Mark Fisher | mfisher@schiffhardin.com |
|    | Jay W. Hurst | jay.hurst@oag.state.tx.us |
| 13 | Jeffrey C. Schneider | jcs@tewlaw.com |
|    | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| 14 | Joan E. Pilver | joan.pilver@po.state.ct.us |
|    | Joel R. Dichter | info@dichterlaw.com |
| 15 | John A. Lapinski | jlapinski@clarktrev.com |
|    | John D. Fiero | jfiero@pszjlaw.com |
| 16 | John Singer | Jsinger@ftc.gov |
|    | John Wesolowski | John.Wesolowski@usdoj.gov |
| 17 | Julie S. Turner | jturner@julieturnerlaw.com |
|    | J. Venette | jvenette@oasisotc.com |
| 18 | K. Patrick | kpatrick@rhmlawyers.com |
|    | Kathryn Diemer | kdiemer@diemerwhitman.com |
| 19 | Kelli Cubeta | kelli.cubeta@bsgclearing.com |
|    | Kermit A. Rosenberg | KRosenberg@tighepatton.com |
| 20 | Kurt F. Gwynne | kgwynne@reedsmith.com |
|    | Laura M. Kim | lkim@ftc.gov |
| 21 | Leslie Cohen | lcohen@linerlaw.com |
|    | Leslie Horowitz | lhorowitz@clarktrev.com |
| 22 | M. Elaine Hammond | ehammond@friedumspring.com |
|    | Martin D. Dioli | mdioli@terra-law.com |
| 23 | Maxim B. Litvak | mlitvak@pszjlaw.com |
|    | Michael Mora | mmora@ftc.gov |
| 24 | Michael Rochelle | buzz.rochelle@rhmlawyers.com |
|    | Michaeline Correa | michaeline.correa@hellerehrman.com |
| 25 | Mike C. Buckley | mbuckley@reedsmith.com |
|    | Neal A. Goldfarb | NGoldfarb@tighepatton.com |
| 26 | Peter Benvenutti | peter.benvenutti@hellerehrman.com |
|    | R. Elliott | relliott@ftc.gov |
| 27 | R. Frederick Linfesty | bankruptcy@ironmountain.com |
|    | Raymond P. Bolanos | rb2659@wemail.att.com |
| 28 | Reginald A. Greene | jdl705@att.com |

W02-WEST:5SS1\401007851.1

CERTIFICATE OF SERVICE

| # | Name | Email |
|---|---|---|
| 1 | Richard H. Gordin | RGordin@tighepatton.com |
|   | Robert Drobnak | robert.drobnak@lw.com |
| 2 | Scott D. Gattey | scott@gatteylaw.com |
|   | Steve Warren | swarren@omm.com |
| 3 | Steven Schwartz | sschwartz@dgdk.com |
|   | Thomas C. Little | tomlittle@thomasclittle.com |
| 4 | Thomas Levine | tjlevine@comerica.com |
|   | Thomas Little | janet@thomasclittle.com |
| 5 | Timothy Miller | miller@taftlaw.com |
|   | Walter Oetzell | woetzell@dgdk.com |
| 6 | W.C. Lewis | wclewis@williamclewis.com |

-4-

**Service List (no email address available)**
**Service via First Class U.S. Mail**

| | |
|---|---|
| Ruby Juarez<br>Manager of LEC Clearing House<br>VeriSign/BSG Clearing Solutions<br>7411 John Smith Drive, Suite 1500<br>San Antonio, TX 78229 | James M. Foster, Chief<br>Pennsylvania Department of Revenue<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Craig Hall, CEO<br>MYTELEBILL LLC<br>P.O. Box 922<br>Gilbert, AZ 85299 | Royal Bank of Canada<br>Attn: Christina Walters<br>Special Loans & Advisory Services<br>Group Risk Management<br>RBC Royal Bank<br>20 King Street West, 9th Floor<br>Toronto, Ontario<br>CANADA M5H 1C4 |
| CIT Technology Financing Services, Inc.<br>Bankruptcy Processing Solutions, Inc.<br>Attn: Officer, Managing Agent<br>     or General Agent<br>800 E. Sonterra Blvd., Suite 240<br>San Antonio, TX 78258 | CIT Technology Financing Services, Inc.<br>Attn: Officer, Managing Agent<br>     or General Agent<br>One Deerwood<br>1021 Centurion Pkwy N., Suite 100<br>Jacksonville, FL 32256 |
| Highline Capital Corp.<br>Attn: Officer, Managing Agent<br>     or General Agent<br>2930 Center Green Court South<br>Boulder, CO 80301 | Federal Trade Commission, H-238<br>Attn: Associate Director,<br>     Division of Marketing Practices<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 |
| Jerry Merkt<br>15680 Loma Vista Ave.<br>Los Gatos, CA 95032-3635 | Bankruptcy Administration<br>IKON Financial Services<br>Attn: Rosa Dominy<br>1738 Bass Rd.<br>PO Box 13708<br>Macon, GA 31208-3708 |
| National Brands, Inc.<br>c/o Kouns, Quinlivan & Severson<br>Attn: Michael P. Quinlivan<br>Ten Almaden Blvd., Suite 1250<br>San Jose, CA 95113 | State of Michigan, Department of Treasury<br>Attorney General's Office<br>Attn: Heather M. Durian<br>Attn: Michael A. Cox<br>P.O. Box 30754<br>Lansing, MI 48909 |
| Missouri Department of Revenue<br>Special Assistant Attorney General<br>Attn: Sheryl L. Moreau<br>General Counsel's Office<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Securities & Exchange Commission<br>San Francisco Regional Office<br>Helane L. Morrison, Regional Director<br>44 Montgomery Street, Suite 2600<br>San Francisco, CA 94104 |

| | | |
|---|---|---|
| 1 | State of Washington, Dept. of Revenue<br>Assistant Attorney General | Securities & Exchange Commission<br>Attn: Bankruptcy Counsel |
| 2 | Bankruptcy & Collections Unit<br>Attn: Zachary Mosner | 100 F Street, NE<br>Washington, DC 20549 |
| 3 | 800 Fifth Ave., Suite 2000<br>Seattle, WA 98104-3188 | |
| 4 | | |
| 5 | Securities & Exchange Commission<br>Attn: Bankruptcy Counsel<br>5670 Wilshire Boulevard, Floor 11 | |
| 6 | Los Angeles, CA 90036 | |