# EXHIBIT C

| No. | Project Billing Category | TOTALS | |
|---|---|---|---|
| | | Fees | Hours |
| 1 | Corp Issues/Corp Consents/Minutes/SEC Work/Office and/or Board of Directors | 1,666.00 | 2.80 |
| 2 | Employee Benenfits/Pensions | 952.00 | 1.60 |
| 3 | Employee Matters | 595.00 | 1.00 |
| 4 | Insurance Issues | 1,666.00 | 2.80 |
| 5 | Case Adminstration | 124.00 | 0.40 |
| 6 | Asset Disposition | 317,754.50 | 511.50 |
| 7 | Case Administration -- General | 1,040.00 | 3.50 |
| 8 | Committee Matters/Communications | 5,029.00 | 7.60 |
| 9 | Operating Reports - Monthly or Quarterly | 773.50 | 1.30 |
| 10 | Operations | 202.50 | 0.30 |
| 11 | Business Operations | 238.00 | 0.40 |
| 12 | Service Lists | 2,548.00 | 9.80 |
| 13 | Tax Issues | 1,012.50 | 1.50 |
| 14 | Claims - Administration | 1,575.00 | 4.50 |
| 15 | Claims - Tax | 178.50 | 0.30 |
| 16 | Claims - Unsecured | 297.50 | 0.50 |
| 17 | Plan of Reorganization | 507.50 | 0.70 |
| 18 | Bankruptcy Court Litigation | 83,243.50 | 162.70 |
| 19 | Discovery | 33,705.00 | 54.20 |
| 20 | Early Case Administration Motions/ Pleadings | 4,105.50 | 6.90 |
| 21 | Federal Court Litigation | 19,755.50 | 27.50 |

| No. | Project Billing Category | TOTALS | |
|---|---|---|---|
| | | Fees | Hours |
| 22 | Other Litigation | 7,199.50 | 12.10 |
| 23 | Discovery - Defensive | 1,666.00 | 2.80 |
| 24 | Responding to Interrogatory Requests | 297.50 | 0.50 |
| 25 | Knudsen Motion | 824.50 | 2.20 |
| 26 | Professional Compensation (other than Sheppard) | 4,809.50 | 13.40 |
| 27 | Professional Employment (other than Sheppard) | 1,854.50 | 4.10 |
| 28 | Sheppard Compensation | 18,068.00 | 45.90 |
| 29 | Sheppard Employment | 1,707.50 | 3.10 |
| 30 | Mtgs-Communication w/Creditors | 595.00 | 1.00 |
| | Totals | $513,991.00 | 886.90 |

401093855_1.XLS

# EXHIBIT D

**PETER D. STONE**
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
**FOUR EMBARCADERO CENTER, 17TH FLOOR**
**SAN FRANCISCO, CA 94111**
**TELEPHONE: (415) 774-2915**

**EXPERIENCE:**

**7/01 – Present**  **Sheppard, Mullin, Richter & Hampton LLP**
*Paralegal*
- Prepare Notices of Intent to Enter Into Stipulations in large Chapter 11 bankruptcy cases;
- Create and maintain service lists for Chapter 11 mailings and court filings;
- Assist with preparation of First Day Motions necessary for filing of Chapter 11 cases;
- Create and Maintain Case database in complex litigation matters.

**11/00 – 7/01**  **Wulfsberg, Reese and Sykes, Oakland, CA**
*Senior Paralegal*
- Identified, organized and sorted relevant case documents by specific issues in complex construction case;
- Supervised and coordinated preparation of numerous witness and issue binders with case clerk;
- Researched case database and selected relevant documents specific to witness and issues;
- Coordinated input of additional responsive party documents onto case database;
- Coordinated and assisted with preparation and organization of exhibits to witness statements;
- Reviewed and identified discovery responses relevant to specific case and witness issues.

**6/96 – 11/00**  **Cooper, White and Cooper, San Francisco, CA**
*Legal Assistant*
- Indexed, summarized and input relevant data from case documents onto database, sorted and analyzed case data utilizing database; Reviewed client files and identified documents responsive to production requests, identified and removed privileged documents,
- Determined appropriate privilege and prepared privilege logs;
- Reviewed and selected relevant documents at off-site document productions;
- Categorized, analyzed and organized multi-party documents by specific case issues;
- Selected relevant documents for exhibits and prepared witness files for deposition, arbitration or trial as needed;
- Organized and sorted deposition testimony by specific issue utilizing database;
- Supervised and coordinated case file organization and management wit case clerks.

