# EXHIBIT A

# EXHIBIT A

## SUMMARY CHARTS OF FEES AND EXPENSES REQUESTED DURING APPLICATION PERIOD
## MAY 1, 2008 – AUGUST 31, 2008

### FEE SUMMARY BY PROFESSIONAL

| NAMES OF PROFESSIONALS AND PARAPROFESSIONALS | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| Kenneth H. Brown | 3.20 | 595.00 | $ 1,904.00 |
| John D. Fiero | 203.70 | 525.00 | $106,942.50 |
| Maxim B. Litvak | 38.90 | 475.00 | $ 18,477.50 |
| Patricia J. Jeffries | 9.90 | 200.00 | $ 1,980.00 |
| John D. Fiero | 4.00 | 0.00 | $ 0.00 |
| **Total** | **259.70** | | **$129,304.00** |

### FEE SUMMARY BY CATEGORY

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Disposition | 143.70 | $ 74,687.50 |
| Bankruptcy Litigation | 56.50 | $ 29,206.50 |
| Case Administration | 28.90 | $ 14,622.50 |
| Claims Admin/Objections | 3.70 | $ 1,942.50 |
| Compensation of Professionals | 4.00 | $ 2,065.00 |
| Compensation of Professionals/Other | 3.40 | $ 680.00 |
| Fee/Employment Applications | 4.20 | $ 840.00 |
| General Creditors Committee | 7.70 | $ 3,657.50 |
| Hearing | .50 | $ 237.50 |
| Non-Working Travel | 4.00 | $ 0.00 |
| Plan & Disclosure Statement | 1.90 | $ 977.50 |
| Retention of Professionals | 1.20 | $ 387.50 |
| **Total** | **259.70** | **$129,304.00** |

### EXPENSE SUMMARY

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Working Meals | Actual Cost | $ 641.94 |
| Conference Calls | Actual Cost | $ 344.11 |
| Court Call | Actual Cost | $ 75.00 |
| Court Parking | Actual Cost | $ 73.25 |
| FedEx | Actual Cost | $ 30.09 |
| Hotel Expense | Actual Cost | $5,347.60 |
| Incoming Facsimile | @ $.20 per page | $ 18.00 |
| Outgoing Facsimile* | @ $1.00 per page | $ 11.00 |
| Pacer – Court Research | Actual Cost | $ 78.56 |
| Postage | Actual Cost | $ 514.82 |
| Reproduction | @ $.20 per page | $1,578.40 |
| Transcripts | Actual Cost | $2,292.30 |
| Westlaw – Legal Research | Actual Cost | $4,605.07 |
| **Subtotal** | | **$15,610.14** |
| *Less Write Off's | | < $11.00 > |
| **Total** | | **$15,590.14** |