SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN SACKS, Cal. Bar No. 98875
ROBERT K. SAHYAN, Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Bankruptcy Reorganization Counsel
for Debtor and Debtor-in-Possession
The Billing Resource, dba Integretel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation<br><br>Debtor. | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>**NOTICE OF FURTHER REDUCTION OF FEES REGARDING THIRD INTERIM APPLICATION OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**<br><br>Date: November 7, 2008<br>Time: 1:15 p.m.<br>Place: United States Bankruptcy Court<br>280 South First Street<br>San Jose, California<br>Judge: Hon. Arthur S. Weissbrodt<br>Courtroom: 3020 |

Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), bankruptcy counsel for The Billing Resource, dba Integretel, the debtor and debtor-in-possession (the "Debtor"), files this Notice of Further Reduction in Fees Regarding Third Interim Application of Sheppard, Mullin, Richter & Hampton LLP for Allowance of Compensation and Reimbursement of Expenses Incurred (the "Notice").

On or about October 17, 2008, Sheppard Mullin filed its third interim application (the "Fee Application") for allowance of compensation and reimbursement of expenses. In the Fee Application, Sheppard Mullin seeks Court approval of compensation for professional services rendered and reimbursement of expenses incurred as bankruptcy reorganization counsel for the Debtor from May 1, 2008 through and including August 31, 2008 ("the Application Period") totaling $526,928.14, consisting of $503,370.60 in professional fees (which amount is after a voluntary write-off by Sheppard Mullin of over $10,500.00 of fees incurred during the Application Period) and $23,557.54 in expenses.

On or about November 3, 2008, the United States Trustee ("UST") filed its limited objection to the fee applications of certain professionals employed in this case, including the Fee Application of Sheppard Mullin. With respect to the Fee Application, the UST objects to a total of $10,286.00 of Sheppard Mullin's fees (the "Objection Amount").

Sheppard Mullin has decided to further reduce its fees by the Objection Amount. Accordingly, Sheppard Mullin hereby amends its Fee Application to reflect this reduction. Specifically, in the Fee Application as amended herein, Sheppard Mullin seeks from this Court an order: (1) granting interim approval of compensation for professional legal services rendered and reimbursement of expenses incurred as counsel for the Debtor from May 1, 2008 through August 31, 2008 totaling $516,642.14, consisting of $493,084.60 in professional fees (which amount is after a voluntary write-off by Sheppard of $20,906.00 of fees incurred during the Application Period) and $23,557.54 in expenses; (2) ratifying any payments previously made to Sheppard for that time period pursuant to the Knudsen Order, which payments as of the filing of this Notice and Sheppard's Application totaled $426,254.02, consisting of $402,696.48 in fees and $23,557.54 in expenses pertaining to

the period May 1, 2008 through August 31, 2008; (3) authorizing and directing the Debtor to make immediate payment to Sheppard of all allowed and outstanding amounts approved in its Application but not yet paid to Sheppard; and (4) granting such other and further relief as the Court may deem just and proper.

DATED: November 4, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Steven Sacks
STEVEN B. SACKS

Attorneys for debtor THE BILLING RESOURCE, dba INTEGRETEL