IT IS SO ORDERED.
Signed November 14, 2008

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN SACKS, Cal. Bar No. 98875
ROBERT K. SAHYAN, Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

Bankruptcy Reorganization Counsel
for Debtor and Debtor-in-Possession
The Billing Resource, dba Integretel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation<br><br>            Debtor. | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>**ORDER APPROVING THIRD INTERIM APPLICATION OF TIGHE PATTON ARMSTRONG TEASDALE PLLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**<br><br>Date:    November 7, 2008<br>Time:    1:15 p.m.<br>Place:    United States Bankruptcy Court<br>           280 South First Street<br>           San Jose, California<br>Judge:   Hon. Arthur S. Weissbrodt<br>Courtroom:   3020 |

1 On November 7, 2008, a hearing (the "Hearing") was held on the third interim application (the "Application") for allowance of compensation and reimbursement of expenses of Tighe Patton Armstrong Teasdale PLLC ("Tighe Patton"), special counsel for the Debtor. Appearances at the Hearing were as noted on the record.

The Court, having reviewed the Application and the declarations filed in support of the Application and all other relevant pleadings, and having considered the arguments of counsel and the facts set forth in the pleadings of record in this case,

**THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS**:

(1) Appropriate and sufficient notice of the hearing on the Application was given under the circumstances.

(2) Valuable services have been rendered by Tighe Patton on behalf of the Debtor and the estate.

**ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS**:

The Court: (1) grants interim approval of Tighe Patton's compensation for professional legal services rendered and reimbursement of expenses incurred as special counsel for the Debtor from May 1, 2008 through August 31, 2008 totaling $92,110.43 consisting of professional fees of $87,483.00 and expenses of $4,627.43; (2) ratifies any payments previously made to Tighe Patton for that time period pursuant to the Knudsen Order; and (3) authorizes and directs the debtor to make immediate payment to Tighe Patton of all allowed and outstanding amounts approved in its Application but not yet paid to Tighe Patton.

** END OF ORDER **

W02-WEST:5KES1\401133223.1    ORDER APPROVING TIGHE PATTON'S THIRD INTERIM FEE APPLICATION

| | |
|---|---|
| 1 | <center>COURT SERVICE LIST</center> |

| | | |
|---|---|---|
| 2 | **Debtor** | **Office of the U.S. Trustee** |
| | The Billing Resource, dba Integretel | John Wesolowski |
| 3 | Attn: Ken Dawson | 280 South First Street, Suite 268 |
| | 5883 Rue Ferrari | San Jose, CA 95113 |
| 4 | San Jose, CA 95138 | |
| 5 | **Counsel for the Official Committee of Unsecured Creditors** | Richard Gordin, Esq |
| | | Tighe Patton Armstrong Teasdale PLLC |
| 6 | Pachulski Stang Ziehl & Jones LLP | 1747 Pennsylvania Avenue, Suite 300 |
| | Attn: John D. Fiero | Washington, D.C. 20006 |
| 7 | Maxim B. Litvak | |
| | 150 California Street, 15th Floor | |
| 8 | San Francisco, CA 94111-4023 | |
| 9 | Paul Weber | Kathryn S. Diemer, Esq. |
| | FTI Consulting, Inc. | Diemer, Whitman & Cardosi, LLP |
| 10 | One Front Street, Suite 1600 | 75 East Santa Clara Street, Suite 290 |
| | San Francisco, CA 9411 | San Jose, CA 95113 |

Case: 07-52890  Doc# 884  Filed: 11/14/08  Entered: 11/17/08 15:40:03  Page 3 of 3

W02-WEST:5KES1\401133223.1    ORDER APPROVING TIGHE PATTON'S THIRD INTERIM FEE APPLICATION

-2-