Entered on Docket
November 17, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed November 14, 2008

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN SACKS, Cal. Bar No. 98875
ROBERT K. SAHYAN, Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Bankruptcy Reorganization Counsel
for Debtor and Debtor-in-Possession
The Billing Resource, dba Integretel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation<br><br>           Debtor. | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>**ORDER APPROVING THIRD INTERIM APPLICATION OF FTI CONSULTING, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**<br><br>Date: November 7, 2008<br>Time: 1:15 p.m.<br>Place: United States Bankruptcy Court<br>      280 South First Street<br>      San Jose, California<br>Judge: Hon. Arthur S. Weissbrodt<br>Courtroom: 3020 |

W02-WEST:5RES1\401135129.1    ORDER APPROVING FTI'S THIRD INTERIM FEE APPLICATION

On November 7, 2008, a hearing (the "Hearing") was held on the third interim application (the "Application") for allowance of compensation and reimbursement of expenses of FTI Consulting, Inc. ("FTI"), financial advisor for the Debtor. Appearances at the Hearing were as noted on the record.

The Court, having reviewed the Application and the declaration filed in support of the Application and all other relevant pleadings, and having considered the arguments of counsel and the facts set forth in the pleadings of record in this case,

**THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS**:

(1) Appropriate and sufficient notice of the hearing on the Application was given under the circumstances.

(2) Valuable services have been rendered by FTI on behalf of the Debtor and the estate.

**ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS**:

The Court: (1) grants interim approval of FTI's compensation for professional services rendered and reimbursement of expenses incurred as financial advisor for the Debtor from May 1, 2008 through August 31, 2008 totaling $224,315.63, consisting of professional fees of $222,815.25 and expenses of $1,500.38; (2) ratifies any payments previously made to FTI for that time period pursuant to the Knudsen Order, and (3) authorizes and directs the Debtor to make immediate payment to FTI of all allowed and outstanding amounts approved in its Application but not yet paid to FTI.

** END OF ORDER **

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |

**Debtor**
The Billing Resource, dba Integretel
Attn:   Ken Dawson
5883 Rue Ferrari
San Jose, CA  95138

**Counsel for the Official Committee of Unsecured Creditors**
Pachulski Stang Ziehl & Jones LLP
Attn:   John D. Fiero
          Maxim B. Litvak
150 California Street, 15th Floor
San Francisco, CA  94111-4023

Kathryn S. Diemer, Esq.
Diemer, Whitman & Cardosi, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA  95113

**Office of the U.S. Trustee**
John Wesolowski
280 South First Street, Suite 268
San Jose, CA  95113

Paul Weber
FTI Consulting, Inc.
One Front Street, Suite 1600
San Francisco, CA 9411