

**IT IS SO ORDERED.**
**Signed November 14, 2008**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN SACKS, Cal. Bar No. 98875
ROBERT K. SAHYAN, Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Bankruptcy Reorganization Counsel
for Debtor and Debtor-in-Possession
The Billing Resource, dba Integretel

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

THE BILLING RESOURCE, dba INTEGRETEL, a California corporation

Debtor.

Case No. 07-52890 ASW

Chapter 11

**ORDER APPROVING THIRD INTERIM APPLICATION OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**

Date: November 7, 2008
Time: 1:15 p.m.
Place: United States Bankruptcy Court
280 South First Street
San Jose, California
Judge: Hon. Arthur S. Weissbrodt
Courtroom: 3020

On November 7, 2008, a hearing (the "Hearing") was held on the third interim application (the "Application") for allowance of compensation and reimbursement of expenses of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard"), bankruptcy counsel for The Billing Resource, dba Integretel, the debtor and debtor-in-possession (the "Debtor"). Appearances at the Hearing were as noted on the record.

The Court, having reviewed the Application and the declaration filed in support of the Application and all other relevant pleadings, and having considered the arguments of counsel and the facts set forth in the pleadings of record in this case,

**THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS:**

(1) Appropriate and sufficient notice of the hearing on the Application was given under the circumstances.

(2) Valuable services have been rendered by Sheppard on behalf of the Debtor and the estate.

**ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS:**

The Court: (1) grants interim approval of Sheppard's compensation for professional legal services rendered and reimbursement of expenses incurred as counsel for the Debtor from May 1, 2008 through August 31, 2008 totaling $516,642.14, consisting of professional fees of $493,084.60 and expenses of $23,557.54; (2) ratifying any payments previously made to Sheppard for that time period pursuant to the Knudsen Order; and (3) authorizes and directs the Debtor to make immediate payment to Sheppard of all allowed and outstanding amounts approved in its Application but not yet paid to Sheppard.

** END OF ORDER **

Approved as to form:

UNITED STATES TRUSTEE

By: /s/ John S. Wesolowski
JOHN S. WESOLOWSKI
Attorney for the U.S. Trustee

-1-
W02-WEST:5KES1\401133184.2    ORDER APPROVING SHEPPARD'S THIRD INTERIM FEE APPLICATION

Case: 07-52890    Doc# 886    Filed: 11/14/08    Entered: 11/18/08 09:48:02    Page 2 of 3

## COURT SERVICE LIST

**Debtor**
The Billing Resource, dba Integretel
Attn: Ken Dawson
5883 Rue Ferrari
San Jose, CA 95138

**Counsel for the Official Committee of Unsecured Creditors**
Pachulski Stang Ziehl & Jones LLP
Attn: John D. Fiero
       Maxim B. Litvak
150 California Street, 15th Floor
San Francisco, CA 94111-4023

Kathryn S. Diemer, Esq.
Diemer, Whitman & Cardosi, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113

**Office of the U.S. Trustee**
John Wesolowski
280 South First Street, Suite 268
San Jose, CA 95113

Paul Weber
FTI Consulting, Inc.
One Front Street, Suite 1600
San Francisco, CA 9411