**Entered on Docket**
**November 26, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  John D. Fiero (CA Bar No. 136557)
   Maxim B. Litvak (CA Bar No. 215852)
2  PACHULSKI STANG ZIEHL
       & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, California 94111-4500
4  Telephone: 415/263-7000
   Facsimile: 415-263-7010
5
6  Attorneys for The Official Committee of Un~~secured~~
   Creditors

**IT IS SO ORDERED.**
**Signed November 24, 2008**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No.: 07-52890 ASW |
| THE BILLING RESOURCE, dba INTEGRETEL, | Chapter 11 |
| Debtor | **ORDER GRANTING SECOND INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2008 THROUGH AUGUST 31, 2008** |
| | Date: November 7, 2008
Time: 1:15 p.m.
Place: United States Bankruptcy Court
280 South First Street
San Jose, CA
Judge: Honorable Arthur S. Weissbrodt |

**THIS MATTER** came before the Court at the above-referenced time and place upon consideration of the *Second Interim Application of Pachulski Stang Ziehl & Jones LLP for Approval of Compensation and Reimbursement of Expenses for the Period May 1, 2008 through August 31, 2008* (the "Application"). Based upon the Court's review of the Application, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The Application is granted on an interim basis.

2. The Court hereby allows the applicant on an interim basis, fees and reimbursement of expenses incurred in the amount of $144,494.14, consisting of $128,904.00 in fees and $15,590.14 in expenses, and authorizes and directs the Debtor to pay the outstanding unpaid balance, if any, to the applicant.

3. This order is without prejudice to the rights of the Debtor and other parties in interest to raise further objections to the amounts awarded herein in connection with the applicant's final fee application.

Approved As To Form.

OFFICE OF THE UNITED STATES TRUSTEE

　/s/ John Wesolowsky　
By: John Wesolowsky, Trial Attorney

**\*\* END OF ORDER \*\***

09485-001\DOCS_SF:62737.1

ORDER GRANTING PSZJ'S
SECOND INTERIM FEE APPLICATION
Case: 07-52890  Doc# 899  Filed: 11/24/08  Entered: 11/26/08 12:11:49  Page 2 of 7

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Agora Solution Corp.<br>Attn: John R. Morrison<br>1624 Harmon Place<br>Minneapolis, MN 55403 |
| 4 | |
| 5 | American Express Bank FSB<br>C/O Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 6 | |
| 7 | |
| 8 | American Premium Warehouse, Inc.<br>Attn: Matthew Goodman<br>233 W. Route 59<br>Nanuet, NY 10954 |
| 9 | |
| 10 | Arnali Golden Gregory LLP<br>Counsel to Verizon<br>Attn: Darryl S. Laddin, Esq.<br>Frank N. White, Esq.<br>171 – 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031 |
| 11 | |
| 12 | |
| 13 | |
| 14 | AT&T Services, Inc., Legal Department<br>Reginald A. Greene, Esq.<br>675 W. Peachtree St., Suite 4300<br>Atlanta, GA 30375-0001 |
| 15 | |
| 16 | Barry R. Levine, Esq.<br>Counsel to Americom Technologies, Inc.<br>607 North Avenue, Bldg. 18<br>Wakefield, MA 01880 |
| 17 | |
| 18 | |
| 19 | Buchalter Nemer<br>Counsel to United Online, Inc.<br>Attn: Jeffrey K. Garfinkle, Esq.<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-1121 |
| 20 | |
| 21 | |
| 22 | Clark & Trevithick LLP<br>Counsel to ThermoCredit, LLC<br>Attn: John Lapinski<br>800 Wishilre Blvd.<br>Los Angeles, CA 90017 |
| 23 | |
| 24 | |
| 25 | Connecticut Department of Revenue Services<br>Joan E. Pliver<br>Assistant Attorney General<br>Office of the Attorney General<br>PO Box 120<br>55 Elm Street, 4th Floor<br>Hartford, CT 06140-0120 |
| 26 | |
| 27 | |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| 1 | Danning, Gill, Diamond & Kollitz LLP<br>Counsel to David R. Chase, Federal Reveiver of |
| 2 | Access One Communications, Inc. and Network One Services, Inc.<br>Steven J. Schwartz, Esq. |
| 3 | Walter K. Oetzell, Esq.<br>2029 Century Park East, 3rd Floor |
| 4 | Los Angeles, CA 90067 |
| 5 | Diemer, Whitman & Cardosi,, LLP<br>Counsel to POL, Inc. |
| 6 | Attn: Kathryn Diemer, Esq.<br>75 East Santa Clara Street, Suite 290 |
| 7 | San Jose, CA 95113 |
| 8 | Elizabeth M. Khachigian, Esq.<br>Vice President – Western Market & Sr. Counsel |
| 9 | Comerica Bank<br>333 West Santa Clara Street, 12th Floor |
| 10 | Mail Code 4855<br>San Jose, CA 95113 |
| 11 | |
| 12 | Email Discount Network, LLC<br>Attn: Eyal Yechezkell |
| 13 | 1844 Nob Hill Road, #142<br>Plantation, FL 33322 |
| 14 | Friedman Dumas & Springwater LLP<br>Counsel to Network Telephone Services, Inc. |
| 15 | Ellen A. Friedman, Esq.<br>M. Elaine Hammond, Esq. |
| 16 | 150 Spear Street, Suite 1600<br>San Francisco, CA 94105 |
| 17 | |
| 18 | Goodrich Law Corporation<br>Counsel to Email Discount Network and |
| 19 | Intelicom Messaging<br>Attn: David M. Goodrich, Esq. |
| 20 | 7700 Irvine Center Drive, Suite 800<br>Irvine, CA 92618 |
| 21 | Heller, Erhman, White & McAuliffe<br>Attn: Peter Benvenutti, Esq. |
| 22 | 333 Bush Street<br>San Francisco, CA 94104-2878 |
| 23 | |
| 24 | IKON Financial Services<br>Bankruptcy Administration |
| 25 | 1738 Bass Road<br>PO Box 13708 |
| 26 | Macon, GA 31208-3708 |
| 27 | InfosourceUSA, LLC.<br>Attn: Sander Schwatrz |
| 28 | 10229 Lakeshore Blvd.<br>Bratenahl, OH 44108 |

