SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS Cal. Bar No. 98875
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        mahrens@sheppardmullin.com
              ssacks@sheppardmullin.com

Bankruptcy Reorganization Counsel
for Debtor and Debtor-in-Possession
The Billing Resource, dba Integretel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case # 07-52890   ASW |
| THE BILLING RESOURCE, dba INTEGRETEL, a California corporation | Chapter 11 |
| Debtor. | **FOURTH ITEMIZED MONTHLY STATEMENT OF FTI CONSULTING, INC. REQUESTING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2008 TRHOUGH FEBRUARY 29, 2008** |
| | [No hearing unless timely objection filed] |

1

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP ("Sheppard"), as bankruptcy counsel to the debtor and debtor in possession the Billing Resource, dba Integretel ("the Debtor"), submits this Itemized Monthly Statement on behalf of FTI Consulting, Inc ("FTI") as financial advisors to the Debtor for the Period of February 1, 2008 through February 29, 2008 (herein the "Fourth Itemized Statement") pursuant to the Debtor's "Motion for Order Approving Interim Compensation and Reimbursement Procedures for Professionals" (the "Interim Compensation Motion"), which motion the Court approved at a hearing held on December 7, 2007. Attached hereto as Exhibit A is an itemized statement of amount requested for interim compensation. This is the fourth itemized monthly statement filed by FTI with respect to the Interim Compensation Motion. Pursuant to procedures set forth in the Interim Compensation Motion, FTI is requesting payment of 80% of its fees (80% of such fees total $40,329.00) and 100% of its expenses (which total $0), for a total amount of $40,329.00 which also includes a voluntary reduction of 10% of fees for the period as stated in their engagement contract.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Fourth Itemized Statement shall be filed within 10 days of the date of service of this Fourth Itemized Statement (i.e., any objection must be filed within 10 days of April 17, 2008), which objection shall be served by fax and by mail on the following parties: (i) the Debtor, (ii) FTI as the professional seeking interim payment which is the subject of any such objection, (iii) the Committee's counsel; (iv) the Debtor's counsel and (v) the U.S. Trustee, each at the contact information set forth after the following sentence. All objections shall state the specific items and amounts objected to, and the authorized percentages of the amount to which no objection is asserted may be paid without a ruling on the objection.

<pre>
 1    The Debtor:
      The Billing Resource, dba Integretel
 2    5883 Rue Ferrari
      San Jose, CA 95138
 3    Attn: Ken Dawson
      Facsimile: (408) 362-2795
 4
      FTI Consulting, Inc:
 5    FTI Consulting, Inc.
      One Front Street, Suite 1600
 6    San Francisco, CA 94111
      Attn: Paul J. Weber
 7          Rocky Ho
      Facsimile: (415) 283-4266
 8
      Counsel to Committee:
 9    Pachulski Stang Ziehl & Jones LLP
      150 California Street, 15th Floor
10    San Francisco, CA 94111-4500
      Attn: John D. Fiero, Esq.
11          Maxim B. Litvak, Esq.
      Facsimile: (415) 263-7010
12
      Counsel to Debtor:
13    Sheppard, Mullin Richter & Hampton LLP
      Four Embarcadero Center, Suite 1700
14    San Francisco, CA 94111
      Attn: Michael H. Ahrens, Esq.
15          StevenB. Sacks, Esq.
      Facsimile: (415) 434-3947
16
      Office of the United States Trustee:
17    Office of the United States Trustee
      280 S. First Street, Suite 268
18    San Jose, CA 94113-0002
      Attn: John Wesolowski, Esq.
19    Facsimile: (408) 535-5525

20
      **PLEASE TAKE FURTHER NOTICE** that failure to object to payment of fees of expenses of
21
      FTI pursuant to the Fourth Itemized Statement shall not be a waiver of any right to object to
22
      approval of the fees or expenses pursuant to the interim or final fee applications.
23
</pre>

1 | **PLEASE TAKE FURTHER NOTICE** that if a timely objection is filed to the Fourth Itemized Statement, FTI shall obtain a hearing date and time for the objection. If a timely objection is not filed and served to the Fourth Itemized Statement, FTI shall be authorized to be paid from the Debtor's estate 80% of the fees requested and 100% of the expenses requested for a total amount of $40,329.00.

Dated: April 17, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Steven B. Sacks
MICHAEL H. AHRENS
STEVEN B. SACKS
Attorneys for Debtor The Billing Resource, dba Integretel