# EXHIBIT  A

Case: 07-52890    Doc# 987-1    Filed: 07/02/09    Entered: 07/02/09 16:37:29    Page 1 of 3

# EXHIBIT A

## SUMMARY CHARTS OF FEES AND EXPENSES REQUESTED
### DURING APPLICATION PERIOD
### SEPTEMBER 1, 2008 – MAY 31, 2009

## FEE SUMMARY BY PROFESSIONAL

| NAMES OF PROFESSIONALS AND PARAPROFESSIONALS | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| David J. Barton | .30 | 695.00 | $ 208.50 |
| John D. Fiero | 176.90 | 525.00 | $92,872.50 |
| John D. Fiero | 2.00 | 0.00 | $ 0.00 |
| Maxim B. Litvak | 8.90 | 475.00 | $ 4,227.50 |
| Miriam Khatiblou | 1.70 | 425.00 | $ 722.50 |
| Patricia J. Jeffries | .60 | 225.00 | $ 135.00 |
| Patricia J. Jeffries | 5.90 | 200.00 | $ 1,180.00 |
| **SubTotal** | **196.30** | | **$99,346.00** |
| **Less Write off of Rate Increase** | | | <$ 15.00 > |
| **Grand Total** | **196.30** | | **$99,331.00** |

## FEE SUMMARY BY CATEGORY

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Disposition | 77.90 | $40,573.50 |
| Bankruptcy Litigation | 20.00 | $10,500.00 |
| Case Administration | 46.20 | $24,255.00 |
| Claims Admin/Objections | 5.40 | $ 2,835.00 |
| Compensation of Professionals | 4.40 | $ 2,310.00 |
| Compensation of Professionals/Other | 4.50 | $ 1,240.00 |
| Executory Contracts | 2.30 | $ 1,037.50 |
| Fee/Employment Applications | 3.00 | $ 600.00 |
| General Creditors Committee | 1.40 | $ 665.00 |
| Non-Working Travel | 2.00 | $ 0.00 |
| Plan & Disclosure Statement | 29.20 | $15,330.00 |
| **Total** | **196.30** | **$99,346.00** |

# EXPENSE SUMMARY

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Air Fare | Actual Cost | $1,788.20 |
| Auto Travel Expense | Actual Cost | $ 300.00 |
| Conference Calls | Actual Cost | $ 246.65 |
| Court Call | Actual Cost | $ 216.08 |
| Court Parking | Actual Cost | $ 45.00 |
| FedEx | Actual Cost | $ 8.78 |
| Guest Parking | Actual Cost | $ 6.25 |
| Hotel Expense | Actual Cost | $2,182.94 |
| Incoming Facsimile | @ $.20 per page | $ 2.80 |
| Pacer – Court Research | Actual Cost | $ 51.36 |
| Postage | Actual Cost | $ 482.40 |
| Reproduction | @ $.20 per page | $1,492.80 |
| Reproduction / Scan Copy | @ $.10 per page | $ 39.20 |
| Research | Actual Cost | $ 7.00 |
| **Secretarial Overtime\*** | **Actual Cost** | **$ 37.08** |
| **Working Meals\*** | **Actual Cost** | **$ 22.74** |
| **Subtotal** | | **$6,929.28** |
| **\*Less Write Off's** | | **< $59.82 >** |
| **Total** | | **$6,869.46** |

09485-001\DOCS_SF:66294.1