| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>   A Limited Liability Partnership<br>   Including Professional Corporations<br>MICHAEL H. AHRENS, Cal. Bar No. 44766<br>STEVEN SACKS, Cal. Bar No. 98875<br>ROBERT K. SAHYAN, Cal. Bar No. 253763<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4106<br>Telephone: 415-434-9100<br>Facsimile: 415-434-3947<br><br>Bankruptcy Reorganization Counsel for Debtor<br>and Debtor-in-Possession Old T.B.R., Incorporated,<br>f/k/a The Billing Resource, dba Integretel |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>OLD T.B.R., INCORPORATED, F/K/A THE BILLING RESOURCE, DBA INTEGRETEL, a California corporation<br><br>            Debtor. | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>**NOTICE OF REDUCTION OF FEES REGARDING FOURTH INTERIM APPLICATION OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS BANKRUPTCY REORGANIZATION COUNSEL FOR THE DEBTOR**<br><br>Date:     July 24, 2009<br>Time:    2:15 p.m.<br>Place:   United States Bankruptcy Court<br>           280 South First Street<br>           San Jose, California<br>Judge:   Hon. Arthur S. Weissbrodt<br>Courtroom:   3020 |

Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), bankruptcy counsel for Old T.B.R., Incorporated, f/k/a The Billing Resource, dba Integretel, the debtor and debtor-in-possession (the "Debtor"), files this Notice of Reduction in Fees Regarding Fourth Interim Application of Sheppard, Mullin, Richter & Hampton LLP for Allowance of Compensation and Reimbursement of Expenses Incurred (the "Notice").

On or about July 2, 2009, Sheppard Mullin filed its fourth interim application (the "Fee Application") for allowance of compensation and reimbursement of expenses. In the Fee Application, Sheppard Mullin seeks Court approval of compensation for professional services rendered and reimbursement of expenses incurred as bankruptcy reorganization counsel for the Debtor from September 1, 2008 through May 31, 2009 (the "Application Period") totaling $376,240.77, consisting of $362,903.00 in professional fees and $13,337.77 in expenses.

After receiving informal comments from the United States Trustee's counsel concerning the Fee Application, Sheppard Mullin has decided to reduce its fees and costs incurred during the Application Period. Sheppard Mullin hereby reduces the amounts requested in its Fee Application by $8,423.80 which constitutes a reduction of its fees by $5,497.00 and of its costs by $2,926.80. Sheppard Mullin's reduction of $5,497.00 in fees constitutes a write off of $1,038 incurred for the maintenance of the service lists in the case and of $4,459 incurred during the Application Period under the Project Billing Category entitled "Sheppard Compensation" for work related to preparation of Knudsen Statements. Sheppard Mullin's reduction of $2,926.80 in its costs constitutes a write-off of Lexis charges of $978.30 and $1,948.50 incurred for conducting legal research on November 10, 2008 and November 11, 2008, respectively.

Accordingly, Sheppard Mullin amends the request for compensation made in the Fee Application as provided in this notice. Specifically, in the Fee Application as amended herein, Sheppard Mullin seeks from this Court an order: (1) from September 1, 2008 through May 31, 2009 totaling $367,816.97, consisting of $357,406.00 in professional fees and $10,410.97 in expenses; (2) ratifying any payments previously made

to Sheppard for that time period pursuant to the Knudsen Order, which payments as of the filing of this Notice and Sheppard's Application totaled $158,872.82, consisting of $149,148.80 in fees and $9,724.02 in expenses pertaining to the period September 1, 2008 through November 31, 2008; (3) authorizing and directing the Debtor to make immediate payment to Sheppard of all allowed and outstanding amounts approved in its Application but not yet paid to Sheppard; and (4) granting such other and further relief as the Court may deem just and proper.

DATED: July 21, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Michael H. Ahrens
MICHAEL H. AHRENS

Attorneys for debtor OLD T.B.R., INCORPORATED, F/K/A THE BILLING RESOURCE, DBA INTEGRETEL