FILED
JUL 21 2009
CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

OLD T.B.R. INC.,

        Debtor.
_____/

Case No. 07-52890 ASW
Chapter 11

**ORDER CONTINUING STATUS CONFERENCE**

Good cause appearing, IT IS HEREBY ORDERED that:

The status conference is continued to **September 25, 2009 at 2:00 p.m.** Status Conference statements must be filed at least ten (10) days before the conference or monetary or non-monetary sanctions may be imposed.

DATED: July 21, 2009

/s/ Arthur S. Weissbrodt
ARTHUR S. WEISSBRODT
UNITED STATES BANKRUPTCY JUDGE

Court Service List

Office of the United States Trustee
280 South First Street, Rm. 268
San Jose, CA 9511

Old T.B.R. Incorporated
5883 Rue Ferrari
San Jose, CA 95138

Michael H. Ahrens, Esq.
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111

John D. Fiero, Esq.
Pachulski, Stang, Ziehl, and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4500