IT IS SO ORDERED.
Signed July 28, 2009

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

_____

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
STEVEN SACKS, Cal. Bar No. 98875
ROBERT K. SAHYAN,
Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Bankruptcy Reorganization Counsel
for Debtor and Debtor-in-Possession Old T.B.R.,
Incorporated, f/k/a The Billing Resource, dba
Integretel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 07-52890 ASW |
| OLD T.B.R., INCORPORATED, f/k/a THE BILLING RESOURCE, dba INTEGRETEL, a California corporation, | Chapter 11 |
| Debtor. | **ORDER APPROVING FOURTH INTERIM APPLICATION OF BUTZEL LONG TIGHE PATTON PLLC (F/K/A TIGHE PATTON ARMSTRONG TEASDALE PLLC) FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR (FOR THE PERIOD ENDING MAY 31, 2009)** |
| | Date: July 24, 2009<br>Time: 2:15 p.m.<br>Place: United States Bankruptcy Court<br>       280 South First Street<br>       San Jose, California<br>Judge: Hon. Arthur S. Weissbrodt<br>Courtroom: 3020 |

On July 24, 2009, a hearing (the "Hearing") was held on the fourth interim application (the "Application") for allowance of compensation and reimbursement of expenses of Butzel Long Tighe Patton PLLC (f/k/a Tighe Patton Armstrong Teasdale PLLC) ("Tighe Patton"), special counsel for the Debtor. Appearances at the Hearing were as noted on the record.

The Court, having reviewed the Application and the declarations filed in support of the Application and all other relevant pleadings, and having considered the arguments of counsel and the facts set forth in the pleadings of record in this case,

**THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS**:

(1) Appropriate and sufficient notice of the hearing on the Application was given under the circumstances.

(2) Valuable services have been rendered by Tighe Patton on behalf of the Debtor and the estate.

**ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS**:

The Court: (1) grants interim approval of Tighe Patton's compensation for professional legal services rendered and reimbursement of expenses incurred as special counsel for the Debtor September 1, 2008 through May 31, 2009 totaling $38,684.43 consisting of professional fees of $38,588.00 and expenses of $96.43; (2) ratifies any payments previously made to Tighe Patton for that time period pursuant to the Knudsen Order; and (3) authorizes and directs the debtor to make immediate payment to Tighe Patton of all allowed and outstanding amounts approved in its Application but not yet paid to Tighe Patton.

** END OF ORDER **

## COURT SERVICE LIST

Old T.B.R., Incorporated, f/k/a
The Billing Resource, dba Integretel
c/o FTI Consulting, Inc.
Attn:   Paul Weber
One Front Street, Suite 1600
San Francisco, CA 9411

Office of the U.S. Trustee
John Wesolowski
280 South First Street, Suite 268
San Jose, CA  95113

Counsel for the Official Committee of
Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
Attn:   John D. Fiero
          Maxim B. Litvak
150 California Street, 15th Floor
San Francisco, CA  94111-4023

Richard Gordin, Esq
Butzel Long Tighe Patton PLLC
1747 Pennsylvania Avenue, Suite 300
Washington, D.C. 20006