John D. Fiero (CA Bar No. 136557)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California  94111-4500
Telephone: 415/263-7000
Facsimile:  415/263-7010

Attorneys for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>OLD T.B.R., INCORPORATED, f/k/a THE BILLING RESOURCE, dba INTEGRETEL,<br><br>Debtor. | Case No.: 07-52890 ASW<br><br>Chapter 11<br><br>**NOTICE AND OPPORTUNITY FOR HEARING REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO THE DUPLICATE CLAIM OF AMERICOM TECHNOLOGIES, INC. [CLAIM NO. 143]**<br><br>[Pursuant to B.L.R. 9014-1, no hearing unless objection filed or hearing requested] |

**TO AMERICOM TECHNOLOGIES, INC.:**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of the above-captioned debtor (the "Committee") has objected (the "Objection") to the proof of claim filed by Americom Technologies, Inc. ("Americom"), designated as Claim No. 143 filed as an secured claim in the amount of $195,880.54 ("Claim Number 143"). The Committee objects on the grounds that Claim Number 143 is a duplicate of Claim Number 124.

**PLEASE TAKE FURTHER NOTICE** that **your Claim may be reduced, modified, or eliminated. You should review the Objection and related documents carefully and discuss them with your attorney if you have one.** If you do not want the Court to eliminate or change your

1

NOTICE AND OPPORTUNITY FOR HEARING REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO THE DUPLICATE CLAIM OF AMERICOM TECHNOLOGIES, INC.

Case: 07-52890    Doc# 1123    Filed: 09/09/09    Entered: 09/09/09 17:43:19    Page 1 of 2

claim, then you or your lawyer must comply with the procedures for filing an opposition or requesting a hearing set forth below.

**PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1(b)(3), any opposition to or request for hearing on the Objection must be filed with Court (which is located at 280 South First Street, Room 3035, San Jose, CA 95113-3099) and served upon counsel to the Committee (at the address set forth above) so that it is received within twenty (20) days of the date of this Notice. Any opposition or request for hearing must be accompanied by any declarations or memoranda of law that the opposing or requesting party wishes to present in support of its position. If an opposition or request for hearing is timely filed and served, the Debtor will set the matter for hearing and will provide at least ten (10) days' written notice of the hearing to the opposing or requesting party. <u>If there is no timely opposition or request for hearing, the Court may decide that you do not oppose the objection to your claim and may grant the relief requested in the Objection by default.</u>**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 3007-1, where a factual dispute is involved, the initial hearing (if any) shall be deemed a status conference at which the Court will not receive evidence. Where only a matter of law is involved, the matter may be argued at the initial hearing.

Dated: September 9, 2009.   PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ *Gail S. Greenwood*
    Gail S. Greenwood
    John D. Fiero
    Attorneys for The Official Committee
    of Unsecured Creditors