John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jfiero@pszjlaw.com

Attorneys for Kerry Krisher, Proposed Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>OLD T.B.R., INCORPORATED, f/k/a THE BILLING RESOURCE, dba INTEGRETEL,<br><br>Debtor | Case No.: 07-52890 ASW<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION AND OF POST-CONFIRMATION DEADLINES** |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on September 4, 2009 (the "Confirmation Date"), the Court entered the *Order Confirming Third Amended Joint Plan of Reorganization* and *Findings of Fact and Conclusions of Law In Support of Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization.* The *Confirmation Order Supplement,* including an execution version of the Old T.B.R. Incorporated Liquidating Trust Agreement, was concurrently filed by The Official Committee of Unsecured Creditors (the "Committee") and Old T.B.R. Incorporated f/k/a The Billing Resource dba Integretel (the "Debtor") (collectively, the "Plan Proponents"). Copies of the foregoing documents can be obtained on Pacer at https://ecf.canb.uscourts.gov or upon written request to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), as set forth in the Plan, shall be **September 15, 2009**.

**PLEASE TAKE FURTHER NOTICE** that the following deadlines are hereby fixed for the actions described below.

    **a.**    **Administrative Claim Bar Date.**

Requests for payment of administrative claims pursuant to sections 503(b) and 1114(e)(2) (except for claims for professional fees) ("Administrative Claims") must be filed with the above-entitled bankruptcy court and served on the undersigned counsel (which shall become counsel to the Liquidating Trustee on the Effective Date), no later than twenty (20) days after the Effective Date, by **October 5, 2009**.

**b. Bar Date for Fee Claims.**

Requests for payment of professional fees by persons employed pursuant to an order of this Court in accordance with section 330 and 1103 for fees incurred through the Effective Date ("Fee Claims"), must be filed with the above-entitled court and served on the undersigned counsel no later than thirty (30) days after the Effective Date, by **October 15, 2009**.

**c. Claims for Rejection of Executory Contracts.**

Any and all pre-petition leases or executory contracts, unless specifically assumed pursuant to orders of the Court prior to the Confirmation Date, shall be deemed rejected by the Debtor effective as of the Confirmation Date. All proofs of claim with respect to Claims arising from the rejection of executory contracts or leases made pursuant to the Plan must be filed with the above-entitled court and served on the undersigned counsel no later than thirty (30) days after the mailing of this notice, by **October 12, 2009.**

**d. Bar Date for All Other Claims.**

The previously established deadline to file proofs of claim, consisting of January 15, 2008 for non-governmental entities and March 20, 2008 for governmental entities, was and remains the last date for filing any claim against the Debtor other than: (i) an Administrative Claim; (ii) a Fee Claim; or (iii) a claim for rejection of an executory contract not previously rejected and deemed rejected as of the Confirmation Date.

Dated: September 11, 2009  PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ *John D. Fiero*
John D. Fiero
Attorneys for The Official Committee of
Unsecured Creditors