| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | MICHAEL H. AHRENS, Cal. Bar No. 44766 |
| 3 | STEVEN SACKS, Cal. Bar No. 98875 |
|   | ROBERT K. SAHYAN, Cal. Bar No. 253763 |
| 4 | Four Embarcadero Center, 17th Floor |
|   | San Francisco, California 94111-4106 |
| 5 | Telephone:   415-434-9100 |
|   | Facsimile:    415-434-3947 |

Bankruptcy Counsel for Reorganized Debtor
Old T.B.R., Incorporated, f/k/a
The Billing Resource, dba Integretel

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>OLD T.B.R., INCORPORATED, f/k/a<br>The Billing Resource, dba Integretel, a California corporation<br><br>                Debtor. | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON APPLICATIONS OF PROFESSIONALS FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date:       December 4, 2009<br>Time:       2:15 p.m.<br>Place:      United States Bankruptcy Court<br>             280 South First Street<br>             San Jose, California<br>Judge:     Hon. Arthur S. Weissbrodt<br>Courtroom:  3020 |

**PLEASE TAKE NOTICE** that a hearing (the "Fee Hearing") has been specially set to be held at **2:15 p.m.** on **December 4, 2009**, in the courtroom of the Honorable Arthur S. Weissbrodt, Courtroom 3020, at the United States Bankruptcy Court, located at 280 South First Street, San Jose, California, to consider the applications for final allowance of compensation and reimbursement of expenses of certain firms whose employment has been approved by the Court in the above-captioned bankruptcy case of Old T.B.R., Incorporated, f/k/a The Billing Resources, dba Integretel (the "Debtor"), pursuant to Section 330 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016 and Bankruptcy Local Rule 9029-1.

**PLEASE TAKE FURTHER NOTICE** that the applications (each firm's application an "Application" and all firms' applications collectively the "Applications") to be considered at the Fee Hearing are the following: (1) fifth and final Application for Sheppard, Mullin, Richter & Hampton LLP ("Sheppard"), as the Reorganized Debtor's counsel; (2) fifth and final Application for Butzel Long Tighe Patton PLLC (formerly known as Tighe Patton Armstrong Teasdale PLLC), as special litigation counsel for the Debtor; (3) third and final Application for Bradley Arant Boult Cummings LLP, f/k/a Boult Cummings Conners & Berry, PLC, as special litigation counsel for the Debtor; (4) fifth and final Application for FTI Consulting, Inc., as the financial advisor for the Debtor; (5) fifth and final Application for GlassRatner Advisory & Capital Group, LLC, as the financial advisor for the official committee of unsecured creditors (the "Committee"); (6) fourth and final Application of Pachulski, Stang, Ziehl, & Jones LLP, as counsel for the Committee, and (7) second and final Application for Zajac & Perrone LLP, Debtor's 401(K) and tax consultant, (collectively, the "Subject Firms"). The contact information for the Subject Firms, the amounts requested, and the time periods covered by their applications are set forth on Exhibit A attached hereto.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Debtor's *Third Amended Joint Chapter 11 Plan of Reorganization* (the "Plan") that become effective on September 15, 2009, any objections to any of the Applications both shall be filed with the Court and shall be served on the Liquidating Trustee under the Plan and her counsel at the addresses set forth below, and on the specific Subject Firm whose Application is the subject of the objection at

the addresses set forth on Exhibit A within 20 days from the time of the filing of the applicable Application. Any such objection shall also be served on the United States Trustee and the Reorganized Debtor's counsel at the addresses below.

| Liquidating Trustee: | Counsel for Liquidating Trustee: |
|---|---|
| Kerry Krisher<br>GlassRatner<br>18500 Von Karman, Suite 390<br>Irvine, CA 92612.<br>Phone: (949) 429-4252.<br>Fax: (949) 743-0333 | Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500<br>Attn: John D. Fiero, Esq.<br>Maxim B. Litvak, Esq.<br>Email: jfiero@pszjlaw.com<br>mlitvak@pszjlaw.com |
| Office of the United States Trustee: | Counsel to Reorganized Debtor: |
| Office of the United States Trustee<br>280 S. First Street, Suite 268<br>San Jose, CA 94113-0002<br>Attn: John Wesolowski, Esq. | Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, Suite 1700<br>San Francisco, CA 94111<br>Attn: Michael H. Ahrens, Esq.<br>Steven B. Sacks, Esq.<br>Email: mahrens@sheppardmullin.com<br>ssacks@sheppardmullin.com |

**PLEASE TAKE FURTHER NOTICE** that a request for a copy of any of the Applications can be made by submitting a written request to the professional filing that Application at the applicable address for that professional set forth on Exhibit A.

