| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>MICHAEL H. AHRENS, Cal. Bar No. 44766<br>STEVEN SACKS, Cal. Bar No. 98875<br>ROBERT K. SAHYAN, Cal. Bar No. 253763<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4106<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>Bankruptcy Reorganization Counsel for Debtor and<br>Debtor-in-Possession, Old T.B.R., Incorporated, f/k/a<br>The Billing Resource, dba Integretel |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>OLD T.B.R., INCORPORATED, f/k/a<br>The Billing Resource, dba Integretel, a<br>California corporation,<br><br>            Debtor. | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE:**<br><br>**NOTICE OF HEARING ON APPLICATIONS OF PROFESSIONALS FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date:    December 4, 2009<br>Time:    2:15 p.m.<br>Place:   United States Bankruptcy Court<br>           280 South First Street<br>           San Jose, California<br>Judge:  Hon. Arthur S. Weissbrodt<br>Ctrm:   3020 |

W02-WEST:FEW\402268451.1                                                       CERTIFICATE OF SERVICE

Case: 07-52890   Doc# 1179-1   Filed: 10/15/09   Entered: 10/15/09 22:05:47   Page 1 of 6

I am employed in the County of San Francisco; I am over the age of 18 years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On October 15, 2009, I served the following documents described as:

**NOTICE OF HEARING ON APPLICATIONS OF PROFESSIONALS FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 15, 2009, at San Francisco, California.

/s/ Edie Walters
Edie Walters

## LIMITED NOTICE LIST

Old T.B.R, Incorporated
c/o FTI Consulting, Inc.
Attn: Paul Weber
One Front Street, Suite 1600
San Francisco, CA 94111

Old T.B.R, Incorporated
c/o Butzel Long Tighe Patton PLLC
Attn:   Richard H. Gordin
        Neal Goldfarb
        Kermit A. Rosenberg
1747 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006

Payment One
c/o O'Melveny & Myers LLP
Attn:   Steve Warren
        Dana Mandell
400 South Hope Street
Los Angeles, CA 90071-2899

Office of the U.S. Trustee
Attn:  Edwina E. Dowell/John Wesolowski
Assistant U.S. Trustee
280 South First Street, Suite 268
San Jose, CA 95113

Official Unsecured Creditors Committee of
Old T.B.R, Incorporated
c/o Pachulski Stang Ziehl & Jones LLP
Attn:   John D. Fiero
        Maxim B. Litvak
150 California Street, 15th Floor
San Francisco, CA 94111-4023

Royal Bank of Canada Counsel
c/o Latham & Watkins LLP
Attn:   Donald Schwartz
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Royal Bank of Canada
Attn:  Christina Walters
Special Loans & Advisory Services
Group Risk Management
RBC Royal Bank
20 King Street West, 9th Floor
Toronto, Ontario
CANADA M5H 1C4

CIT Technology Financing Services, Inc.
Bankruptcy Processing Solutions, Inc.
Attn:   Officer, Managing Agent
        or General Agent
800 E. Sonterra Blvd., #240
San Antonio, TX 78258

CIT Technology Financing Services, Inc.
Attn:   Officer, Managing Agent
        or General Agent
One Deerwood
1021 Centurion Pkwy N., Suite 100
Jacksonville, FL 32256

Highline Capital Corp.
Attn:   Officer, Managing Agent
        or General Agent
2930 Center Green Court South
Boulder, CO 80301

