John D. Fiero (CA Bar No. 136557)
Maxim B. Litvak (CA Bar No. 215852)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

Attorneys for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>OLD T.B.R., INCORPORATED, f/k/a THE BILLING RESOURCE, dba INTEGRETEL,<br><br>Debtor | Case No.: 07-52890 ASW<br><br>Chapter 11<br><br>**RENEWED NOTICE OF HEARING ON MOTION FOR APPOINTMENT OF A FEE EXAMINER PURSUANT TO SECTIONS 105(A) AND 330 OF THE BANKRUPTCY CODE**<br><br>Date:  December 4, 2009<br>Time:  2:15 p.m.<br>Place: United States Bankruptcy Court<br>       280 South First Street<br>       San Jose, CA<br>Judge: Honorable Arthur S. Weissbrodt |

**TO THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, BUTZEL LONG TIGHE PATTON PLLC, AND ALL OTHER PARTIES REQUESTING NOTICE:**

**PLEASE TAKE NOTICE** that on December 4, 2009 at 2:15 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Arthur S. Weissbrodt, United States Bankruptcy Court, 280 South First Street, San Jose, California, the Official Committee of Unsecured Creditors (the "Committee") for Old T.B.R., Incorporated, f/k/a The Billing Resource, dba Integretel (the "Debtor") will move ("Motion") for appointment of Stuart Maue ("Stuart Maue") as fee examiner pursuant to sections 105(a) and 330(a) of the Bankruptcy Code. The Committee seeks an examination limited to the professional fees of Butzel Long Tighe Patton, PLLC ("BLTP"), special

litigation counsel to the Debtor. Stuart Maue is a legal fee auditing company that is prepared to perform a comprehensive audit of BLTP's professional fees upon order of appointment of this Court.

The Committee's Motion is supported by the *Motion by the Official Committee of Unsecured Creditors For Appointment of a Fee Examiner Pursuant to Sections 105(a) and 330 of the Bankruptcy Code* filed August 4, 2009 (Dkt. No. 1020) and this Notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9014-1(c)(2), any opposition or other response to the Motion must be filed with the Court and served upon the undersigned **not later than five (5) days prior to the scheduled hearing date**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-1(b)(4), if no timely response or opposition to the Motion is received, the Court may enter an order granting the relief requested in the Motion without further notice and without a hearing.

Dated: November 4, 2009

PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ John D. Fiero*
John D. Fiero
Attorneys for the Official Committee
of Unsecured Creditors