1  John D. Fiero (CA Bar No. 136557)
   Gail S. Greenwood (CA Bar No. 169939)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California  94111-4500
   Telephone: 415/263-7000
4  Facsimile:  415/263-7010
   Email:    jfiero@pszjlaw.com
5            ggreenwood@pszjlaw.com

6  Attorneys for the Official Committee of Unsecured Creditors

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 In re                                    Case No.: 07-52890 ASW

12 OLD T.B.R., INCORPORATED, f/k/a THE      Chapter 11
   BILLING RESOURCE, dba INTEGRETEL,
13                                          **OFFICIAL COMMITTEE OF**
              Debtor.                       **UNSECURED CREDITORS'**
14                                          **RESPONSE TO FINAL FEE**
                                            **APPLICATIONS FILED BY**
15                                          **PROFESSIONALS AND REQUEST**
                                            **FOR LIMITED FEE EXAMINATION**
16

17                                          Date:     December 4, 2009
                                            Time:     2:15 p.m.
18                                          Place:    United States Bankruptcy Court
                                                      280 South First Street
19                                                    San Jose, CA
                                            Judge:    Honorable Arthur S. Weissbrodt
20

21                        **INTRODUCTION**

22       The Official Committee of Unsecured Creditors (the "Committee") for Old T.B.R.,

23 Incorporated, f/k/a The Billing Resource, dba Integretel ("Debtor") hereby responds to final

24 applications for compensation filed by the professionals herein.  Seven fee applications are

25 scheduled for hearing on December 4, 2009.  Certain professionals have offered to reduce their fees,

26 as described below, and such offers have been accepted by the Committee.  However, with regard to

27 the final fee application of special litigation counsel to the Debtor, Butzel Long Tighe Patton, PLLC

28

("BLTP"), the Committee requests that the Court appoint a fee examiner for the purpose of reviewing the bills of BLTP, and preparing a report to the Court and the Committee.

## **FACTUAL BACKGROUND**

On August 4, 2009, the Official Committee of Unsecured Creditors (the "Committee") filed a Motion For Appointment of a Fee Examiner (Docket No. 1020) (the "Fee Examiner Motion") pursuant to sections 105(a) and 330 of the Bankruptcy Code on the grounds that professional fees had exceeded $5 million, and unreasonably diminished assets available for distribution to unsecured creditors. On September 1, 2009, the Court removed the Fee Examiner Motion from the calendar without prejudice to re-noticing the motion after the Committee and professionals made good faith efforts to consensually resolve the fees and expenses at issue.

Following numerous discussions, the Committee has elected to accept the following offers from case professionals, with regard to their final fee applications.

- Debtor's counsel, Sheppard, Mullin, Richter & Hampton LLP ("SMRH") and Debtor's financial advisor, FTI Consulting, Inc. ("FTI"), have each agreed to voluntarily discount their final fees in the amounts of $100,000 and $80,000, respectively, in order to resolve the matter and avoid costs and delays that may be associated with a fee examination;

- GlassRatner Advisory & Capital Group LLC ("GlassRatner"), in its capacity as financial advisor to the Committee, and Pachulski Stang Ziehl & Jones LLP ("PSZJ") have each agreed to discount their final fees by $25,000, in the total amount of $50,000..

BLTP seeks approval of final fees in the total amount of $610,222. As set forth in its interim and final applications, BLTP's services were primarily as litigation counsel in defense of an enforcement action filed in Florida by the Federal Trade Commission. The services included efforts to obtain a stay pending appeal and an appeal to the Eleventh Circuit of the district court's order to turn over "reserve" funds allegedly allocable to customers, which were ultimately unsuccessful.

///

///

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

The Committee has agreed to accept the voluntary fee reductions offered by SMRH, FTI, GlassRatner, and PSZJ in the aggregate amount of $230,000. Accordingly, the Committee requests that such reductions be incorporated into the Court's final fee orders.

By separately filed notice, the Committee will move again to appoint Stuart Maue as fee examiner to conduct an audit limited to the fees of BLTP. The Committee therefore requests that the Court continue its ruling on the final fee application of BLTP until after (a) appointment of a fee examiner and (b) due consideration of a report on BLTP's fees by the fee examiner.

Dated:    November 4, 2009.                    PACHULSKI STANG ZIEHL & JONES LLP


                                                By    _/s/ John D. Fiero_____
                                                      John D. Fiero
                                                      Attorneys for the Official Committee
                                                      of Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

09485-001\DOCS_SF:68393.1

3                                               COMMITTEE'S RESPONSE TO FINAL FEE
                                                APPLICATIONS FILED BY PROFESSIONALS AND
                                                REQUEST FOR LIMITED FEE EXAMINATION