John D. Fiero (CA Bar No. 136557)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jfiero@pszjlaw.com
ggreenwood@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>OLD T.B.R., INCORPORATED, f/k/a THE BILLING RESOURCE, dba INTEGRETEL,<br><br>Debtor | Case No.: 07-52890 ASW<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE BY FIRST CLASS MAIL AND E-MAIL**<br><br>Date: December 4, 2009<br>Time: 2:15 p.m.<br>Place: United States Bankruptcy Court<br>280 South First Street<br>San Jose, CA<br>Judge: Honorable Arthur S. Weissbrodt |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Liset Alvarado, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On November 4, 2009, I caused to be served the

1. **RENEWED NOTICE OF HEARING ON MOTION FOR APPOINTMENT OF A FEE EXAMINER PURSUANT TO SECTIONS 105(A) AND 330 OF THE BANKRUPTCY CODE;**

2. **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE TO FINAL FEE APPLICATIONS FILED BY PROFESSIONALS AND REQUEST FOR LIMITED FEE EXAMINATION**

in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 4, 2009, at San Francisco, California.

*/s/ Liset Alvarado*
Liset Alvarado, Legal Assistant

| | | |
|---|---|---|
| **Counsel to the Debtor**<br>Michael H. Ahrens, Esq.<br>Jeffrey K. Rehfeld, Esq.<br>Ori Katz, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>*Email:mahrens@sheppardmullin.com*<br>*jrehfeld@sheppardmullin.com*<br>*okatz@sheppardmullin.com* | **Debtor**<br>The Billing Resource dba Integretel<br>5883 Rue Ferrari<br>San Jose, CA 95138 | **Office of the United States Trustee**<br>John S. Wesolowski<br>Office of the United States Trustee<br>280 South First St., #268<br>San Jose, CA 95113<br>*Email: john.wesolowski@usdoj.gov* |
| **PARTIES REQUESTING SPECIAL NOTICE** | | |
| Counsel to Email Discount Network and Intelicom Messaging<br>Law Offices of Austin P. Nagel<br>Attn: Austin P. Nagel, Esq.<br>111 Deerwood Place, Suite 338<br>San Ramon, CA 94583<br>*Email: austin@apnagellaw.com* | Counsel to Public Communications Services, Inc.<br>Liner Yankelevitz Sunshine & Regenstreif LLP<br>Attn: Leslie A. Cohen, Esq.<br>Enid M. Colson, Esq.<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA 90024-3503<br>*Email: lcohen@linerlaw.com*<br>*ecolson@linerlaw.com* | Counsel to Verizon<br>Arnall Golden Gregory LLP<br>Attn: Darryl S. Laddin, Esq.<br>Frank N. White, Esq.<br>171 – 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031<br>*Email: darryl.laddin@agg.com*<br>*frank.white@agg.com* |
| **VIA U.S. MAIL**<br>Counsel to Americom Technologies, Inc.<br>Barry R. Levine, Esq.<br>100 Cummings Center, Ste. 460C<br>Beverly, MA 01915-6513 | Counsel to InfoTelco.com<br>Terra Law Firm<br>Attn: Breck Milde, Esq.<br>177 Park Avenue, 3rd Floor<br>San Jose, CA 95113<br>*Email: bmilde@terra-law.com* | Counsel to Comerica Bank<br>Elizabeth M. Khachigian, Esq.<br>Vice President – Western Market & Sr. Counsel<br>Comerica Bank<br>333 West Santa Clara Street, 12th Floor<br>Mail Code 4855<br>San Jose, CA 95113<br>*Email: emkhachigian@comerica.com* |
| Counsel to POL, Inc.<br>Diemer, Whitman & Cardosi,, LLP<br>Attn: Kathryn Diemer, Esq.<br>75 East Santa Clara Street, Suite 290<br>San Jose, CA 95113<br>*Email:kdiemer@diemerwhitman.com* | Counsel to United Online, Inc.<br>Buchalter Nemer<br>Attn: Jeffrey K. Garfinkle, Esq.<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-1121<br>*Email: jgarfinkle@buchalter.com* | Counsel to ThermoCredit, LLC<br>Taft Stettinius & Hollister LLP<br>Attn: W. Timothy Miller<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202<br>*Email: miller@taftlaw.com* |
| Counsel to ThermoCredit, LLC<br>Clark & Trevithick LLP<br>Attn: John Lapinski<br>800 Wishilre Blvd.<br>Los Angeles, CA 90017<br>*Email: jlapinski@clarktrev.com* | Counsel to Network Telephone Services, Inc.<br>Ellen A. Friedman, Esq.<br>M. Elaine Hammond, Esq.<br>Friedman Dumas & Springwater LLP<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105<br>*Email: efriedman@friedumspring.com*<br>*ehammond@friedumspring.com* | Counsel to AT&T, et al.<br>Reginald A. Greene, Esq.<br>AT&T Services, Inc., Legal Department<br>675 W. Peachtree St., Suite 4300<br>Atlanta, GA 30375-0001<br>*Email: reginald.greene@att.com* |

