| | |
|---|---|
| FTI CONSULTING, INC.<br>PAUL J. WEBER<br>One Front Street, Suite 1600<br>San Francisco, CA 94111-4106<br>Telephone: (415) 283-4200<br>Facsimile: (415) 283-4266<br>Email: paul.weber@fticonsulting.com<br><br>Financial Advisor for Reorganized Debtor Old T.B.R., Incorporated, f/k/a Billing Resource, dba Integretel | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>OLD T.B.R., INCORPORATED, F/K/A THE BILLING RESOURCE, DBA INTEGRETEL, a California corporation<br><br>Debtor. | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>**SUPPLEMENT TO FIFTH AND FINAL APPLICATION OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR**<br><br>Date: December 4, 2009<br>Time: 2:15 p.m.<br>Place: United States Bankruptcy Court<br>280 South First Street<br>San Jose, California<br>Judge: Hon. Arthur S. Weissbrodt<br>Courtroom: 3020 |

FTI Consulting, Inc. ("FTI"), the financial advisor for Old T.B.R., Incorporated, f/k/a The Billing Resource, dba Integretel (the "Debtor"), files this supplement ("Supplement") to its fifth and final application (the "Fee Application") for allowance of compensation and reimbursement of expenses incurred in this case.[1]  FTI has agreed to certain concessions in connection with its request of final approval of its fees as provided in this Supplement.

In the Fee Application, filed on October 15, 2009, FTI seeks final Court approval of compensation for professional services rendered and reimbursement of expenses incurred from October 4, 2007 through October 14, 2009 (the "Application Period") totaling $1,104,646.32, consisting of $1,096,467.25 in fees and $8,179.07 in expenses.  Of these amounts, $1,018,672.18, consisting of $1,010,806.65 in fees and $7,865.53 in expenses, are previously authorized pursuant to this Court's Interim Fee Orders.  The additional compensation sought in the Fee Application was incurred between June 1, 2009 and October 14, 2009 and totals $85,974.14, consisting of fees of $85,660.60[2] and expenses of $313.54.

Previously, the Official Committee of Unsecured Creditors for the Debtor (the "Committee") filed a motion for the appointment of a fee examiner (Docket No. 1020) (the "Fee Examiner Motion") with respect to the fees incurred by the professionals employed in this case, including FTI's.  Later, the Court removed the Fee Examiner Motion from its calendar and urged the parties to instead reach a settlement on the amounts of the fees to be authorized.  After several discussions, the parties have agreed to resolve their positions regarding the Fee Examiner Motion and FTI's fees as provided here.

FTI has agreed to not seek final Court approval of $80,000 of its fees requested in the Fee Application provided that no further reduction of its fees or expenses are required. Accordingly, FTI amends its Fee Application as provided here.  Specifically, in the Fee

---

[1] Capitalized terms not defined in this Supplement shall have the meanings ascribed to them in the Fee Application.

[2] This amount includes the $4,000 that FTI estimated to incur after the Application Period and before the hearing on the Fee Application.  In the Fee Application, FTI requested Court approval for this amount.

Case: 07-52890    Doc# 1206    Filed: 11/10/09    Entered: 11/10/09 17:21:18    Page 2 of 3

Application as amended herein, FTI seeks from this Court an order:

(1) granting final approval of compensation for professional services rendered and reimbursement of expenses incurred from June 1, 2009 through October 14, 2009 totaling $5,974.14, consisting of fees of $5,660.60 of fees incurred and estimated to be incurred (after deducting the $80,000 for which FTI agrees not to seek Court approval consisting of) and expenses of $313.54;

(2) granting final approval of aggregate compensation sought totaling $1,018,672.18 previously approved pursuant to the Interim Fee Orders;

(3) authorizing and directing the Debtor to make immediate payment to FTI of all allowed and outstanding amounts approved in its Fee Application but not yet paid to FTI; and

(4) granting such other and further relief as the Court may deem just and proper.

DATED: November 10, 2009

FTI CONSULTING, INC.

By     */s/ Paul J. Weber*
     PAUL J. WEBER

Senior Managing Director
FTI Consulting, Inc.