1  John D. Fiero (CA Bar No. 136557)
Gail S. Greenwood (CA Bar No. 169939)

2  PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor

3  San Francisco, California 94111-4500
Telephone: 415/263-7000

4  Facsimile: 415/263-7010
Email:     jfiero@pszjlaw.com

5            ggreenwood@pszjlaw.com

**IT IS SO ORDERED.**
**Signed June 29, 2010**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

6  Attorneys for Kerry Krisher, Liquidating Trustee

7

8  **UNITED STATES BANKRUPTCY COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

11  In re                                          Case No.: 07-52890 ASW

12  OLD T.B.R., INCORPORATED, f/k/a THE            Chapter 11
    BILLING RESOURCE, dba INTEGRETEL,

13                                                 **ORDER APPROVING STIPULATION**
                   Debtor.                         **RESOLVING THE PRIORITY AND**
14                                                 **ADMINISTRATIVE TAX CLAIMS OF**
                                                   **THE WISCONSIN DEPARTMENT OF**
15                                                 **REVENUE [CLAIM NOS. 163 AND**
                                                   **189]**
16

17        The Court having considered the *Stipulation Resolving the Priority and Administrative Tax*

18  *Claims of The Wisconsin Department of Revenue [Claim Nos. 163 and 189]* filed on June 23, 2010

19  (the "Stipulation") **[Docket No. 1314],**[1] and good cause appearing therefore,

20        **IT IS ORDERED THAT**

21        1.      The Wisconsin Department of Revenue ("Wisconsin") shall have an allowed priority

22  claim in the amount of $24,000 on account of the Pre-Petition Claim (Claim No. 163);

23        2.      All other claims of Wisconsin, including Claim No. 189, against the Debtor shall be

24  disallowed in their entirety; and

25        3.      The Bankruptcy Court shall retain jurisdiction to adjudicate any dispute regarding the

26  interpretation, construction, application and/or effect of this Stipulation.

27                              **\* \* \* END OF ORDER \* \* \***

28
_____
[1] Capitalized terms not defined herein shall have the meanings set forth in the Stipulation.

| | |
|---|---|
| 1 | <u>**COURT SERVICE LIST**</u> |
| 2 | **Office of the U.S. Trustee** |
| 3 | John Wesolowski, Esq. |
| | 280 South First Street, Suite 268 |
| | San Jose, CA 95113 |
| 4 | John.wesolowski@usdoj.gov |

<u>**COURT SERVICE LIST**</u>

**Office of the U.S. Trustee**
John Wesolowski, Esq.
280 South First Street, Suite 268
San Jose, CA 95113
John.wesolowski@usdoj.gov

**Wisconsin Department of Revenue**
Hiram Cutting
Dept. of Revenue, Bankruptcy Unit
2135 Rimrock Road
Post Office Box 8901
Madison, WI 53708-8901
Hiram.Cutting@revenue.wi.gov

**Counsel for the Liquidating Trustee**
Pachulski Stang Ziehl & Jones LLP
Gail S. Greenwood, Esq.
150 California Street, 15th Floor
San Francisco, CA 94111
ggreenwood@pszjlaw.com

2

ORDER APPROVING STIPULATION RESOLVING THE
TAX CLAIMS OF THE WISCONSIN DEPARTMENT OF
REVENUE