**11/95 – 6/96**  **Davidovitz and Yaron, San Francisco, CA**
*Contract Paralegal*
- Indexed and organized voluminous documents utilizing Paradox database;
- Sorted deposition testimony utilizing Summation;
- Prepared factual summaries of ground water contamination site reports;
- Performed trial preparation work;
- Prepared privilege logs;
- Summarized discovery responses.

**5/90 – 7/95**  **Blue Cross of California, Oakland CA**
*Legal Assistant*
- Interpreted and analyzed insurance contract issues in connection with small claims and arbitration hearings;
- Conducted factual research of claims and complex benefits determinations for preparation of position letters responsive to arbitration requests;
- Identified and obtained relevant documents and witnesses required for arbitration and small claims hearings;
- Prepared arbitration briefs;
- Acted as sole representative of company in arbitration and small claims proceedings;
- Provided litigation support to in house and outside counsel including complaint analysis, legal research, responses to and preparation of discovery.

**8/88 – 5/90**  **Law Offices of Kinder and Wuerfel, San Francisco, CA**
*Paralegal Supervisor/Paralegal*

**EDUCATION:**

**Health Insurance Association of America**
*Health Insurance Associate*

**St. Mary's College, Moraga, CA**
*Paralegal Certificate*

**University of California, Davis, CA**
*Bachelor of Science, Agricultural Economics/Business Management*

# EXHIBIT E



Four Embarcadero Center | 17th Floor | San Francisco, CA 94111-4109
415-434-9100 office | 415-434-3947 fax | www.sheppardmullin.com

415-774-3243
mahrens@sheppardmullin.com

October 17, 2008

Our File Number: 0XLT-075612

**VIA U.S. MAIL**

Ken Dawson
Designated Responsible Individual
The Billing Resource
5883 Rue Ferrari
San Jose, CA 95138

Re: In re: The Billing Resource, dba Integretel, BK No. 07-52890, Chapter 11

Dear Mr. Dawson:

We enclose a copy of our third interim application (the "Application") for allowance of compensation and reimbursement of expenses incurred as bankruptcy reorganization counsel for The Billing Resource, dba Integretel, the debtor in the above-referenced bankruptcy case, and my declaration in support of the Application.

The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss with us any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The Court will also consider timely filed objections by any party in interest at the time of the hearing.

Should you have any questions, objections or other concerns regarding the Application, please do not hesitate to contact our office.

Very truly yours,

Michael H. Ahrens

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:5KES1\401096388.1
Enclosures
cc: Steven B. Sacks, Esq.
 Robert K. Sahyan, Esq.

**EXHIBIT E**

# EXHIBIT F



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

Four Embarcadero Center | 17th Floor | San Francisco, CA 94111-4109
415-434-9100 office | 415-434-3947 fax | www.sheppardmullin.com

415-774-3243
mahrens@sheppardmullin.com

October 17, 2008

Our File Number: 0XLT-075612

**VIA U.S. MAIL**

Paul Weber
Chief Restructuring Officer
One Front Street, Suite 1600
San Francisco, CA 9411

Re: In re: The Billing Resource, dba Integretel, BK No. 07-52890, Chapter 11

Dear Mr. Weber:

We enclose a copy of our third interim application (the "Application") for allowance of compensation and reimbursement of expenses incurred as bankruptcy reorganization counsel for The Billing Resource, dba Integretel, the debtor in the above-referenced bankruptcy case (the "Debtor"), and my declaration in support of the Application.

The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. As the Debtor's Chief Restructuring Officer, you are invited to discuss with us any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The Court will also consider timely filed objections by any party in interest at the time of the hearing.

Should you have any questions, objections or other concerns regarding the Application, please do not hesitate to contact our office.

Very truly yours,

Michael H. Ahrens

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:5KES1\401097547.1
Enclosures
cc: Steven B. Sacks, Esq.
    Robert K. Sahyan, Esq.

EXHIBIT F
Page 9