| | |
|---|---|
| 1 | Iron Mountain Information Management, Inc.<br>R. Frederick Linfesty, Esq. |
| 2 | 745 Atlantic Avenue<br>Boston, MA 02111 |
| 3 | |
| 4 | Jay Hurst<br>Assistant Attorney General<br>Bankruptcy & Collection Division |
| 5 | P. O. Box 12548<br>Austin, TX 78711-2548 |
| 6 | |
| 7 | Jerry Merkt<br>15680 Loma Vista Avenue<br>Los Gatos, CA 95032-3635 |
| 8 | |
| 9 | Law Offices of Austin P. Nagel<br>Counsel to Email Discount Network and<br>Intelicom Messaging |
| 10 | Attn: Austin P. Nagel, Esq.<br>111 Deerwood Place, Suite 338 |
| 11 | San Ramon, CA 94583 |
| 12 | Liner Yankelevitz Sunshine & Regenstreif LLP<br>Counsel to Public Communications Services, Inc. |
| 13 | Attn: Leslie A. Cohen, Esq.<br>  Enid M. Colson, Esq. |
| 14 | 1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024-3503 |
| 15 | |
| 16 | Missouri Department of Revenue<br>Sheryl L. Moreau<br>General Council's Office |
| 17 | 301 W. High Street, Room 670<br>P.O. Box 475 |
| 18 | Jefferson City, MO  65105-0475 |
| 19 | Morgan Lewis & Bockius<br>Counsel for ICS |
| 20 | Richard Esterkin, Esq.<br>300 South Grand Ave, 22nd Fl. |
| 21 | Los Angeles, CA 90071-3132 |
| 22 | National Brands, Inc.<br>Kouns, Quinlivan & Severson |
| 23 | Michael P. Quinlivan, Esq.<br>Ten Almaden Blvd., Suite 1250 |
| 24 | San Jose, CA 95113 |
| 25 | Network Telephone Services, Inc.<br>Daniel H. Coleman, Esq. |
| 26 | 21135 Erwin Street<br>Woodland Hills, CA 92367 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | NextWeb Media<br>Eli Bakofsky |
| 2 | 888 Seventh Ave, 6th Floor<br>New York, NY 10019 |
| 3 | |
| 4 | NTE<br>Attn: Richard Cohen |
| 5 | 106 South 7th Street<br>Philadelphia, PA 19106 |
| 6 | Office of the United States Trustee<br>John S. Wesolowski |
| 7 | 280 South First St., #268<br>San Jose, CA 95113 |
| 8 | |
| 9 | O'Melveny & Myers LLP<br>Stephen H. Warren, Esq.<br>Counsel to PaymentOne Corporation |
| 10 | 400 South Hope Street<br>Los Angeles, CA 90071-2899 |
| 11 | |
| 12 | Pachulski Stang Ziehl & Jones LLP<br>John D. Fiero, Esq.<br>Maxim B. Litvak, Esq. |
| 13 | Counsel to the Official Committee of Unsecured Creditors<br>150 California Street, 15th Floor |
| 14 | San Francisco, CA 94111 |
| 15 | Reed Smith, LLP<br>Kurt F. Gwyne, Esq. |
| 16 | 1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |
| 17 | |
| 18 | Reed Smith, LLP<br>Mike C. Buckley, Esq.<br>1999 Harrison Street |
| 19 | Suite 2400<br>Oakland, CA 94612-3572 |
| 20 | |
| 21 | Rochelle Hutcheson & McCollough<br>Counsel for ICS<br>Kate Patrick, Esq. |
| 22 | 325 N. St. Paul Street, Suite 4500<br>Dallas, TX 75201 |
| 23 | |
| 24 | Seyfarth Shaw LLP<br>David M. Wsieblood, Esq.<br>Counsel to SFF Realty Fund, L.P. |
| 25 | 560 Mission Street, Suite 3100<br>San Francisco, CA 94105 |
| 26 | |
| 27 | Shea & Carlyon, Ltd.<br>Candace C. Carlyon, Esq.<br>Counsel to Laurus Master Fund, Ltd. |
| 28 | 701 E. Bridger Ave., Suite 850<br>Las Vegas, NV 89101 |