Dated: October 15, 2009

                          Respectfully submitted,

                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                          By        /s/ Robert Sahyan
                                  ROBERT K. SAHYAN

                        Attorneys for Debtor OLD T.B.R., INCORPORATED,
                        f/k/a The Billing Resource, dba Integretel

# EXHIBIT A

## Summary of Amounts Requested in Final Fee Applications

| Name of Estate Professional | Capacity | | Interim Approval Since Last Fee Application & Interim Time Period | | Final Approval & Time Period | |
|---|---|---|---|---|---|---|
| | | | Fees Requested | Costs Requested | Fees Requested | Costs Requested |
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** Attn: Michael H. Ahrens, Esq. 4 Embarcadero Center, 17th Floor San Francisco, CA 94111 Telephone: (415) 434-9100 Facsimile: (415) 434-3947 | Debtor's Bankruptcy Counsel | Fifth & Final Fee App | 6/1/09 – 10/11/09 $176,124 | $7,016.17 | 9/14/07 – 10/11/09 $2,544,211.02[1] | $127,257.04 |
| **BUTZEL LONG TIGHE PATTON PLLC** (formerly Tighe Patton Armstrong Teasdale PLLC) Attn: Richard Gordin, Esq. Neal Goldfarb, Esq. 1747 Pennsylvania Ave, Ste 300 Washington, D.C. 20006 Telephone: (202) 454-2800 Facsimile: (202) 454-2805 | Debtor's Special Litigation counsel | Fifth & Final Fee App | 6/1/09 – 10/14/09 $18,647.00 | $47.90 | 9/16/07 – 10/14/09 $610,222.00[2] | $17,995.67[3] |

---

[1] Amount does not include $10,000 estimated to be incurred after October 11, 2009 for which Sheppard seeks final court approval (or as such other amount as supplemented at the hearing on the Application.

[2] Amount includes $10,000 in fees that is anticipated to be incurred after filing of Application for which Butzel seeks court approval.

[3] Amount includes $750 in expenses that is anticipated to be incurred after filing of Application for which Butzel seeks court approval.

-1-

EXHIBIT A

| Name of Estate Professional | Capacity | | Interim Approval Since Last Fee Application & Interim Time Period | | Final Approval & Time Period | |
|---|---|---|---|---|---|---|
| | | | Fees Requested | Costs Requested | Fees Requested | Costs Requested |
| **FTI CONSULTING, INC.** Attn: Paul Weber One Front Street, Suite 1600 San Francisco, CA 94111 Telephone: (415) 283-4233 Facsimile: (415) 283-4266 | Debtor's Financial Advisor | fifth & Final Fee App | 6/1/09 – 10/14/09 $85,660.60 | $313.54 | 10/4/07 – 10/14/09 $1,096,467.25[4] | $8,179.07 |
| **GLASSRATNER ADVISORY & CAPITAL GROUP, LLC** Attention: Kerry Krisher 18500 Von Karman Ave., Ste 390 Irvine, CA 92612 Telephone: (949) 429-4252 Facsimile: (949) 743-0333 | Committee's Financial Advisor | Fifth & Final Fee App | 6/1/09 to 9/14/09 $100,198.00 | $4,500.25 | 10/9/07 to 9/14/09 $670,924.50 | $36,825.93 |
| **BRADLEY ARANT BOULT CUMMINGS LLP** (f/k/a Boult, Cummings, Conners & Berry, PLC) 1600 Division Street, Suite 700 P.O. Box 340025 Nashville, TN 37203 Attn: Austin L. McMullen, Esq. Facsimile: (615) 252-6307 | Debtor's Special Litigation Counsel | Third & Final Fee App | 6/1/09 – 10/14/09 $5,066.20 | $270.63 | 9/14/07 – 10/14/09 $48,111.00[5] | $815.98 |

---

[4] Amount includes $4,000 that is anticipated to be incurred after filing of Application for which FTI seeks court approval.

[5] Amount includes $355 that is anticipated to be incurred after filing of Application for which Bradley seeks court approval.

| Name of Estate Professional | Capacity | | Interim Approval Since Last Fee Application & Interim Time Period | | Final Approval & Time Period | |
|---|---|---|---|---|---|---|
| | | | Fees Requested | Costs Requested | Fees Requested | Costs Requested |
| **PACHULSKI, STANG, ZIEHL & JONES LLP** <br> Attention: John D. Fiero <br> 150 California St. 15th Fl. <br> San Francisco, CA 94111-4500 <br> Telephone: (415) 263-7000 <br> Facsimile: (415) 263-7010 | Committee's Counsel | Fourth & Final Fee App | 6/1/09 – 9/15/09 <br><br> $251,922.50 | $31,646.57 | 10/3/07 – 9/15/09 <br><br> $663,568.00 | $61,780.86 |
| **ZAJAC & PERRONE LLP**[6] <br> Attention: Jeff Perrone <br> 15105 Concord Circle, Suite 130 <br> Morgan Hill, CA 95037 <br> (408) 776-2421 fax <br> (408) 776-0300 Main | Debtor's 401(K) and Tax Consultant | Second & Final Fee App | 4/30/08 – 10/14/09 <br><br> $52,833.50 | $2,103.00 | 9/16/07 – 10/14/09 <br><br> $71,520.50 | $2,350.00 |

---

[6] Zajac holds a $55,000 retainer which Zajac seeks to apply against the amount incurred in the interim time period.

-3-

Case: 07-52890   Doc# 1179   Filed: 10/15/09   Entered: 10/15/09 22:05:47   Page 6 of 6

EXHIBIT A