Public Communications Services, Inc.
c/o Liner Yankelevitz Sunshine
& Regenstreif LLP
Attn:   Leslie A. Cohen
        Enid M. Colson
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503

| | | |
|---|---|---|
| 1 | Network Telephone Services Inc.<br>Attn: Daniel H. Coleman<br>  Vice President, Legal & Business<br>  Affairs<br>21135 Erwin Street<br>Woodland Hills, CA 91367 | Network Telephone Services, Inc.<br>c/o Friedman Dumas & Springwater LLP<br>Attn: Ellen A. Friedman<br>  M. Elaine Hammond<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105 |
| 4 | Personal Voice, Inc.<br>Attn: Thomas C. Little<br>2123 NE Coachman Road, Suite A<br>Clearwater, FL 33765 | Personal Voice, Inc.<br>c/o The Turner Law Firm<br>Attn: Julie S. Turner<br>344 Tennessee Lane<br>Palo Alto, CA 94306 |
| 7 | POL, Inc. and other "Omni" Creditors<br>c/o Diemer, Whitman & Cardosi, LLP<br>Attn: Kathryn S. Diemer<br>75 East Santa Clara Street, Suite 290<br>San Jose, CA 95113 | POL, Inc. and other "Omni" Creditors<br>c/o Dichter Law Group, LLC<br>Attn: Joel R. Dichter<br>10 Rockefeller Plaza, Suite 816<br>New York, NY 10020 |
| 10 | Federal Trade Commission<br>Attn: Collot Guerard<br>  Laura M. Kim<br>  Michael P. Mora<br>600 Pennsylvania Avenue, NW, Room 286<br>Washington, DC 20580 | Federal Trade Commission, H-238<br>Attn: Associate Director,<br>  Division of Marketing Practices<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580 |
| 14 | Receiver David R. Chase<br>c/o Tew Cardenas LLP<br>Attn: Jeffrey C. Schneider<br>Four Seasons Tower – 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131 | Receiver David R. Chase<br>c/o Danning, Gill, Diamond & Kollitz LLP<br>Attn: Walter Oetzell<br>  Steven J. Schwartz<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067-2904 |
| 17 | Email Discount Network and<br>Intelicom Messaging<br>c/o Law Offices of Austin P. Nagel<br>Attn: Austin P. Nagel<br>111 Deerwood Place, Suite 338<br>San Ramon, CA 94583 | Email Discount Network and<br>Intelicom Messaging<br>c/o Goodrich Law Corporation<br>Attn: David M. Goodrich<br>7700 Irvine Center Drive, Suite 800<br>Irvine, CA 92618 |
| 21 | Verizon<br>c/o Arnall Golden Gregory LLP<br>Attn: Darryl S. Laddin<br>  Frank N. White<br>171 – 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031 | Americom Technologies, Inc.<br>c/o Barry R. Levine<br>607 North Avenue, Building 18<br>Wakefield, MA 01880 |
| 24 | InfoTelco.com<br>Attn: Anthony Franco<br>1465 East Putnam Avenue, #228<br>Old Greenwich, CT 06870 | Comerica Bank<br>Attn: Thomas Levine<br>  Vice President & Sr. Counsel,<br>  Western Market<br>15303 Ventura Blvd., Suite 100<br>Mail Code 4527<br>Sherman Oaks, CA 91403 |