| | | |
|---|---|---|
| **VIA U.S. MAIL**<br>Heller, Erhman, White & McAuliffe<br>Attn: Peter Benvenutti, Esq.<br>333 Bush Street<br>San Francisco, CA 94104-2878 | **VIA U.S. MAIL**<br>Jerry Merkt<br>15680 Loma Vista Avenue<br>Los Gatos, CA 95032-3635 | **VIA U.S. MAIL**<br>Network Telephone Services, Inc.<br>Daniel H. Coleman, Esq.<br>21135 Erwin Street<br>Woodland Hills, CA 92367 |
| American Express Bank FSB<br>C/O Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>*Email: notices@becket-lee.com* | Counsel to SFF Realty Fund, L.P.<br>David M. Wiseblood, Esq.<br>Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>*Email: dwiseblood@seyfarth.com* | Counsel to Laurus Master Fund, Ltd.<br>Shea & Carlyon, Ltd.<br>Candace C. Carlyon, Esq.<br>701 E. Bridger Ave., Suite 850<br>Las Vegas, NV 89101<br>*Email:ccarlyon@sheacarlyon.com* |
| Iron Mountain Information Management, Inc.<br>R. Frederick Linfesty, Esq.<br>745 Atlantic Avenue<br>Boston, MA 02111<br>*Email: bankruptcy@ironmountain.com* | Counsel to David R. Chase, Federal Reveiver of Access One Communications, Inc. and Network One Services, Inc.<br>Steven J. Schwartz, Esq.<br>Walter K. Oetzell, Esq.<br>Danning, Gill, Diamond & Kollitz LLP<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>*Email: sschwartz@dgdk.com*<br>*woetzell@dgdk.com* | Counsel to PaymentOne Corporation<br>Stephen H. Warren, Esq.<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>*Email: swarren@omm.com* |
| **VIA U.S. MAIL**<br>Counsel to National Brands, Inc.<br>Michael P. Quinlivan<br>Kouns, Quinlivan & Severson<br>Ten Almaden Blvd., Suite 1250<br>San Jose, CA 95113 | Sheryl L. Moreau<br>Special Assistant Attorney General<br>Missouri Department of Revenue<br>General Council's Office<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>*Email: cand@dor.mo.gov* | Counsel to David R. Chase, Federal Reveiver of Access One Communications, Inc. and Network One Services, Inc.<br>Jeffrey Schneider, Esq.<br>Tew Cardenas LLP<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131-3407<br>*Email: jcs@tewlaw.com* |
| **VIA U.S. MAIL**<br>IKON Financial Services<br>Bankruptcy Administration<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 | Jay Hurst<br>Assistant Attorney General<br>Bankruptcy & Collection Division<br>P. O. Box 12548<br>Austin, TX 78711-2548<br>*Email: jay.hurst@oag.state.tx.us* | State of Washington, Department of Revenue<br>Zachary Mosner, Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>*Email: bcumosner@atg.wa.gov* |
| State of Michigan<br>Department of Treasury<br>Michael A. Cox, Attorney General<br>Heather M. Durian, Assistant Attorney General<br>PO Box 30754<br>Lansing, MI 48909<br>*Email: durianh@michigan.gov* | Counsel to Consolidated Communications Public Services, Inc.<br>Daska P. Babcock, Esq.<br>Schiff Hardin LLP<br>One Market Street<br>Spear Street Tower, 32nd Floor<br>San Francisco, CA 94105<br>*Email: dbabcok@schiffhardin.com* | Counsel to Michael Smith & Group, Inc.<br>Michael R. Rochelle, Esq.<br>Chris B. Harper, Esq.<br>Rochelle Hutcheson & McCullough LLP<br>325 N. St. Paul Street, Ste 2500<br>Dallas, TX 75201<br>*Email: buzz.rochelle@romclawyers.com*<br>*chris.harper@romclawyers.com* |