09485-001\DOCS_SF:62737.1

ORDER GRANTING PSZJ'S
SECOND INTERIM FEE APPLICATION

Case: 07-52890   Doc# 899   Filed: 11/24/08   Entered: 11/26/08 12:11:49   Page 6 of 7

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| 1 | Sheppard, Mullin, Richter & Hampton LLP |
| | Counsel to the Debtor |
| 2 | Michael H. Ahrens, Esq. |
| | Jeffrey K. Rehfeld, Esq. |
| 3 | Ori Katz, Esq. |
| | Four Embarcadero Center, 17th Floor |
| 4 | San Francisco, CA 94111-4106 |
| 5 | State of Michigan |
| | Department of Treasury |
| 6 | Michael A. Cox, Attorney General |
| | Heather M. Durian, Assistant Attorney General |
| 7 | PO Box 30754 |
| | Lansing, MI 48909 |
| 8 | |
| | State of Washington, Department of Revenue |
| 9 | Zachary Mosner, Assistant Attorney General |
| | 800 Fifth Avenue, Suite 2000 |
| 10 | Seattle, WA 98104-3188 |
| 11 | Taft Stettinius & Hollister LLP |
| | Counsel to ThermoCredit, LLC |
| 12 | Attn: W. Timothy Miller |
| | 425 Walnut Street, Suite 1800 |
| 13 | Cincinnati, OH 45202 |
| 14 | Telco Billing, Inc. |
| | Attn: John Raven |
| 15 | 101 Convention Center Dr., Ste 1002 |
| | Las Vegas, NV 89109 |
| 16 | |
| 17 | Terra Law Firm |
| | Counsel to InfoTelco.com |
| | Attn: Breck Milde, Esq. |
| 18 | 177 Park Avenue, 3rd Floor |
| | San Jose, CA 95113 |
| 19 | |
| | Tew Cardenas LLP |
| 20 | Counsel to David R. Chase, Federal Reveiver of |
| | Access One Communications, Inc. and Network One Services, Inc. |
| 21 | Jeffrey Schneider, Esq. |
| | Four Seasons Tower, 15th Floor |
| 22 | 1441 Brickell Avenue |
| | Miami, FL 33131-3407 |
| 23 | |
| | The Billing Resource dba Integretel |
| 24 | 5883 Rue Ferrari |
| | San Jose, CA 95138 |
| 25 | |
| | Total I Protect, LLC |
| 26 | Attn: Vincent N. Del Corso |
| | 11515 – 66th St. North |
| 27 | Largo, FL 33773 |
| 28 | |