| | |
|---|---|
| ThermoCredit, LLC<br>c/o Taft Stettinius & Hollister LLP<br>Attn: W. Timothy Miller<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202 | ThermoCredit, LLC<br>c/o Clark & Trevithick LLP<br>Attn: John Lapinski<br>800 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90017 |
| Jones Day<br>Attn: Peter Benvenutti<br>555 California Street<br>San Francisco, CA 94104 | InfoTelco.com<br>c/o Terra Law Firm<br>Attn: Breck Milde<br>177 Park Avenue, 3rd Floor<br>San Jose, CA 95113 |
| AT & T Services, Inc., Legal Department<br>Attn: Reginald A. Greene<br>675 West Peachtree Street, Suite 4300<br>Atlanta, GA 30375-0001 | United Online<br>c/o Buchalter Nemer<br>Attn: Jeffrey K. Garfinkle<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-1121 |
| Jerry Merkt<br>15680 Loma Vista Ave.<br>Los Gatos, CA 95032-3635 | American Express Bank FSB<br>c/o Becket and Lee LLP Attorneys Agent<br>Attn: Gilbert B. Weisman<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Iron Mountain Information Management, Inc.<br>Attn: R. Frederick Linfesty<br>Iron Mountain Information Management, Inc.<br>745 Atlantic Ave.<br>Boston, MA 02111 | Laurus Master Fund, Ltd. and National Online<br>c/o Shea & Carlyon, Ltd.<br>Attn: Candace C. Carlyon<br>701 E. Bridger Ave., Suite 850<br>Las Vegas, NV 89101 |
| SFF Realty Fund, L.P.<br>c/o Seyfarth Shaw LLP<br>Attn: David M. Wiseblood<br>560 Mission St., Suite 3100<br>San Francisco, CA 94105 | National Brands, Inc.<br>c/o Kouns, Quinlivan & Severson<br>Attn: Michael P. Quinlivan<br>Ten Almaden Blvd., Suite 1250<br>San Jose, CA 95113 |
| Bankruptcy Administration<br>IKON Financial Services<br>Attn: Rosa Dominy<br>1738 Bass Rd.<br>PO Box 13708<br>Macon, GA 31208-3708 | Missouri Department of Revenue<br>Special Assistant Attorney General<br>Attn: Sheryl L. Moreau<br>General Counsel's Office<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 |
| State of Washington, Dept of Revenue<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>Attn: Zachary Mosner<br>800 Fifth Ave., Suite 2000<br>Seattle, WA 98104-3188 | State of Michigan, Department of Treasury<br>Attorney General's Office<br>Attn: Heather M. Durian<br>Attn: Michael A. Cox<br>P.O. Box 30754<br>Lansing, MI 48909 |

| | | |
|---|---|---|
| 1 | Securities & Exchange Commission<br>Attn: Bankruptcy Counsel<br>5670 Wilshire Boulevard, Floor 11<br>Los Angeles, CA 90036 | Securities & Exchange Commission<br>San Francisco Regional Office<br>Helane L. Morrison, Regional Director<br>44 Montgomery Street, Suite 2600<br>San Francisco, CA 94104 |
| 4 | Securities & Exchange Commission<br>Attn: Bankruptcy Counsel<br>100 F Street, NE<br>Washington, DC 20549 | Texas Comptroller of Public Accounts<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>Jay W. Hurst<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| 8 | AT & T Services, Inc., Legal Dept.<br>Raymond P. Bolanos<br>525 Market Street, Suite 2006<br>San Francisco, CA 94105-2727 | Rochelle McCullough, LLP<br>Scott DeWolf<br>Sean McCaffity<br>101 E. Park Blvd., Suite 951<br>Plano, TX 75074 |
| 11 | Schiff Hardin, LLP<br>J. Mark Fisher<br>233 South Wacker Dr.<br>Chicago, IL 60606-6473 | Reed Smith LLP<br>Kurt F. Gwynne<br>1201 Market St., Suite 1500<br>Wilmington, DE 19801 |
| 13 | Reed Smith LLP<br>Mike C. Buckley<br>PO Box 2084<br>Oakland, CA 94604-2084 | Joan E. Pilver, Assistant Attorney General<br>Office of the Attorney General<br>PO Box 120<br>55 Elm Street, 4th Floor<br>Hartford, CT 06141-0120 |
| 16 | Gattey Law Office<br>Scott D. Gattey<br>160 Bovet Road, Suite 310<br>San Mateo, CA 94070 | Orrick, Herrington & Sutcliffe LLP<br>Rachel Patience Ragni<br>The Orrick Building<br>405 Howard St.<br>San Francisco, CA 94105-2669 |
| 19 | Law Offices of David S. Caplan<br>3604 Witherspoon Blvd., #111-150<br>Durham, NC 27707 | Ariel Adams, Esq.<br>Inc21.com Corp<br>785 Market St., Suite 900<br>San Francisco, CA 94103 |
| 22 | Office of the Attorney General<br>For the State of Tennessee<br>Attn: Jonathan N. Wike, Esq.<br>PO Box 20207<br>Nashville, TN 37202 | |

Case No. 07-52890 ASW    -6-
W02-WEST:FEW\402268451.1                                    CERTIFICATE OF SERVICE