| | | |
|---|---|---|
| Counsel to Consolidated Communications Public Services, Inc.<br>J. Mark Fischer, Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6473<br>*Email: mfisher@schiffhardin.com* | Counsel to State of Connecticut, Department of Revenue Services<br>Joan E. Pilver<br>Assistant Attorney General<br>Office of the Attorney General<br>PO Box 120<br>55 Elm Street, 4th Floor<br>Hartford, CT 06140-0120<br>*Email: joan.pilver@po.state.ct.us* | Counsel to Qwest Corporation<br>Mike C. Buckley, Esq.<br>Reed Smith, LLP<br>1999 Harrison Street<br>Suite 2400<br>Oakland, CA 94612-3572<br>*Email:mbuckley@reedsmith.com* |
| Counsel to Qwest Corporation<br>Kurt F. Gwyne, Esq.<br>Reed Smith, LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>*Email: kgwynne@reedsmith.com* | **VIA U.S. MAIL**<br>Ariel Adams, Esq.<br>Inc21.com Corp.<br>785 Market St., Suite 900<br>San Francisco, CA 94103 | Counsel for ICS<br>Richard Esterkin<br>Morgan Lewis & Bockius<br>300 South Grand Ave, 22nd Fl.<br>Los Angeles, CA 90071-3132<br>*Email: resterkin@morganlewis.com* |
| Counsel for ICS<br>Kate Patrick<br>Rochelle Hutcheson & McCollough<br>325 N. St. Paul Street, Suite 4500<br>Dallas, TX 75201<br>*Email: kpatrick@romclawyers.com* | **VIA U.S. MAIL**<br>Telco Billing, Inc.<br>Attn: John Raven<br>2490 E. Sunset Rd., Ste. 100<br>Las Vegas, NV 89120-3512 | |

**ADDITIONAL AFFECTED PARTIES – VIA FIRST CLASS MAIL**

| | | |
|---|---|---|
| Paul Weber<br>**FTI Consulting, Inc.**<br>One Front Street, Ste. 1600<br>San Francisco, CA 94111 | Kerry Krisher<br>Ian Ratner<br>**GlassRatner Advisory & Capital Group, LLC**<br>18500 Von Karman Ave., Ste. 390<br>Irvine, CA 92612 | Austin McMullen<br>**Bradley Arant Boult Cummings, LLP**<br>1600 Division St., Ste. 700<br>P.O. Box 340025<br>Nashville, TN 37203 |
| Scott B. Newman, Esq.<br>Martin J. Alexander<br>**Holland & Knight, LLP**<br>222 Lakeview Dr., Ste. 1000<br>West Palm Beach, FL 33401 | Timothy Noonan, Esq.<br>**Hodgson Russ, LLP**<br>The Guaranty Building<br>140 Pearl Street, Ste. 100<br>Buffalo, New York 14202 | Jeff P. Perrone, Esq.<br>**Zajac & Perrone, LLP**<br>15105 Concord Circle, Ste. 130<br>Morgan Hill, CA 95037 |
| Richard H. Gordin<br>Neal Goldfarb<br>Kermit A. Rosenberg<br>**BUTZEL LONG TIGHE PATTON, PLLC**<br>1747 Pennsylvania Avenue, N.W., Suite 300<br>Washington, D.C. 20006 | | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

09485-001\DOCS_SF:68428.4

CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

Case: 07-52890   Doc# 1200   Filed: 11/04/09   Entered: 11/04/09 17:13:09   Page 5 of 5